(Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aleris International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**IMCO Recycling Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**75-2008280** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**25825 Science Park Dr., Suite 400 (main)**<br>**Beachwood, OH 44122**<br>**See Attached Schedule 1 for Additional Addresses** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cuyahoga** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A** | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**   ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**See Attached Schedule 1** | ZIP CODE |
|---|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single-Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other: Aluminum Manufacturing and Recycling | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

### Nature of Business continued

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ Debts are primarily business debts.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

### Filing Fee (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors (Consolidated with affiliates)**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Assets (Consolidated with affiliates)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,00 1 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Liabilities (Consolidated with affiliates)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,00 1 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

(Official Form 1) (1/08)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aleris International, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:     **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed:     **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>     **See Attached Schedule 2** | Case Number: **Pending** | Date Filed:<br>**February 12, 2009** |
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐     Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
<small>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)</small>

**NOT APPLICABLE**

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).

X_____    _____
  Signature of Attorney for Debtor(s)                    Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and is made a part of this petition.

☒     No. (See Exhibit C attached hereto)

**Exhibit D**

**NOT APPLICABLE**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐          Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐          Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

**NOT APPLICABLE**

☐     Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

(Official Form 1) (1/08)

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aleris International, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | |
| X _____<br>Signature of Joint Debtor | X _____<br>(Signature of Foreign Representative) |
| _____<br>Telephone Number (if not represented by attorney) | _____<br>(Printed Name of Foreign Representative) |
| _____<br>Date | _____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *Paul N L*        *Stephen Karl* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. |
| Signature of Attorney for Debtor(s) | |
| Paul Heath                    Stephen Karotkin | |
| Printed Name of Attorney for Debtor(s) | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Richards, Layton & Finger, P.A.    Weil, Gotshal & Manges LLP | |
| Firm Name | _____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| One Rodney Square             767 Fifth Avenue | |
| Address | |
| Wilmington, DE 19801          New York, NY 10153 | Address |
| (302) 651-7700               (212) 310-8000 | _____ |
| Telephone Number | _____ |
| 2/12/09 | X _____ |
| Date | _____<br>Date |
| * In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _____<br>Signature of Authorized Individual | |
| Sean M. Stack | |
| Printed Name of Authorized Individual | |
| President | |
| Title of Authorized Individual | |
| 2/12/09 | |
| Date | |

**Schedule 1**

**ALERIS INTERNATIONAL, INC. LIST OF ADDRESSES**

| Aleris International, Inc. | 25825 Science Park Dr., Ste. 400<br>Beachwood, OH  44122 (Headquarters) |
|---|---|
| | 5525 MacArthur Blvd<br>Suite 300<br>Irving, TX 75038<br>(IT Office - leased) |
| | 609 Gardner Camp Road<br>Highway 1468<br>PO Box 1010<br>Morgantown, KY 42261 |
| | 397 Black Hollow Road<br>PO Box 28<br>Rockwood, TN 37854 |
| | 1508 North 8th Street<br>Highway 97 North<br>Sapulpa, OK 74066 |
| | 20415 72nd Ave. South,<br>Ste. 230<br>Kent, WA 98032<br>(Leased office) |

**Schedule 2**

| PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE |||
|---|---|---|
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Aleris International, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Alchem Aluminum Shelbyville Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Alchem Aluminum, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Aleris Aluminum Europe, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Aleris Aluminum U.S. Sales, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Aleris Blanking and Rim Products, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Aleris Light Gauge Products, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Aleris Nevada Management, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Aleris Ohio Management, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Aleris, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Alsco Holdings, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Alsco Metals Corporation | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Alumitech of Cleveland, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Alumitech of Wabash, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Alumitech of West Virginia, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Alumitech, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| AWT Properties, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| CA Lewisport, LLC | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| CI Holdings, LLC | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Aluminum Concast, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Aluminum Lewisport, LLC | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Aluminum Metals, LLC | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Aluminum Sales Corporation | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Aluminum Tube Enterprises, LLC | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Aluminum, LLC | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Commonwealth Industries, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| ETS Schaefer Corporation | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Indiana Partnership L.P. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO International, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Investment Company | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Management Partnership, L.P. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of California, Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of Idaho Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of Illinois Inc. | 09- _____ | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of Indiana Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of Michigan Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of Ohio Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling of Utah Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMCO Recycling Services Company | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| IMSAMET, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Rock Creek Aluminum, Inc. | 09- _____ | February 12, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Silver Fox Holding Company | 09- | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Wabash Alloys, L.L.C. | 09- | February 12, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                        :
```
*In re*                                 :        Chapter 11
```
                                        :
```
ALERIS INTERNATIONAL, INC.,             :
```
                                        :        Case No. 09-_____ (   )
```
                                        :
```
        Debtor.                         :
```
                                        :
```
                                        :
```
25825 Science Park Dr., Ste. 400        :
```
Beachwood, OH 44122                     :
```
EIN 75-2008280                          :
```
-----------------------------------------------------------x
```

## EXHIBIT "C" TO VOLUNTARY PETITION

1.      Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor does not believe it owns or possesses any real or personal property

that poses or is alleged to pose a threat of imminent and identifiable harm to the public

health or safety.

2.      With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

Not applicable.

## CERTIFICATE OF RESOLUTIONS

I, Christopher R. Clegg, a duly authorized officer of Aleris International, Inc., a Delaware corporation (the *"Corporation"*), hereby certify that the following resolutions were duly adopted by the vote of all of the Directors of the Corporation in attendance at a special meeting of the Board of Directors of the Corporation held on February 11, 2009 in accordance with the requirements of Delaware General Corporation Law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

1. Chapter 11 Case

WHEREAS, the Board of the Corporation has determined that it is desirable and in the best interests of the Corporation, its creditors, employees, and other interested parties to file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (*"Chapter 11"*); now, therefore, be it

RESOLVED, that the Chief Executive Officer, Chief Financial Officer and Executive Vice President of the Corporation, and any other person designated and so authorized to act (each, an *"Authorized Officer"*) on behalf of the Corporation, be and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify the petition under Chapter 11 and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the *"Bankruptcy Court"*) at such time as the Authorized Officer executing the petitions shall determine; and it is further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP be, and hereby is, employed as attorneys for the Corporation under a general retainer in its Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP be, and hereby is, employed as attorneys for the Corporation under a general retainer in its Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. be, and hereby is, employed as local counsel for the Corporation under a general retainer in its Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Alvarez & Marsal, LLC be, and hereby is, employed to provide restructuring advisory services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Moelis & Company LLC be, and hereby is, employed to provide financial advisory services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Kurtzman Carson Consultants LLC be, and hereby is, employed as claims and noticing agent for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that in connection with the commencement of the Chapter 11 case by the Corporation, each Authorized Officer be, and each hereby is, authorized and empowered on behalf and in the name of the Corporation, to negotiate, execute, deliver and perform or cause the performance of (i) one or more debtor in possession Credit Agreements with the Corporation and any pertinent affiliates as borrowers or guarantors on the terms and for such amounts as any Authorized Officer deems appropriate (collectively, the *"Credit Agreements"*), (ii) any and all agreements or instruments on behalf of the Corporation and any pertinent affiliates (including, in connection therewith, such notes, security agreements, guarantees, fee letters and other agreements or instruments on behalf of the Corporation and any pertinent affiliates (such other agreements and instruments together with the Credit Agreements being referred to collectively as the *"Financing Documents"*)) necessary or advisable in order to consummate the transactions contemplated by the Financing Documents, with such changes to the Financing Documents or additions thereto as the Authorized Officer executing the same shall approve as being necessary or desirable, such approval to be evidenced by such execution and (iii) any and all amendments, supplements and changes to the Financing Documents as any such Authorized Officer executing the same may consider necessary, proper or desirable, such determination to be evidenced by such execution; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file the petition, all schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, to negotiate, execute and deliver a debtor in possession loan facility, to pay any and all fees incurred in connection with the Financing Documents (including fees paid to any advisor of any lender), and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's Chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that any Authorized Officer, and any employees or agents (including counsel) designated by or directed by an Authorized Officer, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such Authorized Officer or person designated or directed by any such Authorized Officer, shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Corporation's business; and it is further

2

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Board in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

[Signature Page Follows.]

Name:  Christopher R. Clegg
Title:    Secretary

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11
                                        :
ALERIS INTERNATIONAL, INC. et al.,      :
                                        :       Case No. 09-_____ (   )
                                        :
          Debtor.                       :
                                        :
------------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against the above-captioned debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "*Debtors*"), as set forth on Schedule 2 to the petition. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of January 31, 2009. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| La Salle Bank National Association, as Exchange Agent Indenture Trustee | 135 S. LaSalle Street Suite 1560 Chicago, IL 60603 Attn: Frank A. Pierson | 9% Senior Notes, due December 15, 2014 | | $600,000,000 |
| La Salle Bank National Association, as Exchange Agent Indenture Trustee | 135 S. LaSalle Street Suite 1560 Chicago, IL 60603 Attn: Frank A. Pierson | 10% Senior Subordinated Notes, due December 15, 2016 | | $400,000,000 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| La Salle Bank National Association, as Exchange Agent Indenture Trustee | 135 S. LaSalle Street Suite 1560 Chicago, IL 60603 Attn: Frank A. Pierson | 9% New Senior Notes, due December 15, 2014 | | $105,400,000 |
| Rusal America Corporation | 550 Mamaroneck Avenue Suite 301 Harrison, NY 10528 Attn: Bruce Markowitz, President | Trade Vendor | | $7,849,616 |
| Glencore Ltd. | 301 Tresser Blvd, Suite 1400 Stamford, CT 06901 | Trade Vendor | | $7,028,470 |
| JPMorgan Chase Bank as Trustee | Attn: Institutional Trust Services 600 Travis Street, Suite 1100 Houston, TX 77002 | 7.65% Revenue Bonds, due May 1, 2016 - Series 1996 | | $5,740,000 |
| JPMorgan Chase Bank as Trustee | Attn: Institutional Trust Services 600 Travis Street, Suite 1100 Houston, TX 77002 | 7.45% Revenue Bonds, due May 1, 2022 - Series 1997 | | $4,600,000 |
| JPMorgan Chase Bank as Trustee | Attn: Institutional Trust Services 600 Travis Street, Suite 1100 Houston, TX 77002 | 6.00% Revenue Bonds, due May 1, 2023 - Series 1998 | | $4,100,000 |
| McKinsey & Company | 21 S. Clark Street Suite 2900 Chicago, IL 60603 Attn: Ian Davis, Managing Director | Trade Vendor | | $2,555,000 |
| United Scrap Metal Inc. Metal Buyers & Recyclers | 1545 S. Cicero Avenue Cicero, IL 60804 Attn: Marsha Serlin, President | Trade Vendor | | $2,213,593 |
| Schnitzer Northeast c/o Schnitzer Steel Industries | 3200 NW Yeon Avenue Portland, OR 97210 Attn: Rich Josephson, Legal Department | Trade Vendor | | $2,070,678 |
| Huron Valley Steel Corporation | Magnetics Division 1670 Fritz Drive Trenton, MI 48183 Attn: Leonard Fritz, President | Trade Vendor | | $1,894,374 |
| Commercial Metals Company | 6565 N. MacArthur Blvd. Suite 800 Irving, TX 75039 Attn: Murray R. McClean | Trade Vendor | | $1,580,954 |
| Ferropem-Silicon Division | 60 Public Square, Suite 350 Medina, OH 44256 Attn: Tim Chimera, Manager | Trade Vendor | | $1,455,262 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| The David Joseph Company | 720 East Pete Rose Way Suite 350 Cincinnati, OH 45202 Attn: James H. Goetz, Chief Financial Officer | Trade Vendor | | $1,246,825 |
| Honda Trading America Corporation | 700 Clover Road Lincoln, AL 35096 Attn: Motohide Sudo, President | Trade Vendor | | $1,231,776 |
| H. & H Sheet Metal Fabricators, Inc. | 355 Payton Street Russellville, KY 42276 | Trade Vendor | | $1,186,264 |
| Noble America Corporation | PO Box 8500-221 Lockbox 2211 401 Market Street Philadelphia, PA 19178 Attn: James Emanuele, President | Trade Vendor | | $1,067,053 |
| Sims Metal Management, Inc. | 2169 Payshere Circle Chicago, IL 60674 Attn: Rob Larry, Chief Financial Officer | Trade Vendor | | $1,038,316 |
| Midwest Iron & Metal Company, Inc. | PO Box 546 Dayton, OH 45401 Attn: Joel Frydman, Chief Executive Officer | Trade Vendor | | $975,899 |
| PPG Industries Inc. | 6125 Industrial Parkway PO Box 2757 Whitehouse, OH 43571 Attn: Charles E. Bunch | Trade Vendor | | $920,538 |
| Omnisource Corporation | Toledo - Ferrous Division 2453 Hill Avenue Toledo, OH 43607 Attn: Gary E. Rohrs, Chief Financial Officer | Trade Vendor | | $863,265 |
| Dantherm Filtration, Inc. | 102 Transit Avenue PO Box 429 Thomasville, NC 27361 Attn: Carsten Christensen, Chief Financial Officer | Trade Vendor | | $853,343 |
| Metal Conversions Ltd. | 849 Crawford Avenue N Mansfield, OH 44905 Attn: Rob Carey, President | Trade Vendor | | $840,486 |
| Smelter Service Corporation | 401 Frederica Street Suite 104B Owensboro, KY 42301 Attn: Bill Toler, President | Trade Vendor | | $824,522 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| WorldWide Integrated Supply Chain Solutions | 3611 109th Street Urbandale, IA 50322 Attn: Tim Annett, President | Trade Vendor | | $808,856 |
| Schnitzer Southeast LLC | c/o Schnitzer Steel Industries 3200 NW Yeon Avenue Portland, OR 97210 Attn: Rich Josephson, Legal Department | Trade Vendor | | $797,327 |
| Northeast Metal Traders, Inc. | 7345 Milnor Street Philadelphia, PA 19136 Attn:  Ronald W. Greller | Trade Vendor | | $773,175 |
| Ford Motor Company Ltd. | 1 American Road Dearborn, MI 48126 Attn: Lewis W. K. Booth, Chief Financial Officer | Trade Vendor | | $683,014 |
| Metal Exchange Corporation | PO Box 7446M St. Louis, MO 63195 Attention:  Morris S. Lefton, President | Trade Vendor | | $679,599 |

## DECLARATION UNDER PENALTY OF PERJURY

I, Sean M. Stack, am authorized to sign on behalf of Aleris International, Inc., named as the debtor in this case (the *"Debtor"*), and declare under penalty of perjury that I have read the foregoing list of creditors holding the 30 largest unsecured claims against the Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court and that it is true and correct to the best of my information and belief.

Dated: February /2 , 2009

ALERIS INTERNATIONAL, INC.

Name: Sean M. Stack
Title: President

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11
                                        :
ALERIS INTERNATIONAL, INC.,             :
                                        :      Case No. 09-_____  (    )
                                        :
          Debtor.                       :
                                        :
                                        :
25825 Science Park Dr., Ste. 400        :
Beachwood, OH 44122                     :
EIN 75-2008280                          :
------------------------------------------------------------x
```

## LIST OF CREDITORS

        The debtor and its debtor affiliates set forth on Schedule 2 to the petition (collectively, the *"Debtors"*) each filed a petition in this court on February 12, 2009 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petitions, the Debtors filed a single consolidated list of creditors (the *"Consolidated Creditor List"*), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically under separate notice in this case.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
ALERIS INTERNATIONAL, INC.,               :
                                          :        Case No. 09-_____ (   )
                                          :
          Debtor.                         :
                                          :
                                          :
25825 Science Park Dr., Ste. 400          :
Beachwood, OH 44122                        :
EIN 75-2008280                             :
-------------------------------------------------------------x
```

### DECLARATION REGARDING CREDITOR LIST

I, Sean M. Stack, am authorized to sign on behalf of Aleris International, Inc., named a debtor in this case, and I declare under penalty of perjury that I have reviewed the consolidated list of creditors submitted to the Court electronically in this case and that it is true and correct to the best of my information and belief.

Dated: February 12, 2009

ALERIS INTERNATIONAL, INC.

Name: Sean M. Stack
Title: President

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
ALERIS INTERNATIONAL, INC.,               :
                                          :    Case No. 09-_____ (   )
                                          :
              Debtor.                     :
                                          :
                                          :
25825 Science Park Dr., Ste. 400          :
Beachwood, OH 44122                        :
EIN 75-2008280                            :
------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Aurora Acquisition Holdings, Inc.<br><br>25825 Science Park Dr., Ste. 400<br>Beachwood, OH 44122 | Equity Interest | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Sean M. Stack, am authorized to sign on behalf of Aleris International, Inc., named as the debtor in this case, and I declare under penalty of perjury that I have reviewed the "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: February *12*, 2009

**ALERIS INTERNATIONAL, INC.**

Name: Sean M. Stack
Title: President