**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Aleris International, Inc., *et al.* | : | Case No. 09-10478 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED |
| Debtors. | | CREDITORS |

-------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Oppenheimer Rochester National Fund**, Attn: Angela E. Uttaro, 350 Linden Oaks, Rochester, NY 14625, Phone: 585-419-7140, Fax: 585-383-1629

2. **Wilmington Trust Company**, as Senior Notes Indenture Trustee for the 9%-9 3/4th % Senior Notes due 2014; Attn: Steven M. Cimalora, Rodney Square North, 1100 North Market Street, Wilmington, DE 19890, Phone: 302-636-6058, Fax: 302-636-4143

3. **United Steelworkers**, Attn: David R. Jury, Five Gateway Center, Room 807, Pittsburgh, PA 15222, Phone: 412-562-2545, Fax: 412-562-2429

4. **Schnitzer Steel Industries, Inc.**, Attn: James Devine, 12 E. 49th Street, 24th Floor, New York, NY 10017, Phone: 212-644-2656, Fax: 212-644-2859

5. **Huron Valley Steel Corporation**, Attn: Mark Gaffney, 1650 West Jefferson, Suite 100, Trenton, MI 48183, Phone: 734-479-3412, Fax: 734-479-3412

      **ROBERTA A. DEANGELIS**
      **Acting United States Trustee, Region 3**

      /s/ Richard L. Schepacarter for
      WILLIAM K. HARRINGTON
      ASSISTANT UNITED STATES TRUSTEE

DATED: February 20, 2009

OUST Attorney assigned: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Paul N. Heath, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701