# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALERIS INTERNATIONAL, INC., *et al.*, | ) | Case No. 09-10478 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Brendan Linehan Shannon |

## NOTICE OF APPEARANCE AND REQUEST FOR
## ELECTRONIC NOTICE BY THE
## PENSION BENEFIT GUARANTY CORPORATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned case, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned cases and debtors be given to and served upon PBGC as follows:

>Stephanie Thomas, Esq.
>Kimberly E. Neureiter, Esq.
>Mark R. Snyder, Esq.
>Pension Benefit Guaranty Corporation
>Office of the Chief Counsel
>1200 K Street, N.W.
>Washington, D.C. 20005-4026
>Ph: 202-326-4020, ext. 3581
>Fax: 202-326-4112
>E-mails: neureiter.kimberly@pbgc.gov *and* efile@pbgc.gov

This request includes, <u>inter alia</u>, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings

or requests, and any other documents brought before this Court in these cases, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after de novo review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: March 9, 2009
          Washington, D.C.

Respectfully submitted,

/s/ Kimberly E. Neureiter
Stephanie Thomas (ST 6782)
Assistant Chief Counsel
Kimberly E. Neureiter (KN 4700)
Mark R. Snyder (MS 4966)
Attorneys
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: 202-326-4020, ext. 3581
Fax: 202-326-4112
E-mails: neureiter.kimberly@pbgc.gov
          *and* efile@pbgc.gov