UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
                                                              :   Chapter 11
In re                                                         :
                                                              :   Case No. 09-10478 (BLS)
ALERIS INTERNATIONAL, INC., *et al.*,                         :
                                                              :   (Jointly Administered)
               Debtors.                                       :
                                                              :
------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING STIPULATION AND AGREEMENT STIPULATION AND ORDER REGARDING CLAIMS FILED BY THE PENSION BENEFIT GUARANTY CORPORATION

The undersigned hereby certifies as follows:

1. On February 12, 2009 (the "*Commencement Date*"), Aleris International, Inc. ("*Aleris*"), and its affiliated debtors in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "*Debtors*"[1]), each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware (the "*Court*").

---

[1] The Debtors in the above-referenced chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9536), Aleris Blanking and Rim Products, Inc. (7340), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2935), Aleris Ohio Management, Inc. (0637), Aleris, Inc. (6630), Alsco Holdings, Inc. (5535), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4425), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7844), Commonwealth Aluminum Lewisport, LLC (7736), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8512), Commonwealth Aluminum Tube Enterprises, LLC (7895), Commonwealth Aluminum, LLC (5039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (9350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5738), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1405), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0589), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1188), and Wabash Alloys, L.L.C. (0708). Aleris is the direct or indirect parent of each of its affiliated Debtors as well as various non-debtor international affiliates located in Canada, South America, Europe, and Asia.

2. On April 30, 2009, Debtors filed a motion for an order establishing the deadline for filing certain proofs of claim (the "*Motion*").

3. On May 19, 2009, the Court entered an order establishing September 15, 2009, as the general bar date to file a proof of claim (the "*Bar Date Order*") against any of the Debtors and approved the notices of bar date (the "*Bar Date Notices*"), attached as Exhibits to the Motion.

4. The Bar Date Order sets forth that "[i]f the holder asserts a claim against more than one Debtor, a separate Proof of Claim must be filed against each Debtor."

5. Each Debtor either sponsors a defined benefit pension plan covered under Title IV of the Employee Retirement Income Security Act of 1974 ("*ERISA*"), as amended 29 U.S.C. §§ 1301-1461, or is a member of such sponsor's controlled group as defined in 29 U.S.C. § 1301(a)(14). Pension Benefit Guaranty Corporation ("*PBGC*") is the United States government corporation that administers the Title IV defined benefit pension plan termination insurance program.

6. The Debtors and PBGC have identified the following four pension plans in Aleris's controlled group that are covered by Title IV of ERISA: (1) the Commonwealth Industries, Inc. Cash Balance Plan, (2) the Commonwealth Aluminum Lewisport, LLC Hourly Employees Pension Plan, (3) the Alsco Metals Corporation Cash Balance Plan, and (4) the Alsco Metals Corporation Retirement Plan for Bargained Employees (collectively, the "*Plans*"). Neither any of the Debtors nor PBGC is currently aware of any other pension plan sponsored by Aleris or any other members of Aleris's controlled group that is covered by Title IV of ERISA.

7. PBGC has advised the Debtors that it has concluded that it must file twelve (12) separate proofs of claim against each of the Debtors, representing the contingent and other

2

claims for which PBGC asserts that the Debtors are jointly and severally liable to the Plans and PBGC under 29 U.S.C. §§ 1306, 1307 and 1362. Because forty-three (43) Debtors have filed to date, the effect of the Bar Date Order and PBGC's determination as to the number of claims it must file, would require PBGC to file at least five hundred sixteen (516) separate proofs of claim. These multiple claims would impose a significant and unnecessary administrative burden on the Debtors, the claims agent, PBGC, and the Court.

8. PBGC and the Debtors (together, the "*Parties*") have engaged in discussions in order to streamline the claims process for the benefit of both PBGC and the Debtors and subsequently have agreed to enter into a stipulation (the "*Stipulation*") regarding PBGC's claims against the Debtors. A proposed form of order (the "*Proposed Order*") approving the Stipulation is attached hereto as Exhibit "A." A copy of the Stipulation is attached as Exhibit "1" to the Proposed Order.

9. The Proposed Order and Stipulation have been circulated to counsel to the Official Committee of Unsecured Creditors (the "*Committee*"), counsel to Deutsche Bank AG New York Branch, as administrative agent under the ABL Agreements, the Term Loan Agreements, and the Debtors' postpetition revolving and term credit facilities (the "*Administrative Agent*"), and the Office of the United States Trustee (the "*U.S. Trustee*"). The Committee, the Administrative Agent, and the U.S. Trustee do not object to the Proposed Order and the Stipulation.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit "A," approving the Stipulation and granting such other or further relief as it deems just and proper.

Dated: August 6, 2009
       Wilmington, Delaware

*/s/ Katherine Good*

Paul N. Heath (No. 3704)
L. Katherine Good (No. 5101)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

-and-

Stephen Karotkin
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION