# **EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            :    Chapter 11
                                                                 :
                                                                 :    Case No. 09-10478 (BLS)
ALERIS INTERNATIONAL, INC., *et al.*,                            :
                                                                 :    (Jointly Administered)
        Debtors.         :
---------------------------------------------------------------- x

## ORDER APPROVING STIPULATION REGARDING CLAIMS FILED BY THE PENSION BENEFIT GUARANTY CORPORATION

Upon consideration of the *Stipulation Regarding Claims Filed by the Pension Benefit Guaranty Corporation* (the "**Stipulation**"), a copy of which is attached hereto as Exhibit "1," as agreed to by and between Aleris International, Inc. ("*Aleris*"), and its affiliated debtors in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**" [1]) and the Pension Benefit Guaranty Corporation ("**PBGC**," and together with the Debtors, the "**Parties**"), it is hereby

      ORDERED that the Stipulation is APPROVED; and it is further

---

[1] The Debtors in the above-referenced chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9536), Aleris Blanking and Rim Products, Inc. (7340), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2935), Aleris Ohio Management, Inc. (0637), Aleris, Inc. (6630), Alsco Holdings, Inc. (5535), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4425), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7844), Commonwealth Aluminum Lewisport, LLC (7736), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8512), Commonwealth Aluminum Tube Enterprises, LLC (7895), Commonwealth Aluminum, LLC (5039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (9350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5738), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1405), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0589), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1188), and Wabash Alloys, L.L.C. (0708). Aleris is the direct or indirect parent of each of its affiliated Debtors as well as various non-debtor international affiliates located in Canada, South America, Europe, and Asia.

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: _____, 2009
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            :  Chapter 11
                                                                 :
ALERIS INTERNATIONAL, INC., *et al.*,                            :  Case No. 09-10478 (BLS)
                                                                 :
    Debtors.                                                     :  (Jointly Administered)
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## STIPULATION REGARDING CLAIMS
## FILED BY THE PENSION BENEFIT GUARANTY CORPORATION

Aleris International, Inc. ("*Aleris*") and its affiliated debtors (collectively with Aleris, the "*Debtors*") and the Pension Benefit Guaranty Corporation ("*PBGC*") have agreed that the Court should enter an order allowing PBGC to file consolidated proofs of claim against the Debtors listed on Exhibit "A" hereto, for the following reasons and on the following terms and conditions:

### RECITALS

A. On February 12, 2009, the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"). The Debtors' cases are consolidated for procedural purposes only and are being jointly administered under Case No. 09-10478 (BLS).

B. On April 30, 2009, Debtors filed a motion for an order establishing the deadline for filing certain proofs of claim (the "*Motion*").

C. On May 19, 2009, the Court entered an order establishing September 15, 2009, as the general bar date to file a proof of claim (the "*Bar Date Order*") against any of the Debtors and approved the notices of bar date (the "*Bar Date Notices*"), attached as exhibits to the

Motion.

D. The Bar Date Order sets forth that "[i]f the holder asserts a claim against more than one Debtor, a separate Proof of Claim must be filed against each Debtor."

E. Each Debtor either sponsors a defined benefit pension plan covered under Title IV of the Employee Retirement Income Security Act of 1974 ("*ERISA*"), as amended 29 U.S.C. §§ 1301-1461, or is a member of such sponsor's controlled group as defined in 29 U.S.C. § 1301(a)(14). PBGC is the United States government corporation that administers the Title IV defined benefit pension plan termination insurance program.

F. The Debtors and PBGC have identified the following four pension plans in Aleris's controlled group that are covered by Title IV of ERISA: (1) the Commonwealth Industries, Inc. Cash Balance Plan, (2) the Commonwealth Aluminum Lewisport, LLC Hourly Employees Pension Plan, (3) the Alsco Metals Corporation Cash Balance Plan, and (4) the Alsco Metals Corporation Retirement Plan for Bargained Employees (collectively, the "*Plans*"). Neither any of the Debtors nor PBGC is currently aware of any other pension plan sponsored by Aleris or any other members of Aleris's controlled group that is covered by Title IV of ERISA.

G. PBGC has advised the Debtors that it has concluded that it must file twelve (12) separate proofs of claim against each of the Debtors, representing the contingent and other claims for which PBGC asserts that the Debtors are jointly and severally liable to the Plans and PBGC under 29 U.S.C. §§ 1306, 1307 and 1362. Because forty-three (43) Debtors have filed to date, the effect of the Bar Date Order and PBGC's determination as to the number of claims it must file, would require PBGC to file at least five hundred sixteen (516) separate proofs of claim. These multiple claims would impose a significant and unnecessary administrative burden on the Debtors, the claims agent, PBGC, and the Court.

NOW, THEREFORE, Aleris and PBGC agree as follows:

1. Notwithstanding anything in the Bar Date Order, the Bar Date Notices, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or local bankruptcy rules that would otherwise require PBGC to file a separate proof of claim against each Debtor on account of each claim against such entity, any proof of claim or amendment thereto filed in Case No. 09-10478 (BLS) by PBGC on its own behalf or on behalf of one of the Plans shall be deemed to be filed in Case No. 09-10478 (BLS) and in each of the cases of the other Debtors listed on Exhibit "A" attached hereto.

2. If PBGC determines that it must file a proof of claim against any Aleris affiliate not listed on Exhibit "A" hereto, the Debtors and PBGC may enter into an agreement under which any proof of claim or amendment that PBGC files in Case No. 09-10478 (BLS) shall be deemed to be filed in the Aleris affiliate's case; provided, however, that such agreement must occur on or before September 15, 2009, the bar date set forth in the Bar Date Order. Such agreements will be binding without further order of this Court.

3. This Stipulation is intended solely for the purpose of administrative convenience and, except to the extent expressly set forth, shall not affect the substantive rights of the Debtors, PBGC, or any other party in interest, including the right to object to or defend any PBGC claim on any ground whatsoever.

Dated: Aug. 6, 2009
Wilmington, Delaware

By: /s/ Katherine Good
Paul N. Heath (No. 3704)
L. Katherine Good (No. 5101)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701

-and-

Stephen Karotkin
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007

Attorneys for Debtors and
Debtors in Possession

Dated: Aug. 6, 2009
Washington, D.C.

By: /s/ Kimberly Neureiter
ISRAEL GOLDOWITZ
Chief Counsel
KAREN L. MORRIS
Deputy Chief Counsel
STEPHANIE THOMAS
Assistant Chief Counsel
KIMBERLY NEUREITER (DC Bar No. 496863)
Attorney
MARK R. SNYDER
Attorney

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
(202) 326-4020 ext. 3581

Attorneys for Pension Benefit Guaranty
Corporation

# EXHIBIT A

| NAME | CASE NUMBER |
| --- | --- |
| Aleris International, Inc. | 09-10478 |
| Alchem Aluminum Shelbyville, Inc. | 09-10479 |
| Alchem Aluminum, Inc. | 09-10481 |
| Aleris Aluminum Europe, Inc. | 09-10483 |
| Aleris Aluminum U.S. Sales, Inc. | 09-10486 |
| Aleris Blanking and Rim Products, Inc. | 09-10490 |
| Aleris Light Gauge Products, Inc. | 09-10493 |
| Aleris Nevada Management, Inc. | 09-10497 |
| Aleris Ohio Management, Inc. | 09-10500 |
| Aleris, Inc. | 09-10502 |
| Alsco Holdings, Inc. | 09-10507 |
| Alsco Metals Corporation | 09-10511 |
| Alumitech of Cleveland, Inc. | 09-10499 |
| Alumitech of Wabash, Inc. | 09-10506 |
| Alumitech of West Virginia, Inc. | 09-10480 |
| Alumitech, Inc. | 09-10482 |
| AWT Properties, Inc. | 09-10484 |
| CA Lewisport, LLC    1 | 09-10485 |
| CI Holdings, LLC | 09-10487 |
| Commonwealth Aluminum Concast, Inc. | 09-10489 |

| | |
|---|---|
| Commonwealth Aluminum Lewisport, LLC | 09-10491 |
| Commonwealth Aluminum Metals, LLC | 09-10494 |
| Commonwealth Aluminum Sales Corporation | 09-10496 |
| Commonwealth Aluminum Tube Enterprises, LLC | 09-10501 |
| Commonwealth Aluminum, LLC | 09-10505 |
| Commonwealth Industries, Inc. | 09-10508 |
| ETS Schaefer Corporation | 09-10510 |
| IMCO Indiana Partnership, L.P. | 09-10513 |
| IMCO International, Inc. | 09-10517 |
| IMCO Investment Company | 09-10488 |
| IMCO Management Partnership, L.P. | 09-10492 |
| IMCO Recycling of California, Inc. | 09-10495 |
| IMCO Recycling of Idaho, Inc. | 09-10498 |
| IMCO Recycling of Illinois, Inc. | 09-10504 |
| IMCO Recycling of Indiana, Inc. | 09-10509 |
| IMCO Recycling of Michigan, LLC | 09-10512 |
| IMCO Recycling of Ohio, Inc. | 09-10514 |
| IMCO Recycling of Utah, Inc. | 09-10516 |
| IMCO Recycling Services Company | 09-10519 |
| IMSAMET, Inc. | 09-10521 |
| Rock Creek Aluminum, Inc. | 09-10520 |
| Silver Fox Holding Company | 09-10518 |
| Wabash Alloys, LLC | 09-10515 |