**<u>Exhibit "C"</u>**

**Financial Appendix**

**Projections**
**(Unaudited)**
**(All $ in Millions Unless Otherwise Noted)**

The financial projections ("Projections") contained herein reflect numerous assumptions, including the confirmation and consummation of the Plan, as filed with the Bankruptcy Court. The Projections should be viewed in conjunction with a review of these assumptions including the qualifications and footnotes as set forth herein. The Debtors' management has prepared a stand-alone business plan for the Debtors or the Reorganized Debtors and their direct and indirect subsidiaries (the "Company"). The stand-alone Company business plan was prepared by the Debtors' management in good faith based upon assumptions believed to be reasonable at the time of preparation.

While presented with numerical specificity, the Projections are based upon a variety of estimates and assumptions subject to significant business, economic, and competitive uncertainties and contingencies, many of which are beyond the control of Management. Actual results may vary materially from those presented. The Projections have not been prepared to comply with the guidelines established with respect to Projections by the Securities and Exchange Commission ("SEC") or the American Institute of Certified Public Accountants ("AICPA"), have not been audited, and are not presented in accordance with Generally Accepted Accounting Principles ("GAAP"). The Projections are based on the assumption that the Debtors will emerge from chapter 11 on June 1, 2010.

The Debtors will be required to estimate the Debtors' reorganization value, the fair value of their assets, and their actual liabilities as of the Effective Date. Such determination will be based upon the fair values as of that date, which could be materially greater or less than the value assumed in the Projections. Any fresh-start reporting adjustments that may be required in accordance with Accounting Standards Codification ("ASC") 852, including any allocation of the Debtors' reorganization value to the Debtors' assets in accordance with the procedures specified in ASC 805 will be made when the Debtors emerge from bankruptcy.

The Projections include (a) the Pre-Reorganization Balance Sheet of the Company as projected by the Debtors at September 30, 2009, (Exhibit E.1.); (b) adjustments to the Pre-Reorganization Balance Sheet to reflect projected payments and borrowings made as a result of consummation of the Plan, (Exhibit E.1.); (c) the opening balance sheets for the Company, (Exhibit E.1.); and (e) post-Effective Date balance sheets, income statements and statements of cash flows for the Company (Exhibits E.2.).

The Projections are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Factors that could cause actual results to differ materially include, but are not limited to, the Company's ability to operate the Debtors' business consistent with the Projections, comply with the covenants of their financing agreements, restore trade credit terms to historical levels, successfully implement operational improvements, and acquire aluminum at prices consistent with assumptions

included in the financial projections. *See also* Section VIII, entitled "RISK FACTORS," of the Disclosure Statement.

WHILE ALERIS BELIEVES THAT THE ASSUMPTIONS UNDERLYING THE PROJECTED FINANCIAL INFORMATION, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONNABLE IN LIGHT OF CURRENT CIRCUMSTANCES AND EXPECTATIONS, NO ASSURANCE CAN BE GIVEN THAT ANY PROJECTIONS WILL BE REALIZED.

## GENERAL ASSUMPTIONS

The Projections cover a period from 2010 to 2014, and are provided for Rolled Products North America, Recycling and Specification Alloy America, Rolled and Extruded Products (Europe), Recycling (Europe), as well as for the consolidated Company,.

The Projections were created on a basis of combined business unit operations using segment data for the business reporting entities, which includes international affiliates of Aleris which are not in chapter 11.

The Projections assume certain specific economic and business conditions, based upon future macroeconomic indicators, historic growth and estimated directions of specific industries thereafter which were available in 2009. The Projections assume an economic recovery, beginning in 2010, with a mid-cycle recovery in 2012 and robust demand by 2014. Key segments, including U.S. residential construction and automotive are not projected to attain demand levels reached historically.

Aleris believes there is a high degree of volatility inherent in the Projections, the duration and extent of which are uncertain, including, but not limited to, the length of the economic downturn and lower consumer and business confidence in key markets. Economic contingencies in the Plan are addressed through the Company's flexible capital structure and liquidity position.

Aleris assumed a flat aluminum LME price of approximately $1,850/ton for the Projection period, and a USD/Euro exchange rate of $1.40 / €.

## BUSINESS UNITS ASSUMPTIONS

## AMERICAS

Aleris's Americas Projections include the results of the Company's rolled products, recycling and specification alloy businesses in the U.S., Mexico, Canada and Brazil. Growth in these businesses is expected to be heavily influenced by growth in gross domestic product ("GDP") and overall U.S. industrial production. The Projections assume a compound annual growth rate ("CAGR") of 2% in U.S. GDP and 2.8% in U.S. industrial production between 2009 and 2014

## Rolled Products North America ("RPNA")

### *Financial Summary*

| ($ in millions, unless noted) | Projected Fiscal Year End, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| Net Revenues | $927.1 | $1,022.2 | $1,161.2 | $1,259.1 | $1,326.3 |
| Material Expenses | (613.2) | (672.9) | (768.4) | (837.9) | (884.8) |
| **Contribution Margin** | **$313.9** | **$349.3** | **$392.7** | **$421.2** | **$441.6** |
| Conversion Expense | (219.9) | (233.0) | (252.5) | (267.0) | (275.2) |
| **Gross Profit** | **$94.0** | **$116.3** | **$140.2** | **$154.2** | **$166.4** |
| Selling, General & Administrative Expenses | (16.0) | (16.4) | (16.8) | (17.2) | (17.7) |
| Other Operating Income / (Expense) | (0.4) | 0.2 | (0.2) | (0.2) | (0.0) |
| Add Back: Depreciation within Conversion Expense | 24.9 | 24.5 | 25.4 | 26.6 | 25.6 |
| **Adjusted EBITDA** | **$102.5** | **$124.6** | **$148.6** | **$163.4** | **$174.2** |
| Depreciation | (24.9) | (24.5) | (25.4) | (26.6) | (25.6) |
| Amortization | (17.6) | (17.6) | (11.7) | 0.0 | 0.0 |
| **Adjusted EBIT** | **$60.0** | **$82.5** | **$111.5** | **$136.8** | **$148.6** |
| | | | | | |
| **Other Cash Flow Items** | | | | | |
| Change in Working Capital | 11.9 | 1.9 | (12.3) | (8.1) | (3.7) |
| Capital Expenditures | (23.3) | (23.0) | (23.0) | (25.0) | (26.5) |

The Company's RPNA segment produces rolled products for a wide variety of applications, including building and construction, distribution, transportation, and other uses in the consumer durables and general industrial segments. Except for depot sales, which are for standard size and alloy products, substantially all of the rolled aluminum products in the U.S. are manufactured to specific customer requirements, using direct-chill and continuous ingot cast technologies that allow the Company to use and offer a variety of alloys and products for a number of end uses. Specifically, those products are integrated into, among other things, building panels, truck trailers, gutters, appliances, and recreational vehicles. The Company's products are manufactured using the direct-chill rolling ingot casting process at a multipurpose mill in Lewisport, Kentucky, and by the continuous casting process at a facility in Uhrichsville, Ohio.

### Growth

Building and construction demand in this segment is largely driven by the U.S. housing market which is expected to have a slow recovery from 2009 to 2014. Housing starts are estimated to grow from 546,000 in 2009 to 1,200,000 in 2014. Aleris estimated volume in this sector to grow at an 8.4% CAGR from 2009 to 2014.

Distribution volume is expected to grow at an 8.4% CAGR from 2009 to 2014, driven by return in demand.

Transportation demand is driven by light vehicle and trailer manufacturing in the U.S. Light vehicle builds are expected to grow from 7.9 million units in 2009 to 15.0 million units in 2014. This growth profile assumes that manufacturers will run through their current inventory through sales initiatives, such as "Cash for Clunkers," in the near future. Trailer builds are expected to increase from 70,000 in 2009 to 235,000 in 2014, supported by an annual replacement rate of 140,000 to be fully reflected in 2011, but mitigated by the use of composite as a substitute for aluminum. Growth in transportation is projected to be at a 10.3% CAGR from 2009 to 2014.

### Contribution Margin

Profitability is primarily determined by the volume of pounds shipped as well as the difference between the per pound selling price and per pound metal cost, including any coating ("material margin"). Included in the material margin is the impact of differences between changes in the prices of primary and scrap aluminum. Products are priced using the prevailing price of primary aluminum, but the Company purchases large amounts of scrap aluminum to produce those products. The difference between the price of primary aluminum and scrap prices is referred to as the "scrap spread" and is impacted by the effectiveness of the Company's scrap purchasing activities, furnace recovery of aluminum from scrap and the supply of scrap available. Spreads are projected to grow at a 10.2% CAGR for 2009 – 2014 while overall Molten Metal Margins, the difference between the P1020 price and the cost of molten metal, are expected to grow at a 5% CAGR.

The capital intensive nature of the Company's operations as well as the significant amount of energy (primarily natural gas) required to re-heat and roll aluminum slabs into rolled sheet results in a significant amount of fixed and variable overhead costs. The Company measures the effectiveness of its rolling operations by determining the per pound cash conversion costs.

### Cash Conversion Costs

Cash conversion costs consist of fixed and variable overhead costs per pound of finished product produced and include costs related to labor, utilities, fuels, repair and maintenance, supplies, flux, and by-products. Cash conversion cost for RPNA is projected to decrease from by a 2.3% CAGR from 2009 to 2014, driven by lower labor

C:\DOCUMENTS AND SETTINGS\COELHOS\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\PXPT3AU9\US_ACTIVE_ALERIS DISCLOSURE STATEMENT PROJECTIONS(2-4-10) DOC_43301074_1 (2) (3).DOC

4

costs due to a rationalization of headcount during 2009 and continued focus on Lean Sigma measures across other cost components.

Selling, general and administrative costs ("SG&A") are expected to remain relatively flat as a percentage of revenues. Increases are primarily due to inflation, assumed to be 3%.

### Recycling and Specification Alloy America ("RSAA")

*Financial Summary*

| ($ in millions, unless noted) | Projected Fiscal Year End, | | | | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| Net Revenues | $578.1 | $708.6 | $785.7 | $836.6 | $860.5 |
| Material Expense | (365.3) | (453.5) | (510.7) | (535.7) | (543.3) |
| **Contribution Margin** | **$212.8** | **$255.0** | **$275.0** | **$300.9** | **$317.2** |
| Conversion Expense | (177.2) | (211.7) | (231.1) | (248.9) | (260.9) |
| **Gross Profit** | **$35.5** | **$43.4** | **$44.0** | **$52.1** | **$56.4** |
| Selling, General & Administrative Expenses | (14.2) | (13.5) | (13.9) | (14.3) | (14.6) |
| Other Operating Income / (Expense) | (0.0) | (0.0) | (0.2) | (0.2) | (0.1) |
| Add Back: Depreciation within Conversion Expense | 16.8 | 16.0 | 15.3 | 15.1 | 15.6 |
| **Adjusted EBITDA** | **$38.1** | **$45.8** | **$45.2** | **$52.7** | **$57.3** |
| Depreciation | (16.8) | (16.0) | (15.3) | (15.1) | (15.6) |
| Amortization | (1.6) | (1.6) | (1.0) | 0.0 | 0.0 |
| **Adjusted EBIT** | **$19.7** | **$28.2** | **$28.9** | **$37.6** | **$41.7** |
| | | | | | |
| **Other Cash Flow Items** | | | | | |
| Change in Working Capital | (14.8) | (3.0) | (11.1) | (7.3) | 0.8 |
| Capital Expenditures | (16.0) | (13.5) | (15.0) | (16.0) | (19.5) |

The Company's RSAA segment includes aluminum melting, processing and recycling activities, as well as its specification alloys manufacturing business. The segment's recycling operations convert scrap and dross (a byproduct of melting aluminum) and combine these materials with other alloy agents as needed to produce recycled metal generally for participants in the metal industry serving end-uses related to consumer packaging, transportation and construction. Historically, a significant percentage of these products are sold through "tolling" arrangements, in which the Company converts customer-owned scrap and dross and returns the recycled metal in ingot or molten form to its customers for a fee. The Company operates 25 recycling facilities in the Americas, including two in Brazil and one in Mexico. The Company's facilities in Pindamonhangaba, Brazil supply Brazil's only can sheet rolling mill and recycle used beverage cans and production scrap for a facility owned by Brazil's largest manufacturer of aluminum cans. The facility in Monclova, Mexico recycles aluminum dross and scrap for several large diecasters.

The segment's specification alloy operations combine various aluminum scrap types with hardeners and other additives to produce alloys and chemical compositions with specific properties (including increased strength, formability and wear resistance) as specified by customers for their particular applications. The specification alloy operations typically deliver their recycled and specification alloy products to customers in molten or ingot form. The specification alloy operations principally serve the U.S. automotive industry.

C:\DOCUMENTS AND SETTINGS\COELHOS\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\PXPT3AU9\US_ACTIVE_ALERIS DISCLOSURE STATEMENT PROJECTIONS(2-4-10) DOC_43301074_1 (2) (3).DOC

5

Aleris expanded its specification alloys business as a result of the Wabash Alloys Acquisition in 2007. The Company consolidated the Wabash Alloys facilities located in Guelph, Ontario and Dickson, Tennessee into its existing facilities and also consolidated its Monterrey, Mexico facility into Wabash Alloys' Monclova, Mexico facility.

### Growth

Demand in the Recycling segment is driven by end uses in the packaging, transportation, construction and steel sectors. The packaging sector demand is estimated to be relatively flat from current levels over the projection period. The construction sector is forecasted to grow at an 8.5% CAGR from 2009 to 2014, and the steel sector at a 12.3% CAGR for the same period.

Demand in the Specification Alloy segment is primarily driven by the U.S. automotive industry. Growth in the auto industry is projected to be at a 10.3% CAGR from 2009 to 2014, as explained above.

The Company also intends to capture growth opportunities in Brazil, which will drive volumes from 182 million pounds in 2009 to 237 million pounds in 2014.

### Contribution Margin

Profitability is largely dependent on the level of demand for recycling services and the volume of material processed. Increased production results in lower per unit costs and increased profitability. Energy costs are a significant expenditure and have a significant impact on this segment's profitability. The contribution margin is projected to be flat over the projection period.

### Cash Conversion Costs

Cash conversion costs refer to fixed and variable overhead costs per pound of finished product produced, and include costs related to labor, utilities, fuels, repair and maintenance, supplies, flux, and by-products. Cash conversion costs in RSAA are projected to increase by a 3.3% CAGR from 2009 to 2014, due to increasing fuel and labor costs, mitigated by Lean Sigma implementation across cost components.

SG&A is expected to remain relatively flat as a percentage of revenues. Increases are primarily due to inflation, assumed to be 3%.

### EUROPE

The Company's Europe Projections include the results of the Company's rolled products, extruded products and recycling businesses in Europe and China. Growth in these businesses will be heavily influenced by growth in GDP and overall industrial production in Western Europe. The Projections assume a CAGR of 1.4% in Western Europe GDP and 2.3% in industrial production between 2009 and 2014.

## Rolled and Extruded Products - Europe

### *Financial Summary*

| ($ *in millions, unless noted*) | Projected Fiscal Year End, | | | | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| Net Revenues | $1,326.7 | $1,442.2 | $1,586.2 | $1,729.1 | $1,815.2 |
| Material Expense | (789.3) | (856.8) | (957.8) | (1,042.1) | (1,089.2) |
| **Contribution Margin** | **$537.5** | **$585.4** | **$628.4** | **$687.0** | **$726.0** |
| Conversion Expense | (469.5) | (496.6) | (522.9) | (553.7) | (579.9) |
| **Gross Profit** | **$67.9** | **$88.9** | **$105.5** | **$133.4** | **$146.1** |
| Selling, General & Administrative Expenses | (69.2) | (71.9) | (72.4) | (73.7) | (75.1) |
| Other Operating Income / (Expense) | (6.6) | (7.4) | (8.0) | (5.9) | (3.1) |
| Add Back: Depreciation within Conversion Expense | 91.5 | 93.0 | 92.2 | 89.7 | 92.5 |
| **Adjusted EBITDA** | **$83.5** | **$102.6** | **$117.2** | **$143.5** | **$160.3** |
| Depreciation | (91.5) | (93.0) | (92.2) | (89.7) | (92.5) |
| Amortization | (8.2) | (8.2) | (5.5) | 0.0 | 0.0 |
| Other Restructuring Costs | (22.1) | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted EBIT** | **($38.2)** | **$1.3** | **$19.5** | **$53.8** | **$67.9** |
| **Other Cash Flow Items** | | | | | |
| Change in Working Capital | (4.4) | (15.2) | (16.0) | (16.4) | (13.9) |
| Capital Expenditures | (40.4) | (40.0) | (42.6) | (45.9) | (53.9) |

The Europe Rolled Products segment produces products for a wide variety of technically sophisticated applications, including aerospace plate and sheet, brazing sheet, automotive sheet, and other uses in the engineering, construction, transportation, and packaging industry segments.  Substantially all of the Company's rolled aluminum products in Europe are manufactured to specific costumer requirements, using direct-chill ingot cast technologies that allow the Company to use and offer a variety of alloys and products for a number of technically demanding end uses. These operations include rolling mill operations in Germany and Belgium. The rolling mill in Koblenz, Germany is one of the largest specialized rolling mills in Europe concentrated on aircraft plate, commercial plate and heat exchanger sheet. Additionally, the mill in Duffel, Belgium is the third largest coil and sheet mill in Europe and a top European supplier of automotive body sheet.

The Europe Extrusions segment produces extruded aluminum products targeted towards the transportation (automotive, rail, and shipbuilding), electrical, mechanical engineering, and building and construction sectors.  The Company further serves its customers by performing value-added fabrication on most of its extruded products.  The Company's extruded products are used for, among other things, urban transport systems, automotive parts, aircraft, windowsills, roofing, window systems and balconies.   The extruded products business includes five extrusion facilities located in Germany, Belgium and China. Industrial extrusions are made in all locations, and the production of extrusion systems, including building systems, is concentrated in Vogt, Germany. Large extrusions and the project business are concentrated in Bonn, Germany and Tianjin, China, with rods and hard alloys produced in Duffel, Belgium. The extrusion plant in Bonn operates one of the largest extrusion presses in the world, which is mainly used to produce high-

end, value-added and large-profile extruded products for long and wide sections for railway, shipbuilding and other applications.

### Growth

The Company is projected to realign the mix of products to higher added value products, especially plate and automotive sheet. The Company also plans to re-focus research and development to design customer specific solutions.

Demand in this segment is primarily driven by European auto builds and aircraft production. Demand for airplanes is expected to grow moderately by 1.4% CAGR from 2009 to 2013. Automotive growth for light vehicles in Europe is projected to grow at a 5.0% CAGR from 2009 to 2014.

### Contribution Margin

Profitability is primarily determined by the volume of pounds shipped as well as the difference between the per pound selling price and per pound metal cost, including any coating ('material margin'). Included in the material margin is the impact of differences between changes in the prices of primary and scrap aluminum. Products are priced using the prevailing price of primary aluminum, but for some products the Company purchases scrap aluminum to produce those products. The difference between the price of primary aluminum and scrap prices is referred to as the "scrap spread" and is impacted by the effectiveness of the Company's scrap purchasing activities, furnace recovery of aluminum from scrap and the supply of scrap available. Margins are projected to compress due to increased competition and variations in supply and demand.

The capital intensive nature of the Company's operations as well as the significant amount of energy (primarily natural gas) required to re-heat and roll aluminum slabs into rolled sheet results in a significant amount of fixed and variable overhead costs. The Company measures the effectiveness of its operations by determining the per pound cash conversion costs.

### Cash Conversion Costs

Cash conversion costs refer to fixed and variable overhead costs per pound of finished product produced, and include costs related to labor, utilities, fuels, repair and maintenance, supplies, flux, and by-products.. Cash conversion costs in this segment are projected to decrease by a 5.0% CAGR from 2009 to 2014 due to restructuring initiatives at Duffel and productivity improvements delivered through Lean Sigma initiatives.

SG&A is expected to remain relatively flat as a percentage of revenues. Increases are primarily due to inflation, assumed to be 3%.

## Recycling - Europe

### Financial Summary

| ($ in millions, unless noted) | Projected Fiscal Year End, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| Net Revenues | $380.3 | $399.7 | $401.7 | $405.3 | $405.3 |
| Material Expense | (260.9) | (271.5) | (269.1) | (270.1) | (267.0) |
| **Contribution Margin** | **$119.4** | **$128.2** | **$132.6** | **$135.2** | **$138.3** |
| Conversion Expense | (115.5) | (119.7) | (118.1) | (118.2) | (118.4) |
| **Gross Profit** | **$3.9** | **$8.5** | **$14.5** | **$16.9** | **$19.9** |
| Selling, General & Administrative Expenses | (7.5) | (7.5) | (7.3) | (7.3) | (7.3) |
| Other Operating Income / (Expense) | 0.0 | 0.0 | 0.1 | 0.0 | 0.2 |
| Add Back: Depreciation within Conversion Expense | 10.8 | 9.6 | 9.7 | 9.0 | 8.8 |
| **Adjusted EBITDA** | **$7.2** | **$10.7** | **$17.0** | **$18.6** | **$21.5** |
| Depreciation | (10.8) | (9.6) | (9.7) | (9.0) | (8.8) |
| Amortization | (0.3) | (0.3) | (0.2) | 0.0 | 0.0 |
| **Adjusted EBIT** | **($3.9)** | **$0.7** | **$7.1** | **$9.6** | **$12.8** |
| | | | | | |
| **Other Cash Flow Items** | | | | | |
| Change in Working Capital | 2.1 | 2.8 | 5.0 | 0.8 | 1.1 |
| Capital Expenditures | (5.5) | (6.9) | (6.7) | (5.3) | (7.0) |

The Europe Recycling segment includes certain aluminum melting, processing and recycling activities.  These recycling operations convert scrap and dross (a byproduct of melting aluminum) and combine these materials with other alloy agents as needed to produce recycled metal and specification alloys.  The Company also recycles magnesium scrap and delivers to several large automotive companies.  Historically, a significant percentage of these products are sold through "tolling" arrangements, in which the Company converts customer-owned scrap and dross and returns the recycled metal to its customers for a fee.  The Company has two facilities located in Norway that recycle dross and scrap to recover aluminum and processes salt slag to recover aluminum and aluminum oxide. The Company also operates facilities in Germany and the U.K.

### Growth

The Company projects to sustain growth in this segment by diversifying its customer base and supplying more to its other divisions. The Company intends to enter into strategic partnerships with automobile manufacturers and with major packaging companies, and intends to be its own in-house supplier of recycled aluminum and supply some of its competitors.  The Company projects volume to increase in this segment by a 3.9% CAGR from 2009 to 2014.

### Contribution Margin

Profitability is largely dependent on the level of demand for recycling services and the volume of material processed. Increased production results in lower per unit costs and increased profitability.  Energy costs are a significant expenditure and have a significant impact on this segment's profitability.

*Cash Conversion Costs*

Cash conversion costs refer to fixed and variable overhead costs per pound of finished product produced, and include costs related to labor, utilities, fuels, repair and maintenance, supplies, flux, and by-products. Cash conversion costs in Recycling are projected to decrease by a 1.3% CAGR from 2009 to 2014 due to productivity improvements delivered through Lean Sigma initiatives.

SG&A is expected to remain relatively flat as a percentage of revenues. Increases are primarily due to inflation, assumed to be 3%.

## OTHER SIGNIFICANT ASSUMPTIONS

*Cash*

The Company assumed to have a consolidated minimum cash balance of $55.1 million comprised of $20.0 million in the Americas and $35.1 million in Europe.  Any available cash flow will be used to reduce the DIP ABL facility.

*Accounts Receivable*

Consolidated accounts receivable are projected to improve on a days sales outstanding basis by approximately one day from 2010 to 2011 due to expected improvements in collections and terms as the Company's businesses recover.  Days sales outstanding are expected to remain flat thereafter.

*Inventory*

Days of inventory outstanding are expected to improve from 2010 to 2012 as the Company continues to focus on Lean Sigma initiatives.  Beyond 2012, the Company does not forecast any improvements in days of inventory outstanding.

*Accounts Payable*

Consolidated days payables outstanding are projected to increase slightly from 2010 to 2014 as the Company expects its payment terms with suppliers to gradually return to pre-bankruptcy levels.

*Debt and Preferred Stock*

Liabilities subject to compromise will be discharged at the Effective Date.

The Company will have in place a $500 million DIP Exit ABL Facility and will also issue $45 million of convertible senior notes and $5 million of convertible preferred stock at the IntermediateCo.

C:\DOCUMENTS AND SETTINGS\COELHOS\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\PXPT3AU9\US_ACTIVE_ALERIS DISCLOSURE STATEMENT PROJECTIONS(2-4-10) DOC_43301074_1 (2) (3).DOC

10

### Capital Expenditures

Ongoing maintenance and environmental compliance capital expenditures are projected to be approximately $62 million in 2010 and approximately $50 million per year thereafter for the consolidated Company.  This is lower than historical levels due to the recent large reductions in plant locations and headcount.  In addition, the Company expects to spend [$15 million] per year for productivity and costs savings projects.  Additional capital expenditures above this level are related to growth projects.

### Asset Sales

The Company is in the process of divesting certain assets which are de minimis in size.  The sale process is expected to be concluded in 2010.

### Tax Depreciation

The projections included in this appendix lays out book depreciation unadjusted for fresh start accounting.  Under the contemplated transaction structure, the Company is expected to emerge from chapter 11 with a lower tax basis in the Americas which will result in lower tax depreciation.

The tax basis in Europe is expected to remain unchanged.

### Cash Taxes

The Company will lose its existing U.S. and German net operating loses ("NOLs") on emergence as a result of the bankruptcy filing. However, about €150 million of NOLs at Duffel (Belgium) will carry over under Belgium law.  In addition, the Company is projected to build an additional $113 million of NOLs at Duffel during the projection period and $59 million of NOLs in Europe's recycling business, which will impact the amount of cash taxes paid by these segments. The Company does not project to have NOLs post-emergence in the Americas.

C:\DOCUMENTS AND SETTINGS\COELHOS\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\PXPT3AU9\US_ACTIVE_ALERIS DISCLOSURE STATEMENT PROJECTIONS(2-4-10) DOC_43301074_1 (2) (3).DOC

11

## **Exhibit E.1. Aleris International Inc. and Subsidiaries**

## **Pro Forma Consolidated Balance Sheet at September 30, 2009 ($ in Millions – Unaudited**

| | Pre-Reorganization Balance Sheet (9/30/2009) | Emergence Adjustments | Reorganized Opening Balance Sheet (9/30/2009) |
|---|---|---|---|
| **Assets** | | | |
| Cash | $88.3 | | $88.3 |
| Net Accounts Receivable | 390.2 | | 390.2 |
| Net Inventory | 429.7 | 34.0 | 463.7 |
| Prepaid Expenses | 19.5 | | 19.5 |
| Other Current Assets | 38.6 | | 38.6 |
| **Current Assets** | **$966.4** | **$34.0** | **$1,000.4** |
| | | | |
| Net PP&E | 1,196.4 | (613.7) | 582.7 |
| Goodwill & Org. Costs | 79.3 | (79.3) | 0.0 |
| Other Intangibles | 84.7 | (84.7) | 0.0 |
| Hedges | 27.2 | | 27.2 |
| Deferred Tax Assets | 57.3 | | 57.3 |
| Other Long Term Assets | 13.2 | | 13.2 |
| Cash Posting Collateral / Restricted Cash | 2.3 | | 2.3 |
| **Total Assets** | **$2,426.8** | **($743.7)** | **$1,683.1** |
| | | | |
| **Liabilities and Equity** | | | |
| Accounts Payable | 229.0 | | 229.0 |
| Accrued Liabilities | 161.9 | | 161.9 |
| Toll Liability | 22.0 | | 22.0 |
| **Total Current Liabilities** | **$412.9** | **$0.0** | **$412.9** |
| | | | |
| Deferred Tax Liability | 100.9 | | 100.9 |
| Minority Interest | (1.5) | | (1.5) |
| Hedges | 0.3 | | 0.3 |
| Debt | 1,390.1 | (1,331.2) | 58.9 |
| Accrued Pension | 144.0 | 43.9 | 187.9 |
| Accrued Post Retirement | 0.1 | 47.0 | 47.1 |
| Other Long Term Liabilities | 97.3 | | 97.3 |
| Liabilities Subject to Compromise | 1,707.9 | (1,704.3) | 3.6 |
| Environmental Liabilities | 3.7 | | 3.7 |
| **Total Liabilities** | **$3,855.7** | **($2,944.6)** | **$911.1** |
| Preferred Stock | 0.0 | | 0.0 |
| Stockholders' Equity | (1,428.9) | 2,200.9 | 772.0 |
| **Total Liabilities & Equity** | **$2,426.8** | **($743.7)** | **$1,683.1** |

## Exhibit E.2. Aleris International Inc. and Subsidiaries

## Projected Consolidated Income Statement ($ in Millions – Unaudited)

|  | Projected Fiscal Year End, | | | | |
|---|---|---|---|---|---|
|  | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| Net Revenues | $3,212.3 | $3,572.7 | $3,934.7 | $4,230.1 | $4,407.3 |
| Material Expense | (2,028.7) | (2,254.7) | (2,506.0) | (2,685.8) | (2,784.3) |
| **Contribution Margin** | **$1,183.5** | **$1,318.0** | **$1,428.7** | **$1,544.3** | **$1,623.0** |
| Conversion Expense | (982.2) | (1,060.9) | (1,124.6) | (1,187.7) | (1,234.3) |
| **Gross Profit** | **$201.3** | **$257.1** | **$304.1** | **$356.6** | **$388.7** |
| Selling, General & Administrative Expenses | (200.1) | (202.5) | (204.8) | (208.2) | (211.6) |
| Other Operating Income / (Expense) | (7.1) | (7.3) | (8.2) | (6.3) | (3.0) |
| Add Back: Depreciation within Conversion Expense | 143.9 | 143.2 | 142.6 | 140.4 | 142.4 |
| **Adjusted EBITDA** | **$138.0** | **$190.4** | **$233.7** | **$282.5** | **$316.6** |
| Depreciation | (143.9) | (143.2) | (142.6) | (140.4) | (142.4) |
| Amortization | (27.7) | (27.7) | (18.5) | 0.0 | 0.0 |
| **Adjusted EBIT** | **($33.6)** | **$19.6** | **$72.6** | **$142.2** | **$174.1** |
| Bankruptcy Fees[1] | (28.3) | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest Expense | (51.2) | (9.2) | (4.0) | (1.9) | 0.5 |
| **Income Before Provision for Income Taxes** | **($113.0)** | **$10.4** | **$68.6** | **$140.3** | **$174.6** |
| Income (Taxes) / Benefit | 35.9 | (9.8) | (30.3) | (55.2) | (67.2) |
| **Net (Loss) Income** | **($77.1)** | **$0.6** | **$38.3** | **$85.0** | **$107.4** |

---

[1] Due to timing of exit from bankruptcy, certain expenses related to bankruptcy will occur during FY 2010

## Projected Consolidated Statement of Cash Flows ($ in Millions – Unaudited)

| | Projected Fiscal Year End, | | | | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| **Operating Activities** | | | | | |
| Net Income | (77.1) | 0.6 | 38.3 | 85.0 | 107.4 |
| Depreciation | 143.9 | 143.2 | 142.6 | 140.4 | 142.4 |
| Amortization | 27.7 | 27.7 | 18.5 | 0.0 | 0.0 |
| Change in Working Capital | (19.3) | (11.8) | (33.4) | (30.2) | (15.4) |
| Non-Cash Interest[1] | 17.6 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accrued Interest | 10.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Income Taxes | (48.8) | (2.6) | (2.3) | 5.3 | 6.4 |
| Other | (3.7) | (6.3) | (2.7) | (3.1) | (0.4) |
| Changes in Accrued Pension | (9.7) | (5.2) | (8.7) | (7.6) | (7.3) |
| Changes in Post Retirement | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) |
| Changes in Other Liabilities[1] | (0.5) | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Provided by (Used in) Operating Activities** | **$38.0** | **$143.6** | **$150.4** | **$187.7** | **$231.1** |
| | | | | | |
| **Investing Activities** | | | | | |
| Capital Expenditures | (85.1) | (88.2) | (95.1) | (105.0) | (119.7) |
| Asset Sales | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Provided Post Investing Activities** | **($43.9)** | **$55.3** | **$55.2** | **$82.7** | **$111.4** |
| | | | | | |
| **Financing Activities** | | | | | |
| ABL Facility Draws / (Repayments) | 88.9 | 10.3 | (10.2) | (12.9) | 0.0 |
| European Term Loan Repayments | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 |
| FX Adjustment | (0.5) | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Provided Post Financing Activities** | **$43.4** | **$65.6** | **$45.1** | **$69.8** | **$111.4** |
| | | | | | |
| **Net Change in Cash** | **$43.4** | **$65.6** | **$45.1** | **$69.8** | **$111.4** |

---

[1] Due to timing of exit from bankruptcy, certain expenses related to bankruptcy will occur during FY 2010

## Projected Consolidated Balance Sheet ($ in Millions – Unaudited)

| | Projected Fiscal Year End, | | | | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| **Assets** | | | | | |
| Cash | $99.1 | $164.7 | $209.7 | $279.5 | $391.0 |
| Net Accounts Receivable | 320.2 | 344.7 | 378.9 | 406.7 | 423.6 |
| Net Inventory | 375.5 | 381.1 | 406.8 | 437.0 | 458.8 |
| Prepaid Expenses | 17.9 | 21.3 | 22.7 | 23.7 | 24.4 |
| Other Current Assets | 48.7 | 54.4 | 59.7 | 63.3 | 65.5 |
| **Current Assets** | **$861.4** | **$966.2** | **$1,077.8** | **$1,210.3** | **$1,363.2** |
| | | | | | |
| Net PP&E | 1,104.5 | 1,049.6 | 1,002.1 | 966.8 | 944.0 |
| Goodwill & Org. Costs | 79.6 | 79.6 | 79.6 | 79.6 | 79.6 |
| Other Intangibles | 47.7 | 20.0 | 1.5 | 1.5 | 1.5 |
| Hedges | 30.1 | 30.1 | 30.1 | 30.1 | 30.1 |
| Deferred Tax Assets | 99.3 | 109.2 | 116.7 | 120.2 | 121.8 |
| Long Term Restricted Cash | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 |
| Other Long Term Assets | 13.2 | 13.2 | 13.2 | 13.2 | 13.2 |
| Cash Posting Collateral | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| **Total Assets** | **$2,268.1** | **$2,300.2** | **$2,353.3** | **$2,454.1** | **$2,585.8** |
| | | | | | |
| **Liabilities and Equity** | | | | | |
| Accounts Payable | 215.9 | 234.9 | 260.8 | 288.3 | 311.6 |
| Accrued Liabilities | 125.1 | 133.5 | 140.7 | 145.7 | 148.4 |
| Toll Liability | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| **Total Current Liabilities** | **$366.0** | **$393.4** | **$426.6** | **$459.0** | **$485.0** |
| | | | | | |
| Deferred Tax Liability | 67.8 | 75.2 | 80.4 | 89.2 | 97.2 |
| Minority Interest | (1.5) | (1.5) | (1.5) | (1.5) | (1.5) |
| Hedges | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| ABL - Americas | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ABL - Europe | 12.8 | 23.0 | 12.9 | 0.0 | 0.0 |
| IntermediateCo Notes | 45.0 | 45.0 | 45.0 | 45.0 | 45.0 |
| Accrued Pension | 165.2 | 160.0 | 151.3 | 143.7 | 136.4 |
| Accrued Post Retirement | 40.4 | 38.4 | 36.4 | 34.4 | 32.4 |
| Other Liabilities | 44.8 | 44.8 | 44.8 | 44.8 | 44.8 |
| Environmental Liabilities | 34.7 | 28.4 | 25.7 | 22.6 | 22.2 |
| **Total Liabilities** | **$776.9** | **$808.5** | **$823.3** | **$839.0** | **$863.3** |
| Preferred Stock | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| Shareholders' Equity | 1,486.2 | 1,486.8 | 1,525.0 | 1,610.1 | 1,717.5 |
| **Total Liabilities & Equity** | **$2,268.1** | **$2,300.2** | **$2,353.3** | **$2,454.1** | **$2,585.8** |

Consolidated Financial Statements

Aleris International, Inc.

As of and for the year ended December 31, 2008

With Management's Report on Internal Control Over Financial Reporting as of
December 31, 2008 and Reports of Independent Registered Public Accounting Firm

## ALERIS INTERNATIONAL, INC.

### Index to Consolidated Financial Statements

| Index | Page Number |
|---|---|
| Management's Report on Internal Control Over Financial Reporting as of December 31, 2008 | 1 |
| Reports of Independent Registered Public Accounting Firm | 2 |
| Consolidated Balance Sheet at December 31, 2008 and 2007 | 4 |
| Consolidated Statements of Operations for the years ended December 31, 2008 and 2007 (Successor) and the periods from December 20, 2006 to December 31, 2006 (Successor) and January 1, 2006 to December 19, 2006 (Predecessor) | 5 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2008 and 2007 (Successor) and the periods from December 20, 2006 to December 31, 2006 (Successor) and January 1, 2006 to December 19, 2006 (Predecessor) | 6 |
| Consolidated Statements of Stockholder's (Deficit) Equity for the years ended December 31, 2008 and 2007 (Successor) and the periods from December 20, 2006 to December 31, 2006 (Successor) and January 1, 2006 to December 19, 2006 (Predecessor) | 7 |
| Notes to Consolidated Financial Statements | 8 |

**Management's Report on Internal Control Over Financial Reporting**

The Board of Directors and Stockholder of
Aleris International, Inc.

The management of Aleris is responsible for establishing and maintaining adequate internal control over financial reporting for the company. Aleris's internal control system was designed to provide reasonable assurance regarding the preparation and fair presentation of published financial statements. Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness as to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with policies or procedures may deteriorate.

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an assessment of the Company's internal control over financial reporting as of December 31, 2008, using the framework specified in *Internal Control—Integrated Framework,* published by the Committee of Sponsoring Organizations of the Treadway Commission. Based on such assessment, management has concluded that the Company's internal control over financial reporting was effective as of December 31, 2008.

Management's assessment of and conclusion on the effectiveness of internal control over financial reporting did not include an assessment of certain elements of the internal control over financial reporting of AE, Inc. and H.T. Aluminum Specialty, Inc. which are included in the 2008 consolidated financial statements of the Company. We did not assess the effectiveness of internal control over financial reporting at AE, Inc. and H.T. Aluminum Specialty, Inc. because we did not believe we had adequate time to conduct an assessment of the internal control over financial reporting in the period between the consummation date of the acquisition and the date of management's assessment. AE, Inc. and H.T. Aluminum Specialty, Inc., in the aggregate, constituted $12.8 million of total assets as of December 31, 2008 and approximately $29.9 million and $2.6 million of revenues and net loss, respectively, for the year ended December 31, 2008.

In "Management's Report on Internal Control over Financial Reporting" included in Item 9A of the company's Annual Report on Form 10-K for the year ended December 31, 2007, as filed with the Securities and Exchange Commission (the "Management's Report"), management reported that a material weakness existed in the Company's internal controls over financial reporting as of December 31, 2007.

As disclosed in Item 4 of the company's Form 10-Q for the quarter ended September 30, 2008, in fiscal 2008 the following control improvements were implemented in an effort to remediate the control deficiencies that contributed to the material weakness related to the financial statement close process:

- Management established an oversight group led by the Chairman and Chief Executive Officer and Chief Financial Officer to monitor progress of the remediation efforts related to the material weakness, optimizing global finance processes and enhancing the skill sets of the finance organizational personnel;

- During the third quarter of 2008, we adopted a newly revised and comprehensive set of accounting policies and procedures and held training sessions on these policies;

- Management expanded the capabilities and added new resources to the global finance organization to provide more oversight, proactive preventive controls and allow more timely review of complex accounting areas.

As a result of these control improvements and other measures the company has taken during 2008, management believes the control deficiencies that, when aggregated, constituted a material weakness in internal control over the financial statement close process as of December 31, 2007 have been remediated.

Management's assessment of the effectiveness of the Company's internal control over financial reporting as of December 31, 2008 has been audited by Ernst & Young LLP, an independent registered public accounting firm, as stated in their report which is presented herein.



Ernst & Young LLP
Suite 1300
925 Euclid Avenue
Cleveland, Ohio 44115

Tel: 216 861 5000
www.ey.com

**Report of Independent Registered Public Accounting Firm**

The Board of Directors and Stockholder of
Aleris International, Inc.

We have audited Aleris International's internal control over financial reporting as of December 31, 2008, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (the COSO criteria). Aleris International's management is responsible for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

As indicated in the accompanying Management's Report over Financial Reporting, management's assessment of and conclusion on the effectiveness of internal control over financial reporting did not include the internal controls of AE, Inc. and H.T. Aluminum Specialty, Inc., which are included in the 2008 consolidated financial statements of Aleris International, Inc. and constituted $12.8 million of total assets, as of December 31, 2008 and $29.9 million and $2.6 million of revenues and net loss, respectively, for the year then ended. Our audit of internal control over financial reporting of Aleris International, Inc. also did not include an evaluation of the internal control over financial reporting of AE, Inc. and H.T. Aluminum Specialty, Inc.

In our opinion, Aleris International, Inc. maintained, in all material respects, effective internal control over financial reporting as of December 31, 2008, based on the COSO criteria**.**

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the 2008 consolidated financial statements of Aleris International, Inc. and our report dated March 30, 2009 expressed an unqualified opinion thereon that included an explanatory paragraph regarding Aleris International, Inc.'s ability to continue as a going concern.

*Ernst & Young LLP*

March 30, 2009

A member firm of Ernst & Young Global Limited



Ernst & Young LLP
Suite 1300
925 Euclid Avenue
Cleveland, Ohio 44115

Tel: 216 861 5000
www.ey.com

**Report of Independent Registered Public Accounting Firm**

The Board of Directors and Stockholder of
Aleris International, Inc.

We have audited the accompanying consolidated balance sheets of Aleris International, Inc. as of December 31, 2008 and 2007 (Successor Company), and the related consolidated statements of operations, stockholder's (deficit) equity, and cash flows for the years ended December 31, 2008 and 2007 (Successor Company), the period from December 20, 2006 through December 31, 2006 (Successor Company), and the period from January 1, 2006 through December 19, 2006 (Predecessor Company). These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, the consolidated financial position of Aleris International, Inc. at December 31, 2008 and 2007 (Successor Company), and the consolidated results of their operations and their cash flows for the years ended December 31, 2008 and 2007 (Successor Company), the period from December 20, 2006 through December 31, 2006 (Successor Company), and the period from January 1, 2006 through December 19, 2006 (Predecessor Company), in conformity with U.S. generally accepted accounting principles.

The accompanying financial statements have been prepared assuming that Aleris International, Inc. will continue as a going concern. As more fully described in Notes 2 and 3 to the financial statements, on February 12, 2009, Aleris International, Inc. and its wholly-owned U.S. subsidiaries (collectively the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code"). Its continuation as a going concern is contingent upon, among other things, the Debtors' ability (i) to comply with the terms and conditions of the debtors-in-possession financing agreement; (ii) to obtain confirmation of a plan of reorganization under the Bankruptcy Code; (iii) to reduce unsustainable debt through the bankruptcy process; (iv) to return to profitability; (v) to generate sufficient cash flow from operations to fund working capital and debt service requirements and; (vi) to obtain financing sources to meet the Company's future obligations. These conditions raise substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to these matters also are described in Note 3. The 2008 financial statements do not include any adjustments to reflect the possible future effects on the recoverability and classification of assets or the amounts and classification of liabilities that may result from the outcome of this uncertainty.

As discussed in Notes 4 and 16 to the consolidated financial statements, the Company adopted Statement of Financial Accounting Standards No. 158, *Employers' Accounting for Defined Benefit Pensions and Other Postretirement Plans* effective December 31, 2006.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), Aleris International, Inc.'s internal control over financial reporting as of December 31, 2008, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 30, 2009 expressed an unqualified opinion thereon.

*Ernst & Young LLP*

March 30, 2009

A member firm of Ernst & Young Global Limited

## ALERIS INTERNATIONAL, INC.

### CONSOLIDATED BALANCE SHEET
### (in millions, except share and per share data)

| | December 31, 2008 | December 31, 2007 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 48.5 | $ 109.9 |
| Accounts receivable (net of allowances of $25.2 and $17.4 at December 31, 2008 and 2007) | 441.3 | 668.0 |
| Inventories | 583.7 | 839.7 |
| Deferred income taxes | 28.2 | 41.6 |
| Derivative financial instruments | 2.7 | 30.6 |
| Prepaid expenses and other current assets | 40.8 | 40.6 |
| Assets of discontinued operations—current | - | 254.1 |
| **Total Current Assets** | 1,145.2 | 1,984.5 |
| Property, plant and equipment, net | 1,275.1 | 1,423.5 |
| Goodwill | 79.8 | 1,219.1 |
| Intangible assets, net | 115.8 | 329.9 |
| Derivative financial instruments | - | 56.4 |
| Deferred income taxes | 14.3 | 10.8 |
| Other assets | 45.8 | 49.1 |
| **Total Assets** | $ 2,676.0 | $ 5,073.3 |
| **LIABILITIES AND STOCKHOLDER'S (DEFICIT) EQUITY** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 401.4 | $ 687.4 |
| Accrued liabilities | 206.9 | 192.9 |
| Derivative financial instruments | 20.2 | 33.1 |
| Deferred income taxes | 28.5 | 25.2 |
| Current portion of long-term debt | 6.6 | 20.6 |
| Debt in default | 2,589.7 | - |
| Liabilities of discontinued operations—current | - | 67.5 |
| **Total Current Liabilities** | 3,253.3 | 1,026.7 |
| Long-term debt | 4.0 | 2,696.5 |
| Deferred income taxes | 81.5 | 177.3 |
| Accrued pension benefits | 211.1 | 155.8 |
| Accrued postretirement benefits | 47.7 | 52.5 |
| Other long-term liabilities | 98.1 | 113.8 |
| **Stockholder's (Deficit) Equity** | | |
| Preferred stock; par value $.01; 100 shares authorized; none issued | - | - |
| Common stock; par value $.01; 900 shares authorized and issued | - | - |
| Additional paid-in capital | 855.8 | 852.6 |
| Retained (deficit) earnings | (1,876.0) | (129.0) |
| Accumulated other comprehensive income | 0.5 | 127.1 |
| **Total Stockholder's (Deficit) Equity** | (1,019.7) | 850.7 |
| **Total Liabilities and Stockholder's (Deficit) Equity** | $ 2,676.0 | $ 5,073.3 |

See Notes to Consolidated Financial Statements.

# ALERIS INTERNATIONAL, INC.

## CONSOLIDATED STATEMENTS OF OPERATIONS
### (in millions)

| | (Successor) | | | (Predecessor) |
|---|---|---|---|---|
| | For the years ended December 31, | | For the period from December 20, 2006 to December 31, 2006 | For the period from January 1, 2006 to December 19, 2006 |
| | 2008 | 2007 | | |
| Revenues | $ 5,905.7 | $ 5,989.9 | $ 94.1 | $ 4,101.5 |
| Cost of sales | 5,692.7 | 5,667.9 | 91.2 | 3,754.5 |
| Gross profit | 213.0 | 322.0 | 2.9 | 347.0 |
| Selling, general and administrative expenses | 336.1 | 300.2 | 6.0 | 160.3 |
| Restructuring and other charges | 102.2 | 32.8 | 5.5 | 36.4 |
| Impairment of goodwill and other intangible assets | 1,311.8 | - | - | - |
| Losses (gains) on derivative financial instruments | 124.3 | (37.8) | (11.1) | (19.7) |
| Operating (loss) income | (1,661.4) | 26.8 | 2.5 | 170.0 |
| Interest expense | 229.1 | 207.0 | 6.9 | 78.0 |
| Interest income | (3.1) | (3.0) | - | (5.0) |
| Loss on early extinguishment of debt | 1.5 | - | - | 54.4 |
| Other (income) expense, net | (10.1) | 4.0 | (0.4) | (16.4) |
| (Loss) income from continuing operations before provision for income taxes and minority interests | (1,878.8) | (181.2) | (4.0) | 59.0 |
| (Benefit from) provision for income taxes | (134.1) | (88.4) | (0.7) | 23.4 |
| (Loss) income from continuing operations before minority interests | (1,744.7) | (92.8) | (3.3) | 35.6 |
| Minority interests, net of provision for income taxes | 0.5 | 0.1 | - | 0.1 |
| (Loss) income from continuing operations | (1,745.2) | (92.9) | (3.3) | 35.5 |
| Income (loss) from discontinued operations, net of tax | 0.8 | (32.7) | (0.1) | 38.2 |
| Net (loss) income | $ (1,744.4) | $ (125.6) | $ (3.4) | $ 73.7 |

See Notes to Consolidated Financial Statements.

# ALERIS INTERNATIONAL, INC.

## CONSOLIDATED STATEMENTS OF CASH FLOWS
### (in millions)

| | For the years ended December 31, | | For the period from December 20, 2006 to December 31, | For the period from January 1, 2006 to December 19, |
|---|---|---|---|---|
| | **2008** | **2007** | **2006** | **2006** |
| **Operating activities** | | | | |
| Net (loss) income | $ (1,744.4) | $ (125.6) | $ (3.4) | $ 73.7 |
| Less: Income (loss) from discontinued operations | 0.8 | (32.7) | (0.1) | 38.2 |
| (Loss) income from continuing operations | (1,745.2) | (92.9) | (3.3) | 35.5 |
| Depreciation and amortization | 225.1 | 203.9 | 5.3 | 101.5 |
| (Benefit from) provision for deferred income taxes | (151.8) | (99.7) | 8.2 | 3.3 |
| Excess income tax benefits from exercise of stock options | - | - | - | (3.6) |
| Restructuring, inventory impairment and other charges | | | | |
| Charges | 115.6 | 32.8 | 5.5 | 36.4 |
| Payments | (31.6) | (15.8) | (23.1) | (6.9) |
| Impairment of goodwill and other intangibles | 1,311.8 | - | - | - |
| Adjustment to reflect inventories at lower of cost or market | 55.6 | - | - | - |
| Non-cash loss on early extinguishment of debt | 2.7 | - | - | 16.4 |
| Stock-based compensation expense | 2.5 | 3.9 | - | 10.2 |
| Proceeds from settlement of currency derivative financial instruments | - | - | - | (9.8) |
| Unrealized losses (gains) on derivative financial instruments | 119.2 | (7.0) | (11.1) | (17.2) |
| Charges related to fair value of inventory in purchase accounting | 0.3 | 47.3 | - | 5.4 |
| (Gain) loss on sale of property, plant and equipment | - | (0.6) | - | (14.7) |
| Provision for allowance for doubtful accounts | 16.6 | 1.8 | - | 0.6 |
| Amortization of debt issuance costs | 14.0 | 10.4 | - | 5.5 |
| Other non-cash charges | 0.6 | - | - | - |
| Change in operating assets and liabilities | 4.5 | 223.8 | (128.6) | 194.5 |
| **Net cash (used) provided by operating activities of continuing operations** | (60.1) | 307.9 | (147.1) | 357.1 |
| | | | | |
| **Investing activities** | | | | |
| Acquisition of Aleris International, Inc. | - | (11.5) | (1,725.4) | - |
| Sale of Zinc business | 287.2 | - | - | - |
| Purchase of businesses, net of cash acquired | (19.9) | (307.8) | - | (828.6) |
| Payments for property, plant and equipment | (138.1) | (191.8) | (10.7) | (108.7) |
| Proceeds from sale of property, plant and equipment | 2.4 | 0.8 | - | 30.6 |
| Proceeds from the settlement of currency derivative financial instruments | - | - | - | 9.8 |
| Other | 0.9 | (0.3) | - | (1.2) |
| **Net cash provided (used) by investing activities of continuing operations** | 132.5 | (510.6) | (1,736.1) | (898.1) |
| | | | | |
| **Financing activities** | | | | |
| Cash equity contribution | - | - | 844.9 | - |
| Net (payments on) proceeds from long-term revolving credit facilities | (81.7) | 29.5 | 63.6 | (97.2) |
| Proceeds from issuance of long-term debt | - | 100.0 | 1,567.8 | 1,151.0 |
| Payments on long-term debt | (18.3) | (12.4) | (510.5) | (328.8) |
| Debt issuance costs | (5.8) | (6.7) | (85.3) | (29.8) |
| Proceeds from exercise of stock options | - | - | - | 1.4 |
| Excess income tax benefits from exercise of stock options | - | - | - | 3.6 |
| Other | (2.5) | (1.0) | - | 0.1 |
| **Net cash (used) provided by financing activities of continuing operations** | (108.3) | 109.4 | 1,880.5 | 700.3 |
| | | | | |
| Effect of exchange rate differences on cash and cash equivalents | (0.1) | (1.8) | - | (13.4) |
| Cash flows (used) provided from continuing operations | (36.0) | (95.1) | (2.7) | 145.9 |
| Cash flows of discontinued operations: | | | | |
| Operating cash flows | (25.4) | 90.5 | - | (19.1) |
| Investing cash flows | - | (11.6) | - | (4.4) |
| Financing cash flows | - | - | - | (0.4) |
| Cash and cash equivalents at beginning of period | 109.9 | 126.1 | 128.8 | 6.8 |
| **Cash and cash equivalents at end of period** | $ 48.5 | $ 109.9 | $ 126.1 | $ 128.8 |

See Notes to Consolidated Financial Statements.

# ALERIS INTERNATIONAL, INC.

## CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDER'S (DEFICIT) EQUITY
### (in millions)

| | Common stock | Additional paid-in-capital | Deferred compensation | Retained (deficit) earnings | Accumulated other comprehensive income | Treasury stock | Total stockholder's (deficit) equity |
|---|---|---|---|---|---|---|---|
| Balance at January 1, 2006 | $ 3.1 | $ 295.7 | $ (5.9) | $ 95.9 | $ 5.3 | $ (0.3) | $ 393.8 |
| Comprehensive income: | | | | | | | |
| Net income | - | - | - | 73.7 | - | - | 73.7 |
| Other comprehensive income (loss): | | | | | | | |
| Deferred hedging loss, net of tax of $10.0 | - | - | - | - | (16.5) | - | (16.5) |
| Currency translation adjustments | - | - | - | - | 17.2 | - | 17.2 |
| Comprehensive income | - | | | | | | 74.4 |
| Impact of adoption of SFAS No. 123(R) | - | (5.9) | 5.9 | - | - | - | - |
| Issuance of common stock for services | - | 0.6 | - | - | - | - | 0.6 |
| Exercise of stock options, including tax benefits of $3.6 | - | 4.6 | - | - | - | 0.4 | 5.0 |
| Stock-based compensation expense | - | 21.5 | - | - | - | - | 21.5 |
| Purchase of common stock for treasury | - | - | - | - | - | (2.7) | (2.7) |
| Other | - | - | - | - | - | (0.5) | (0.5) |
| Balance at December 19, 2006 | $ 3.1 | $ 316.5 | $ - | $ 169.6 | $ 6.0 | $ (3.1) | $ 492.1 |
| *Successor* | | | | | | | |
| Equity contribution from Holdings | $ - | $ 848.8 | $ - | $ - | $ - | $ - | $ 848.8 |
| Net loss | - | - | - | (3.4) | - | - | (3.4) |
| Balance at December 31, 2006 | $ - | $ 848.8 | $ - | $ (3.4) | $ - | $ - | $ 845.4 |
| Comprehensive loss: | | | | | | | |
| Net loss | - | - | - | (125.6) | - | - | (125.6) |
| Other comprehensive income (loss): | | | | | | | |
| Deferred hedging loss, net of tax of $5.0 | - | - | - | - | (8.2) | - | (8.2) |
| Currency translation adjustments | - | - | - | - | 109.9 | - | 109.9 |
| Pension and other post retirement liability adjustment, net of tax of $10.5 | - | - | - | - | 25.4 | - | 25.4 |
| Comprehensive income | - | | | | | | 1.5 |
| Stock-based compensation expense | - | 3.9 | - | - | - | - | 3.9 |
| Other | - | (0.1) | - | - | - | - | (0.1) |
| Balance at December 31, 2007 | $ - | $ 852.6 | $ - | $ (129.0) | $ 127.1 | $ - | $ 850.7 |
| Comprehensive loss: | | | | | | | |
| Net loss | - | - | - | (1,744.4) | - | - | (1,744.4) |
| Other comprehensive income (loss): | | | | | | | |
| Deferred hedge gain, net of tax benefit of $5.0 | - | - | - | - | 8.2 | - | 8.2 |
| Currency translation adjustments | - | - | - | - | (75.1) | - | (75.1) |
| Pension and other post retirement liability adjustment, net of tax benefit of $4.1 | - | - | - | - | (59.7) | - | (59.7) |
| Comprehensive loss | | | | | | | (1,871.0) |
| Dividend to Holdings | - | - | - | (2.1) | - | - | (2.1) |
| Stock-based compensation expense | - | 2.5 | - | - | - | - | 2.5 |
| Other | - | 0.7 | - | (0.5) | - | - | 0.2 |
| Balance at December 31, 2008 | $ - | $ 855.8 | $ - | $ (1,876.0) | $ 0.5 | $ - | $ (1,019.7) |

See Notes to Consolidated Financial Statements.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(in millions, except share data)**

## 1. BASIS OF PRESENTATION

*Basis of Presentation*

On July 14, 2006, Texas Pacific Group ("TPG") formed Aurora Acquisition Holdings, Inc. ("Holdings") and Aurora Acquisition Merger Sub, Inc. ("Merger Sub"), for purposes of acquiring Aleris International, Inc. ("we," "our" or the "Company"). On August 7, 2006, we entered into an Agreement and Plan of Merger with Holdings, pursuant to which each share of our common stock (other than shares held in treasury or owned by Holdings) would be converted into the right to receive $52.50 in cash, subject to stockholder approval. The acquisition of the Company (the "TPG Acquisition") was completed on December 19, 2006 at which time TPG and certain members of our management made a cash contribution of $844.9 and a non-cash contribution of $3.9 to Holdings in exchange for 8,520,000 shares of Holdings stock. The non-cash contribution consisted of shares of common stock held by management. Holdings contributed this amount to Merger Sub in exchange for Merger Sub issuing 900 shares of its common stock to Holdings. The cash contribution, along with the additional indebtedness jointly entered into by us and Merger Sub, was used to acquire and retire all of our then outstanding common stock, redeem all stock options and non-vested stock, refinance substantially all of our indebtedness and to pay fees and expenses associated with the TPG Acquisition. The TPG Acquisition is more fully described in Note 5 "Acquisition of the Company" while the refinancing is more fully described in Note 15 "Long-Term Debt." Immediately upon consummation of the TPG Acquisition, Merger Sub was merged with and into the Company. As the surviving corporation in the merger, we assumed, by operation of law, all of the rights and obligations of Merger Sub.

The TPG Acquisition was recorded as of December 19, 2006. The accompanying consolidated financial statements for the years ended December 31, 2008 and 2007 and the period from December 20, 2006 to December 31, 2006 (the "Successor period") include the application of purchase accounting and the establishment of a new basis of accounting necessitated by the TPG Acquisition. Certain of the notes to the consolidated financial statements also present information for the year ended December 31, 2006 on a combined basis as the separate disclosure of the Successor period is not material and would not be meaningful. On November 19, 2007, the Company entered into a stock purchase agreement to sell all the outstanding shares of capital stock of each of U.S. Zinc Corporation, Interamerican Zinc, Inc., and Aleris Asia Pacific Zinc (Barbados) Ltd. together with their wholly-owned subsidiaries (the "Zinc segment"). As a result, the Zinc segment has been reported as a discontinued operation. This is more fully described in Note 8 "Discontinued Operations." Unless otherwise indicated, amounts in the notes to the consolidated financial statements refer to continuing operations.

*Nature of Operations*

The principal business of the Company involves the production of rolled and extruded aluminum products as well as the recycling of aluminum and production of specification alloys. Our aluminum sheet products are sold to customers and distributors serving the transportation, aerospace, construction, and consumer durables end-use industry segments. Our aluminum recycling operations consist primarily of purchasing scrap metal on the open market, recycling the metal and selling it in molten or ingot form. In addition, these operations recycle customer-owned aluminum scrap for a fee (tolling). Our recycling customers are some of the world's largest aluminum, steel and automotive companies.

## 2. CHAPTER 11 REORGANIZATION PROCEEDINGS

On February 12, 2009, the Company and most of its wholly-owned U.S. subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 (collectively, the "Chapter 11 Petitions") of the United States Bankruptcy Code ("Bankruptcy Code") in the United States Bankruptcy Court, District of Delaware ("Court"). The Debtors' cases (the "Bankruptcy Cases") are being jointly administered under Aleris International, Inc., Case No. 09-10478 (BLS). The Debtors are operating as debtors-in-possession ("DIP") pursuant to the Bankruptcy Code. Certain of our U.S. subsidiaries and all of our foreign operations are not part of the Chapter 11 filing, and will continue to operate outside of the Chapter 11 process.

Due to the sharp deterioration in demand for our products in the automotive, housing, and general industrial products sectors, and the unprecedented decline in aluminum prices which limited our borrowing and liquidity capacity, we decided to seek Chapter 11 bankruptcy protection to restructure our operations and financial position.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The objective of the bankruptcy filing is to provide relief from our burdensome pre-petition debt service obligations, which will allow us time to restructure our operations to the current low demand environment and reposition our business to create a more competitive foundation for the long term.

Although there can be no assurance that we will be successful, our intent in filing for Chapter 11 protection is to use the powers afforded us under the Bankruptcy Code to effect a financial restructuring that results in a significant reduction in our total indebtedness on a basis that is fair and equitable to all of our creditors and stockholder. See Note 26 "Subsequent Events" for additional information.

To fund our global operations during the restructuring, we have secured $1,075 of DIP financing. The DIP credit facilities include a new $500 equivalent term loan ($448.3 plus €40.4) and a new $575 asset-backed revolving credit facility that replaces our previous Revolving Credit Facility. These will be used to fund our normal operating and working capital requirements, including employee wages and benefits, supplier payments, and other operating expenses during the reorganization process. We believe that the DIP credit facilities provide sufficient funds for the reorganization effort under Chapter 11. See Note 15 "Long-Term Debt" and Note 26 "Subsequent Events" for additional information.

The provisions in the American Institute of Certified Public Accountants ("AICPA") Statement of Position 90-7, "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code" will apply to the Debtors' financial statements for periods subsequent to the filing of the Chapter 11 Petitions, and distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business.

### 3. GOING CONCERN

As discussed in Note 2 "Chapter 11 Reorganization Proceedings," the Debtors are operating under Chapter 11 of the Bankruptcy Code and continuation of the Company as a going concern is contingent upon, among other things, the Debtors' ability (i) to comply with the terms and conditions of the DIP credit facilities described in Note 26 "Subsequent Events"; (ii) to obtain confirmation of a plan of reorganization under the Bankruptcy Code; (iii) to reduce unsustainable debt through the bankruptcy process; (iv) to return to profitability; (v) to generate sufficient cash flow from operations to fund working capital and debt service requirements; and (vi) to obtain financing sources to meet the Company's future obligations. These matters create substantial doubt relating to the Company's ability to continue as a going concern.

As a result of the Chapter 11 Petitions, substantially all of our long-term debt as of December 31, 2008 has been classified as a current liability. In addition, a plan of reorganization could materially change amounts reported in our consolidated financial statements, which do not give effect to any adjustments of the carrying value of assets and liabilities that are necessary as a consequence of reorganization under Chapter 11.

### 4. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Use of Accounting Estimates*

The consolidated financial statements are prepared in conformity with accounting principles generally accepted in the United States of America and require management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. Our most significant estimates relate to the valuation of derivatives, property, plant and equipment, intangible assets and goodwill, the assumptions used to compute pension and postretirement benefit obligations, workers' compensation, medical and environmental liabilities, deferred tax valuation allowances, and allowances for uncollectible accounts receivable.

*Principles of Consolidation*

The accompanying consolidated financial statements include the accounts of Aleris and our majority owned subsidiaries. All significant intercompany accounts and transactions have been eliminated upon consolidation. Investments in affiliated companies, owned 50% or less, are accounted for using the equity method.

*Reclassifications*

Certain reclassifications have been made to prior years' amounts to conform to the current year's presentation.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

### Business Combinations

All business combinations are accounted for using the purchase method as prescribed by Statement of Financial Accounting Standard ("SFAS") No. 141, "Business Combinations." The purchase price paid is allocated to the assets acquired and liabilities assumed based on their estimated fair market values. Any excess purchase price over the fair value of the net assets acquired is recorded as goodwill while any deficiency of the purchase price, or negative goodwill, is first applied to reduce the fair values of acquired long-lived tangible and intangible assets and then as a credit in the Consolidated Statement of Operations.

### Revenue Recognition and Shipping and Handling Costs

Revenues are recognized when title transfers and risk of loss passes to the customer in accordance with the provisions of the Securities and Exchange Commission ("SEC") Staff Accounting Bulletin ("SAB") No. 104, "Revenue Recognition." In the case of rolled aluminum product, title and risk of loss do not pass until the product reaches the customer. For material that is tolled, revenue is recognized upon the performance of the tolling services for customers. Shipping and handling costs are included within "Cost of sales" in the Consolidated Statement of Operations.

### Cash Equivalents

All highly liquid investments with a maturity of three months or less when purchased are considered cash equivalents. The carrying amount of cash equivalents approximates fair value because of the short maturity of those instruments.

### Accounts Receivable Allowances and Credit Risk

We extend credit to our customers based on an evaluation of their financial condition; generally, collateral is not required. Substantially all of the accounts receivable associated with our European operations are insured against loss by third party credit insurers. We maintain an allowance against our accounts receivable for the estimated probable losses on uncollectible accounts and sales returns and allowances. The valuation reserve is based upon our historical loss experience, current economic conditions within the industries we serve as well as our determination of the specific risk related to certain customers. Accounts receivable are charged off against the reserve when, in management's estimation, further collection efforts would not result in a reasonable likelihood of receipt. The movement of the accounts receivable allowances is as follows (there was no movement during the period of December 20, 2006 to December 31, 2006):

| | (Successor) | | | | (Predecessor) |
|---|---|---|---|---|---|
| | | For the years ended December 31, | | | For the period from January 1, 2006 to December 19, 2006 |
| | 2008 | | 2007 | | |
| Balance at beginning of the period | $ 17.4 | $ | 16.2 | $ | 5.7 |
| Expenses for uncollectible accounts, sales returns, and allowances, net of recoveries | 45.4 | | 27.3 | | 5.7 |
| Receivables written off against the valuation reserve | (37.6) | | (28.0) | | (7.8) |
| Acquisitions | - | | 1.9 | | 12.6 |
| Balance at end of period | $ 25.2 | $ | 17.4 | $ | 16.2 |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Concentration of credit risk with respect to trade accounts receivable is limited due to the large number of customers in various industry segments comprising our customer base. No single customer accounted for more than 10% of consolidated revenues in 2008, 2007 or 2006. However, our Rolled Products North America and Recycling and Specification Alloys Americas segments supply the U.S. automotive manufacturers and their suppliers. The continued weakening of the U.S. automotive manufacturers financial and market position has increased our exposure to future risk of loss. While our allowances for doubtful accounts for these customers are not material as of December 31, 2008, as we anticipate amounts outstanding as of that date to be substantially collected, we may experience material losses in the future if these conditions do not improve. At December 31, 2008, we estimate that our consolidated accounts receivable included $35.0 owed from U.S. automotive manufacturers or their suppliers.

*Inventories*

Our inventories are stated at the lower of cost or net realizable value. Cost is determined primarily on the average cost or specific identification method and includes material, labor and overhead related to the manufacturing process. During the year ended December 31, 2008, lower of cost or market charges totaling $55.6 were recorded. These charges were primarily driven by the rapid decline in aluminum prices during the fourth quarter of 2008. The cost of inventories acquired in business combinations are recorded at fair value in accordance with SFAS No. 141.

*Property, Plant and Equipment*

Property, plant and equipment is stated at cost, net of asset impairments. The cost of property, plant and equipment acquired in material business combinations is determined by third party valuations and represents the fair value of the acquired assets at the time of acquisition. As a result of the TPG Acquisition, all of our property, plant and equipment were adjusted to fair value in 2007.

The fair value of asset retirement obligations is capitalized to the related long-lived asset at the time the obligation is incurred and is depreciated over the remaining useful life of the related asset. Major renewals and improvements that extend an asset's useful life are capitalized to property, plant and equipment. Major repair and maintenance projects, including the relining of our furnaces and reconditioning of our rolling mills, are expensed over periods not exceeding 36 months while normal maintenance and repairs are expensed as incurred. Depreciation is primarily computed using the straight-line method over the estimated useful lives of the related assets, as follows:

| | |
|---|---|
| Buildings and improvements | 5-39 years |
| Production equipment and machinery | 2-20 years |
| Office furniture, equipment and other | 3-10 years |

The construction costs of landfills used to store by-products of the recycling process are depreciated as space in the landfills is used based on the unit of production method. Additionally, used space in the landfill is determined periodically either by aerial photography or engineering estimates.

Interest is capitalized in connection with major construction projects. Capitalized interest costs are as follows:

| | (Successor) | | (Predecessor) |
|---|---|---|---|
| | **For the years ended** | | **For the period from January 1, 2006 to December 19, 2006** |
| | **December 31, 2008** | **December 31, 2007** | |
| Capitalized Interest | $ 3.4 | $ 5.9 | $ 2.5 |

*Intangible Assets*

Intangible assets are primarily related to trade names, customer relationships, developed technology and supply contracts associated with our acquired businesses. Acquired intangible assets are recorded at their estimated fair value in the allocation of the purchase price paid. Intangibles with indefinite useful lives are not amortized and intangibles with finite useful lives are amortized over their estimated useful lives, ranging from 3 to 11 years. See Note 12, "Goodwill and Other Intangible Assets," for additional information.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Impairment of Property, Plant, Equipment and Finite Lived Intangible Assets*

We review our finite lived long-lived assets, including amortizable intangible assets, for impairment when changes in circumstances indicate that the carrying amount of an asset may not be recoverable. An impairment loss may be recognized when the carrying amount of the assets exceeds the future undiscounted cash flows expected from the asset. Impairment losses are measured as the amount by which the carrying amount of the asset exceeds the estimated fair value of the asset and are included in "Restructuring and other charges" or "Impairment of goodwill and other intangibles," as applicable, in the Consolidated Statement of Operations. In the fourth quarter of 2008, we recorded impairment charges totaling $146.9 related to finite lived intangible assets. Fair value estimates of closed facilities and intangible assets are based on third party valuation assessments or quoted market prices while fair value estimates of operating facilities are based on the expected discounted cash flows associated with the impacted assets. See Note 7 "Restructuring and Other Charges" and Note 12 "Goodwill and Other Intangible Assets" for additional information.

*Goodwill and Indefinite Lived Intangible Assets*

Goodwill and indefinite lived intangible assets are tested for impairment as of October 1 of each year and may be tested more frequently if changes in circumstances or the occurrence of events indicates that a potential impairment exists. We evaluate goodwill based upon our reporting units. Reporting units are defined as operating segments or, in certain situations, one level below the operating segment. The goodwill impairment test is a two-step process. The first step consists of estimating the fair value of each reporting unit based on a discounted cash flow model or a market comparable approach and comparing those estimated fair values with the carrying values, which includes allocated goodwill. If the determined fair value is less than the carrying value, a second step is performed to compute the amount of the impairment by determining an "implied fair value" of goodwill, which requires us to allocate the estimated fair value of the reporting unit to the assets and liabilities of the reporting unit. Any unallocated fair value represents the "implied fair value" of goodwill, which is compared to the corresponding carrying value. If the carrying value of goodwill exceeds its implied fair value, an impairment loss is recognized.

The fair values of our reporting units are estimated based upon a present value technique using discounted future cash flows, forecasted over a five-year period with residual growth rates thereafter (forecasted at 3% to 4% for the current year impairment calculation), and a market comparable approach. We use management business plans and projections as the basis for expected future cash flows. In evaluating such business plans for reasonableness in the context of their use for predicting discounted cash flows in its valuation model, we evaluate whether there is a reasonable basis for the differences between actual results of the preceding years and projected results in future years. This methodology can potentially yield significant changes in growth rates in the first few years of forecasted data due to a multitude of factors, including anticipated near term changes in market and economic conditions as well as efficiencies expected to be realized due to prior restructuring initiatives. Assumptions in estimating future cash flows are subject to a high degree of judgment. We make every effort to forecast our future cash flows as accurately as possible at the time the forecast is developed. However, changes in assumptions and estimates may affect the fair value of our reporting units and could result in additional impairment charges in future periods. Factors that have the potential to create variances between forecasted cash flows and actual results include, but are not limited to: changes in aluminum prices and market conditions, including the capital, credit, commodities, automobile and housing markets, all of which impact demand for our products, as well as the overall global economy.

Discount rates utilized in the goodwill valuation analysis are based on an independent third-party's assessment of the cost of capital for comparable companies adjusted for risks unique to the reporting units. The rates utilized at October 1, 2008 ranged from 11.0% to 14.5%.

Under SFAS No. 142, intangible assets determined to have indefinite lives are not amortized, but are tested for impairment at least annually. As part of the annual impairment test, the non-amortized intangible assets are reviewed to determine if the indefinite status remains appropriate.

In the fourth quarter of 2008, based on the estimated fair values of assets and liabilities as of October 1, 2008, we recorded impairment charges totaling $1,102.0 related to goodwill and $19.7 related to other indefinite lived intangible assets. As a result of the rapid decline of the global economy, as well as our own operating results, we conducted a second goodwill and indefinite lived intangible asset impairment test as of December 31, 2008. This second test resulted in additional impairments of goodwill and indefinite lived intangible assets totaling $34.0 and $9.2, respectively. See Note 12 "Goodwill and Other Intangible Assets" for additional information.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Deferred Financing Costs*

The costs related to the issuance of debt are capitalized and amortized over the lives of the related debt as interest expense using the effective interest method.

*Research and Development*

Research and development expenses primarily relate to expenses incurred under the terms of a five-year research and development agreement with Corus Group plc ("Corus") pursuant to which Corus assists us in research and development projects on a fee-for-service basis. Research and development expenses were $21.8 and $20.0 for the years ended December 31, 2008 and December 31, 2007, respectively, and $8.7 for the period from January 1, 2006 to December 19, 2006.

*Stock-Based Compensation*

We recognize compensation expense for stock options under the provisions of SFAS No. 123(R) "Share Based Payments" ("SFAS No. 123(R)") using the non-substantive vesting period approach, in which the expense (net of estimated forfeitures) is recognized ratably over the requisite service period based on the grant date fair value. The fair value of each new stock option is estimated on the date of grant using a Monte Carlo Simulation model. Determining the fair value of stock options at the grant date requires judgment, including estimates for the average risk-free interest rate, dividend yield, volatility, annual forfeiture rate, and exercise behavior. If any of these assumptions differ significantly from actual, stock-based compensation expense could be impacted.

Pursuant to the TPG Acquisition, substantially all stock-based compensation awards were redeemed on December 19, 2006. Certain awards remained outstanding as of December 31, 2006, and the related compensation expense was fully accrued. These awards were paid in 2007.

Total stock-based compensation expense for the years ended December 31, 2008 and December 31, 2007 was $2.5 and $3.9, respectively. Total stock-based compensation expense for the period from January 1, 2006 to December 19, 2006, including amounts included within "Restructuring and other charges" in the Consolidated Statement of Operations, was $21.3.

*Derivatives and Hedging*

We are engaged in activities that expose us to various market risks, including changes in the prices of primary aluminum, aluminum alloys, scrap aluminum, and natural gas, as well as changes in currency and interest rates. These financial exposures are managed as an integral part of our risk management program. We do not hold or issue derivative financial instruments for trading purposes. We maintain a natural gas pricing strategy to minimize significant fluctuations in earnings caused by the volatility of gas prices. We also maintain a metal pricing strategy to minimize significant, unanticipated fluctuations in earnings caused by the volatility of aluminum prices and a currency hedging strategy to reduce the impact of fluctuations in currency rates related to purchases and sales of aluminum to be made in currencies other than our functional currencies. From time to time we will enter into interest rate swaps or similar agreements to manage exposure to fluctuations in interest rates on our long-term debt. As a result of the Chapter 11 Petitions, we are prohibited from entering into any new derivative agreements, without approval from the DIP lenders.

The fair values of our derivative financial instruments are recognized as assets or liabilities at the balance sheet date. Fair values are determined based on the differences between contractual and forward rates as of the balance sheet date. Beginning in 2008, and in accordance with the requirements of SFAS No. 157, we have included an estimate of the risk associated with non-performance by either ourselves or our counterparties in developing these fair values. See Note 23 "Derivative and Other Financial Instruments" for additional information.

For those derivative financial instruments that are accounted for as hedges, we measure the effectiveness of the hedging relationship by formally assessing, at least quarterly, the historical and probable future high correlation of changes in the expected cash flows of the hedges and the hedged items. The effective portions of the changes in the fair value of derivative instruments accounted for as cash flow hedges are recorded on the Consolidated Balance Sheet in "Accumulated other comprehensive income" and are reclassified to the Consolidated Statement of Operations at the time the underlying transaction impacts income while the ineffective portions of the changes in fair value are recorded in the Consolidated Statement of Operations within "Losses (gains) on derivative financial instruments." The changes in fair value of derivative financial instruments accounted for as fair value hedges are recorded in "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations along with the changes in the effective portions of underlying hedged item.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The changes in fair value of derivative financial instruments that are not accounted for as hedges and the associated gains and losses realized upon settlement are recorded in "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations. All realized gains and losses are included within "Cash flows (used in) provided by operating activities" in the Consolidated Statement of Cash Flows.

We are exposed to losses in the event of non-performance by counterparties to derivative contracts, however, as of the date of the Chapter 11 Petitions, substantially all of the net fair values of the derivative contracts with each of our counterparties were in a liability position. As a result of the Chapter 11 Petitions, we are prohibited from paying counterparties the uncollateralized net amounts owed on our derivative contracts.

Counterparties are evaluated for creditworthiness and a risk assessment is completed prior to our initiating contract activities. The counterparties' creditworthiness is then monitored on an ongoing basis, and credit levels are reviewed to ensure there is not an inappropriate concentration of credit outstanding to any particular counterparty.

*Currency Translation*

The majority of our international subsidiaries use the local currency as their functional currency. We translate the amounts included in our Consolidated Statements of Operations from our foreign subsidiaries into U.S. dollars at average monthly exchange rates, which we believe are representative of the actual exchange rates on the dates of the transactions. Adjustments resulting from the translation of the assets and liabilities of our international operations into U.S. dollars at the balance sheet date exchange rates are reflected as a separate component of stockholder's (deficit) equity, except for current intercompany accounts and transactional gains and (losses) associated with receivables and payables denominated in currencies other than the functional currency, which are included within "Other income, net" in the Consolidated Statement of Operations. Currency translation adjustments accumulate in consolidated equity until the disposition or liquidation of the international entities. The translation of accounts receivables and payables denominated in currencies other than the functional currencies resulted in transactional gains and (losses) of $4.4, ($4.5), and $0.6, for the years ended December 31, 2008, 2007, and 2006, respectively.

*Self Insurance*

We are substantially self-insured for losses related to workers' compensation and health care claims. Provisions for losses are determined using estimates of the aggregate liability for claims incurred based on our loss experience and actuarial assumptions.

*Income Taxes*

We account for income taxes using the liability method, whereby deferred income taxes reflect the tax effect of temporary differences between the carrying amount of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. In valuing deferred tax assets, we use judgment in determining if it is more likely than not that some portion or all of a deferred tax asset will not be realized and the amount of the required valuation allowance.

*Environmental and Asset Retirement Obligations*

Environmental obligations that are not legal or contractual asset retirement obligations and that relate to existing conditions caused by past operations with no benefit to future operations are expensed while expenditures that extend the life, increase the capacity or improve the safety of an asset or that mitigate or prevent future environmental contamination are capitalized in property, plant and equipment. Obligations are recorded when their incurrence is probable and the associated costs can be reasonably estimated in accordance with the AICPA Statement of Position 96-1, "Environmental Remediation Liabilities." While our accruals are based on management's current best estimate of the future costs of remedial action, these liabilities can change substantially due to factors such as the nature and extent of contamination, changes in the required remedial actions and technological advancements. Our existing environmental liabilities are not discounted to their present values as the amount and timing of the expenditures are not fixed or reliably determinable.

In contrast to environmental remediation liabilities, which result from the improper operation of a long-lived asset (for example, ground water contamination or pollution arising from a past act), asset retirement obligations represent legal obligations associated with the retirement of tangible long-lived assets. Our asset retirement obligations relate primarily to the requirement to cap our three landfills, as well as costs related to the future removal of asbestos and costs to remove underground storage tanks. The costs associated with such legal obligations are accounted for under the provisions of SFAS No. 143, "Accounting for Asset Retirement Obligations," which requires that the fair value of a liability for an asset retirement obligation be recognized in the period in which it is

14

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

incurred and capitalized as part of the carrying amount of the long-lived asset. These fair values are based upon the present value of the future cash flows expected to be incurred to satisfy the obligation. Determining the fair value of asset retirement obligations requires judgment, including estimates of the average risk-free interest rate and estimates of future cash flows. Estimates of future cash flows are obtained primarily from independent engineering consulting firms. The present value of the obligations is accreted over time while the capitalized cost is depreciated over the useful life of the related asset.

### Retirement, Early Retirement and Postemployment Benefits

Our defined benefit pension and other post-retirement benefit plans are accounted for in accordance with SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statements No. 87, 88, 106, and 132(R)."

Pension and post-retirement benefit obligations are actuarially calculated using management's best estimates of assumptions which include the expected return on plan assets, the rate at which plan liabilities may be effectively settled (discount rate), health care cost trend rates and rates of compensation increases.

Benefits provided to certain of our European employees under early retirement plans are accounted for under Emerging Issues Task Force (EITF) No. 05-5, "Accounting for Early Retirement or Postemployment Programs with Specific Features (Such As Terms Specified in Altersteilzeit Early Retirement Arrangements)." Under EITF No. 05-5, liabilities to be paid after retirement are recorded over the remaining active service period upon enrollment in the plan.

Benefits provided to employees after employment but prior to retirement are accounted for under SFAS No. 112, "Employers' Accounting for Postemployment Benefits." Such postemployment benefits include severance and medical continuation benefits that are offered pursuant to an ongoing benefit arrangement and do not represent a one-time benefit termination arrangement. Under SFAS No. 112, liabilities for postemployment benefits are recorded at the time the obligations are probable of being incurred and can be reasonably estimated. This is typically at the time a triggering event occurs, such as the decision by management to close a facility. Benefits related to the relocation of employees and certain other termination benefits are accounted for under SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities," and are expensed over the required service period.

### General Guarantees and Indemnifications

It is common in long-term processing agreements for us to agree to indemnify customers for tort liabilities that arise out of, or relate to, the processing of their material. Additionally, we typically indemnify such parties for certain environmental liabilities that arise out of or relate to the processing of their material.

In our equipment financing agreements, we typically indemnify the financing parties, trustees acting on their behalf and other related parties against liabilities that arise from the manufacture, design, ownership, financing, use, operation and maintenance of the equipment and for tort liability, whether or not these liabilities arise out of or relate to the negligence of these indemnified parties, except for their gross negligence or willful misconduct.

We expect that we would be covered by insurance (subject to deductibles) for most tort liabilities and related indemnities described above with respect to equipment we lease and material we process.

In financing transactions that include loans from banks in which the interest rate is based on LIBOR, we typically agree to reimburse the lenders for certain increased costs that they incur in carrying these loans as a result of any change in law and for any reduced returns with respect to these loans due to any change in capital requirements.

Although we cannot estimate the potential amount of future payments under the foregoing indemnities and agreements, we are not aware of any events or actions that will require payment.

### New Accounting Pronouncements

In September 2006, the FASB issued SFAS No. 157, "Fair Value Measurements." SFAS No. 157 establishes a common definition for fair value, and a framework for measuring fair value, and expands disclosure about such fair value measurements. SFAS No. 157 was effective for financial assets and financial liabilities for fiscal years beginning after November 15, 2007. Issued in February 2008, FASB Staff Position ("FSP") 157-1, "Application of FASB Statement No. 157 to FASB Statement No. 13 and Other Accounting Pronouncements That Address Fair Value Measurements for Purposes of Lease Classification or Measurement under Statement 13" removed leasing transactions accounted for under SFAS No. 13 and related guidance from the scope of SFAS No. 157. FSP 157-2,

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

"Partial Deferral of the Effective Date of Statement 157," deferred the effective date of SFAS No. 157 for all nonfinancial assets and nonfinancial liabilities to fiscal years beginning after November 15, 2008. FSP 157-3, "Determining the Fair Value of a Financial Asset When the Market for That Asset is Not Active," clarifies the determination of fair value in a market that is not active and provides an example that illustrates key considerations when applying the principles in SFAS No. 157 to financial assets when the market for those assets is not active.

The implementation of SFAS No. 157 for financial assets and financial liabilities, effective January 1, 2008, did not have a material impact on our consolidated financial position and results of operations. However, its ongoing requirements have resulted in significant changes in the valuation of our derivative financial instruments, as discussed below. We are currently assessing the impact of SFAS No. 157 for nonfinancial assets and nonfinancial liabilities on our consolidated financial position and results of operations in 2009. See Note 23 "Derivative and Other Financial Instruments" for additional information.

SFAS No. 157 defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date (exit price). SFAS No. 157 classifies the inputs used to measure fair value into the following hierarchy:

Level 1   -   inputs to the valuation methodology are quoted prices (unadjusted) for identical assets or liabilities in active markets.

Level 2   -   inputs to the valuation methodology include quoted prices for similar assets or liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3   -   inputs to the valuation methodology are unobservable and significant to the fair market measurement.

SFAS No. 157 also nullifies the guidance in EITF 02-3 "Issues Involved in Accounting for Derivative Contracts Held for Trading Purposes and Contracts Involved in Energy Trading and Risk Management Activities," which required the deferral of profit at inception of a transaction involving derivative financial instruments in the absence of observable data supporting the valuation technique and requires consideration of credit-worthiness when valuing liabilities.

During 2008, Aleris adopted FSP No. FIN 39-1, "Amendment of FASB Interpretation No. 39." FIN No. 39-1 amends FIN No. 39, "Offsetting of Amounts Related to Certain Contracts," by permitting entities that enter into master netting arrangements as part of their derivative transactions to offset in their financial statements net derivative positions against the fair value of amounts (or amounts that approximate fair value) recognized for the right to reclaim cash collateral or the obligation to return cash collateral under those arrangements. As a result, management elected to net cash collateral against fair value amounts recognized for derivative instruments executed with the same counterparty when a master netting arrangement exists. The provisions of FIN No. 39-1 were applied retroactively for all financial statement periods presented. As of December 31, 2008, the right to receive cash collateral in the amount of $71.6 was netted against the fair value of derivative contracts included in "Derivative financial instruments" on the accompanying Consolidated Balance Sheet.

In February 2007, the FASB issued SFAS No. 159, "The Fair Value Option for Financial Assets and Financial Liabilities —including an amendment of FASB Statement No. 115." SFAS No. 159 permits, but does not require, entities to choose to measure many financial instruments and certain other items at fair value and report unrealized gains and losses on these instruments in earnings. SFAS No. 159 is effective for financial statements issued for fiscal years beginning after November 15, 2007, and interim periods within those fiscal years. we did not adopt the optional provisions of this statement.

In December 2007, the FASB issued SFAS No. 141(R), "Business Combinations." This statement provides greater consistency in the accounting and financial reporting of business combinations. It requires the acquiring entity in a business combination to recognize all assets acquired and liabilities assumed in the transaction, establishes the acquisition-date fair value as the measurement objective for all assets acquired and liabilities assumed, requires certain restructuring and all acquisition related costs to be expensed as incurred, and requires the acquirer to disclose the nature and financial effect of the business combination. SFAS No. 141(R) is effective for

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

financial statements issued for fiscal years beginning after December 15, 2008, and interim periods within those fiscal years. The adoption of the statement will not have an impact on previously completed acquisitions.

In December 2007, the FASB issued SFAS No. 160, "Noncontrolling Interests in Consolidated Financial Statements." This statement amends Accounting Research Bulletin No. 51, "Consolidated Financial Statements," to establish accounting and reporting standards for the noncontrolling interest in a subsidiary and for the deconsolidation of a subsidiary. SFAS No. 160 is effective for financial statements issued for fiscal years beginning after December 15, 2008, and interim periods within those fiscal years. We have not yet determined the impact of adoption on our results of operations or financial position.

In March 2008, the FASB issued SFAS No. 161, "Disclosures about Derivative Instruments and Hedging Activities—an amendment of FASB Statement No. 133. SFAS No. 161 requires enhanced disclosures about an entity's derivative and hedging activities, including (i) how and why an entity uses derivative instruments, (ii) how derivative instruments and related hedged items are accounted for under SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities," and its related interpretations and (iii) how derivative instruments and related hedged items affect an entity's financial position, financial performance, and cash flows. SFAS No. 161 is effective for financial statements issued for fiscal years and interim periods beginning after November 15, 2008. As SFAS No. 161 only requires enhanced disclosures, this statement will have no impact on our results of operations or financial position.

## 5. ACQUISITION OF THE COMPANY

As discussed in Note 1 "Basis of Presentation," on December 19, 2006, Holdings acquired all of our outstanding common stock, non-vested shares and stock options for a cash purchase price of approximately $1,736.9, including acquisition related expenses of $26.6. In addition, 185,017 share units outstanding as of the TPG Acquisition date were paid in 2007 at a per share price of $52.50.

The purchase price paid, including acquisition related expenses, was funded through the $842.0 cash equity contribution made by TPG as well as the proceeds from the refinancing of substantially all of our outstanding indebtedness. See Note 15 "Long-Term Debt" for additional information.

The purchase price was allocated based on the estimated fair values of the assets acquired and liabilities assumed. The pro forma effects of the TPG Acquisition are included in the pro forma financial information presented in Note 6 "Acquisitions".

The following presents the final allocation of the TPG Acquisition purchase price which includes the Zinc segment, which was subsequently reclassified as a discontinued operation (see Note 8 "Discontinued Operations" for additional information):

| | |
|---|---:|
| Net current assets | $   877.5 |
| Property, plant and equipment | 1,230.1 |
| Goodwill | 1,230.7 |
| Other assets | 432.3 |
| Long-term debt | (1,466.0) |
| Accrued pension and post-retirement benefits | (236.7) |
| Other long-term liabilities | (331.0) |
| Cash paid | $   1,736.9 |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

## 6. ACQUISITIONS

*2008 Acquisitions*

We completed the acquisitions of certain assets of A.E., Inc ("A.E.") and H.T. Aluminum Specialties, Inc. ("H.T.") in the first quarter of 2008 for an aggregate cash purchase price of $19.9, including acquisition related expenses. The purchase price allocations associated with these acquisitions are final. The results of operations of the acquired businesses are included in the results of operations of the Rolled Products North America and Recycling and Specification Alloys Americas segments, respectively, since the dates of acquisition. Pro forma information has not been presented for these acquisitions as the impact to the consolidated financial statements is not material.

*2007 Acquisitions*

In September 2007, we acquired Wabash Alloys ("Wabash") for a cash purchase price of $164.3, including acquisition related expenses of $4.4. Wabash produces aluminum casting alloys and molten metal at its facilities in the United States, Canada and Mexico. The purchase price paid was funded through additional indebtedness as discussed in Note 15 "Long-Term Debt." The acquisition of Wabash, which is included within our Recycling and Specification Alloys Americas segment, has broadened our customer base and optimized processing capabilities within our specification alloy operations.

The consolidated financial statements include the results of Wabash from the date of acquisition. As a part of the integration of the Wabash facilities, we consolidated the operations of our Monterrey, Mexico, Dickson and Shelbyville, Tennessee, and Guelph, Ontario facilities. The purchase price paid has been allocated based on the estimated fair values of the assets acquired and liabilities assumed. The purchase price allocation is final. The resulting goodwill is deductible for U.S. federal income tax purposes.

The following table presents the final allocation of the purchase price related to the Wabash acquisition:

| | |
|---|---:|
| Current assets | $ 140.8 |
| Property, plant and equipment | 84.1 |
| Goodwill | 46.3 |
| Intangible assets | 18.1 |
| Current liabilities | (103.4) |
| Long-term liabilities | (21.6) |
| Cash paid | 164.3 |
| Less: cash acquired | (5.6) |
| Cash paid, net of cash acquired | $ 158.7 |

We also completed the acquisitions of EKCO Products and Alumox Holding AS in 2007 for an aggregate cash purchase price of $50.8, including acquisition related expenses. The purchase price allocation associated with the EKCO Products and Alumox Holding AS acquisitions are final. The results of operations of the acquired businesses are included in the results of operations of the Rolled Products North America and Europe segments, respectively, since the dates of acquisition.

*2006 Acquisition*

On August 1, 2006, we acquired Corus's downstream aluminum business ("Corus Aluminum") for a cash purchase price of €695.5 (approximately $885.7), subject to adjustment based on the finalization of working capital delivered and net debt assumed. During the year ended December 31, 2007, we paid Corus Group plc a purchase price adjustment of €72.0 (approximately $97.5). We also paid acquisition related costs of $19.1.

The acquisition included Corus's aluminum rolling and extrusions business but did not include Corus's primary aluminum smelters. The acquisition of Corus Aluminum, which is included within our Rolled Products North America and Europe segments, significantly expanded our operational and geographic scale and scope, diversified our customer mix and product breadth and provided us with industry-leading and proprietary manufacturing capabilities.

The consolidated financial statements include the results of Corus Aluminum from the date of acquisition.

18

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Unaudited Pro Forma Information*

The following unaudited pro forma financial information for the year ended December 31, 2007 presents our combined results of operations as if the acquisitions of Wabash, EKCO and Alumox had occurred on January 1, 2007. The unaudited pro forma information is not necessarily indicative of the consolidated results of operations that would have occurred had the acquisitions been made at the beginning of the period presented or the future results of combined operations.

|  | For the year ended December 31, 2007 |
| --- | --- |
| Revenues | $    6,584.9 |
| Gross profit | 343.1 |
| Loss from continuing operations | (96.9) |

## 7. RESTRUCTURING AND OTHER CHARGES

*2008 Restructuring Activities and Other Charges*

During the year ended December 31, 2008, we recorded $51.2 of cash and $51.0 of non-cash restructuring and other charges. The charges, totaling $102.2, primarily resulted from the following activities:

On July 12, 2008, we announced that the permanent closure of the Rolled Products North America segment's Cap de la Madeleine, Quebec aluminum rolling mill facility would occur following an orderly shut down of all remaining activities at the facility because of the permanent and irreparable damage suffered by the operations as a result of labor issues. We had been engaged in negotiations and discussions regarding a new collective bargaining agreement for many months with representatives of the union representing production and maintenance workers at the facility. The union failed to ratify a new agreement during these negotiations and ultimately rejected our final proposal for a new collective bargaining agreement twice in July 2008. Substantially all production at this facility ceased in September 2008.

We recorded charges of $55.5 related to the closure within "Restructuring and other charges" as well as $13.4 within "Cost of sales" in the Consolidated Statement of Operations in 2008. These charges consisted of the following:

- Asset impairment charges of $29.1 relating to property, plant and equipment. We based the determination of the impairments of these assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value, as determined by an independent third party appraisal;
- Employee severance, health care continuation, and outplacement costs of $4.5 associated with approximately 90 hourly and salaried employees. Substantially, all affected employees have left their positions as of December 31, 2008;
- Curtailment charges relating to defined benefit pension and other postemployment benefit plans of $12.7 covering the affected employees.
- Other closure related charges of $9.2 related primarily to derivative and other contract terminations and costs associated with environmental remediation efforts required as a result of the closure; and
- Inventory impairment charges and excess production costs attributable to the closure of $13.4 which have been included within "Cost of sales" in the Consolidated Statement of Operations.

In addition to the charges described above, we will continue to incur severance, security, utility and other costs related to the closure. These costs, estimated at $1.5, will be recognized as incurred. Total costs expected to be incurred as a result of the closure are estimated to be $70.4.

In the first quarter of 2008, we temporarily idled the majority of production at our Richmond, Virginia rolling mill and closed our ALSCO divisional headquarters in Raleigh, North Carolina. We recorded cash restructuring charges totaling $2.2 primarily related to costs to move assets to other facilities, severance costs and contract cancellation costs.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

We also recorded $3.1 of cash restructuring charges and $10.7 of non-cash asset impairment charges during 2008 primarily related to the shutdown of our operations in Shelbyville and Rockwood, Tennessee, as well as Bedford and Tipton, Indiana, all of which were recycling operations within our Recycling and Specification Alloys Americas segment. Production at these facilities has been transferred to other facilities and all of the affected employees have left their positions as of December 31, 2008. We based the determination of the impairments of the assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value. Cash restructuring costs included the costs to move assets to other facilities, severance costs and contract cancellation costs. In addition to the $6.5 of charges incurred in connection with the Shelbyville shutdown, we expect to incur $1.0 of additional utility and other costs related to the closure. Future expenditures related to the closure of the other facilities mentioned are not expected to be material.

We recorded non-cash asset impairment charges of $7.6 within our Europe segment during 2008 primarily related to our aluminum recycling facility in Norway. We based the determination of the impairment of these assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value, as determined by an independent third party appraisal.

In December 2008, we announced plans to restructure our European operations by adjusting our work force in response to declining demands. As of December 31, 2008, we had identified approximately 100 non-production employees to be severed and recorded $12.1 of severance costs in the fourth quarter. Affected employees are expected to leave their positions by December 2009. Additional severance terminations are anticipated as additional elements of the plans are finalized. These severance amounts were accounted for in accordance with SFAS No. 112 and were recorded pursuant to an ongoing benefit arrangement.

The following table presents the activity and reserve balances for the 2008 restructuring programs for the year ended December 31, 2008:

| | Employee severance and benefit costs | Asset Impairments | Exit Costs | Total |
|---|---|---|---|---|
| Initial Provision | $ 33.1 | $ 47.7 | $ 13.5 | $ 94.3 |
| Amounts recorded in purchase accounting | (0.7) | - | - | (0.7) |
| Cash payments | (6.6) | - | (7.1) | (13.7) |
| Non-cash charges | - | (47.7) | - | (47.7) |
| Translation and other charges | 0.1 | - | 0.3 | 0.4 |
| **Balance at December 31, 2008** | $ 25.9 | $ - | $ 6.7 | $ 32.6 |

### *2007 Restructuring Activities and Other Charges*

We incurred total restructuring and other charges of $32.8 in 2007. We incurred $10.7 primarily related to potential acquisitions that were not consummated, start up costs associated with our European headquarters, and investment advisor and other costs associated with the TPG Acquisition which are included in "Other" below.

In connection with the acquisition of Wabash, we initiated a restructuring plan that consolidated the operations of certain existing and acquired facilities resulting in the closure of our Monterrey, Mexico, Dickson, Tennessee and Guelph, Ontario facilities within the Recycling and Specification Alloys Americas segment. We recorded charges of $2.5 and $10.1 during fiscal 2008 and 2007, respectively, related to the consolidation of these facilities consisting of $2.5 and $7.7 during fiscal 2008 and 2007, respectively, for impairments of machinery and equipment and $2.4 in 2007 for exit and other costs related primarily to severance and other exit costs. We also recorded adjustments to the Wabash purchase price allocation of $10.6 in 2007 related to the consolidation of the Wabash facilities located in Dickson, Tennessee and Guelph, Ontario consisting of $4.8 for employee severance and $5.8 for other exit costs related primarily to the cost incurred to close the facilities and environmental remediation. All employees had left their positions as of December 31, 2007. We based the determination of the impairment of machinery and equipment on the discounted cash flows or other fair value estimates expected to be realized from the assets to be scrapped. No impairment charge was recorded for assets that were moved to other Aleris facilities as the expected undiscounted cash flows of those assets are sufficient to recover their carrying value.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

We also recorded exit costs of $1.3 in 2007 related to the consolidation of our European magnesium recycling facilities in our Europe segment.

During the fourth quarter of 2007, we recorded asset impairment and other charges of $5.5 associated with certain assets within our Rolled Products North America segment related to the announced closure of our Toronto, Ontario and Bedford, Ohio paint facilities. We recorded $4.6 of additional cash restructuring charges and $0.8 of non-cash asset impairment charges during 2008 related to the shutdown of these facilities. Cash restructuring charges relate primarily to employee severance and other closure related costs. Production at these facilities has been transferred to other facilities and all of the affected employees have left their positions as of December 31, 2008. We based the determination of the impairment on the undiscounted cash flows or other fair value estimates expected to be realized from the affected assets. We also recorded charges of $4.5 associated with severance and benefit costs associated with the separation of certain of the Company's executive officers.

We recorded purchase accounting adjustments of approximately $9.7 in 2007 for employee severance and benefits associated with the TPG Acquisition related to restructuring initiatives in our Rolled Products North America, Recycling and Specification Alloys Americas and Europe segments.

The following table presents the activity and reserve balances for the 2007 restructuring programs for the years ended December 31, 2008 and 2007:

| | Employee severance and benefit costs | Asset Impairments | Exit Costs | Other | Total |
|---|---|---|---|---|---|
| Initial Provision | $ 4.8 | $ 13.3 | $ 3.4 | $ 11.3 | $ 32.8 |
| Amounts recorded in purchase accounting | 14.5 | - | 5.8 | - | 20.3 |
| Cash payments | (2.6) | - | (6.2) | (11.3) | (20.1) |
| Non-cash charges | - | (13.3) | - | - | (13.3) |
| **Balance at December 31, 2007** | $ 16.7 | $ - | $ 3.0 | $ - | $ 19.7 |
| Charges included in the Consolidated Statement of Operations | 3.6 | 3.2 | 1.1 | - | 7.9 |
| Amounts recorded in purchase accounting | (1.5) | - | 0.6 | - | (0.9) |
| Cash payments | (14.2) | - | (3.7) | - | (17.9) |
| Non-cash charges | - | (3.2) | - | - | (3.2) |
| **Balance at December 31, 2008** | $ 4.6 | $ - | $ 1.0 | $ - | $ 5.6 |

### *2006 Restructuring Activities and Other Charges*

In December 2006, we modified the vesting provisions of certain share units in connection with the TPG Acquisition and recorded $0.5 of additional compensation expense associated with the modifications within "Restructuring and other charges." In addition, as the outstanding stock options and non-vested shares were, by the terms of those agreements, immediately vested upon the change in control, we accelerated the expensing of these awards as well as the original fair value of the share units. The accelerated vesting resulted in $10.3 of compensation expense being recorded within "Restructuring and other charges." In addition to these charges, we incurred $20.5 of expenses associated with the proxy solicitation to our former stockholders and $5.5 of bridge loan commitment fees associated with the refinancing which have been included within "Restructuring and other charges." The bridge loan commitment fees were expensed and paid during the Successor period.

During the fourth quarter of 2006, we recorded asset impairment charges of $5.0 associated with certain assets within our Recycling and Specification Alloys Americas segment. We based the determination of the impairment of the machinery and equipment on the discounted cash flows expected to be realized from the affected assets. In addition, we recorded $0.8 of employee severance and benefit costs associated primarily with the realignment of our operating segments as a result of our acquisition of Corus Aluminum. All affected employees had left their positions as of December 31, 2006.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The following table presents the activity and reserve balances for the 2006 restructuring programs for the years ended December 31, 2007 and 2006:

| | Employee Severance and Benefit Costs | Asset Impairments | Fees and expenses associated with the Acquisition | Modification and acceleration of stock-based compensation expense | Total |
|---|---|---|---|---|---|
| Initial Provision | $ 0.8 | $ 5.0 | $ 26.0 | $ 10.8 | $ 42.6 |
| Cash payments | - | - | (24.0) | - | (24.0) |
| Non-cash charges | - | (5.0) | - | (10.8) | (15.8) |
| **Balance at December 31, 2006** | 0.8 | - | 2.0 | - | 2.8 |
| Cash payments | (0.8) | - | (2.0) | - | (2.8) |
| **Balance at December 31, 2007** | $ - | $ - | $ - | $ - | $ - |

## 8. DISCONTINUED OPERATIONS

On November 19, 2007, the Company entered into a definitive stock purchase agreement to sell all of the issued and outstanding shares of capital stock of each of U.S. Zinc Corporation, Interamerican Zinc, Inc., and Aleris Asia Pacific Zinc (Barbados) Ltd. together with wholly-owned subsidiaries. On January 11, 2008, we sold our Zinc segment for total cash consideration of $287.2. We provided information technology, accounting and treasury services for a transitional period of approximately nine months, but we have had no other continuing involvement in the operations of the Zinc segment subsequent to the closing of the sale. In addition, we have not realized any continuing cash flows from the Zinc segment subsequent to the closing of the sale.

In accordance with SFAS No. 144, the sale of the Zinc segment qualifies as a discontinued operation. Accordingly, the results of operations of the Zinc segment have been reclassified and included in "Discontinued operations, net of tax," within the Consolidated Statement of Operations for the years ended December 31, 2008 and 2007, and the periods from December 20, 2006 to December 31, 2006 and January 1, 2006 to December 19, 2006. The assets and liabilities of the Zinc segment have also been reclassified and included within the Consolidated Balance Sheets as of December 31, 2008 and 2007. The following table reflects the results of the Zinc segment reported as discontinued operations for all periods presented. The applicable interest expense for the years ended December 31, 2008, 2007 and 2006 has been allocated based on the ratio of net assets for the Zinc segment compared to total net assets of the U.S. entities as the debt held outside the U.S. is not directly attributable to the Zinc segment.

| | (Successor) | | For the period from December 20, 2006 to December, 31 2006 | (Predecessor) For the period from January 1, 2006 to December, 19 2006 |
|---|---|---|---|---|
| | For the years ended December 31, | | | |
| | 2008 | 2007 | | |
| Revenues | $ 16.1 | $538.6 | $17.7 | $535.5 |
| Interest expense | 0.4 | 18.7 | - | 5.7 |
| Net income (loss) from discontinued operations (net of tax of $0.1, ($2.5), $—, and $20.9 for the years ended December 31, 2008 and 2007, and for the periods from December 20, 2006 to December 31, 2006 and January 1, 2006 to December 19, 2006) | 0.8 | (32.7) | (0.1) | 38.2 |

In addition to the results of operations for the eleven days ended January 11, 2008, the results of discontinued operations for the year ended December 31, 2008 include a credit of $2.0 related to the revision of the purchase price adjustment associated with the working capital delivered as well as adjustments to the estimated income tax expense associated with the sale.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The net loss of $32.7 recorded in discontinued operations in 2007 also reflected a $26.3 after-tax asset impairment charge to reduce the Zinc segment to its estimated fair value. The Company performed the impairment test on the Zinc segment in connection with its classification as held for sale and estimated fair value based on expected proceeds from the sale, less transaction costs. The tax on the sale of the Zinc segment is calculated based on the tax basis of the assets, which is significantly lower than the book basis due to non-deductible goodwill.

## 9. SPONSOR MANAGEMENT FEE

In connection with the TPG Acquisition, we entered into a management services agreement with affiliates of TPG pursuant to which we paid TPG $22.6 in cash in connection with the refinancing, which has been capitalized as deferred financing costs, and $22.6 associated with the TPG Acquisition, which has been included within the direct costs of the TPG Acquisition. In addition, pursuant to the agreement, and in exchange for consulting and management advisory services that will be provided to us by TPG and its affiliates, affiliates of TPG will receive an aggregate management fee equal to $9.0 per annum; provided that in the event TPG or any of its affiliates increases its equity contribution to Aleris, the management fee will be increased proportionately to reflect such increased equity commitment. The management services agreement also provides that affiliates of TPG will receive a success fee equal to up to four times the management fee in effect at such time in connection with certain sales or an initial public offering as well as fees in connection with certain financing, acquisition or disposition transactions. An affiliate of TPG will advise us in connection with financing, acquisition, disposition and change of control transactions involving us or any of our direct or indirect subsidiaries, and we will pay to the affiliate of TPG an aggregate fee in connection with any such transaction equal to customary fees charged by internationally-recognized investment banks for serving as a financial advisor in similar transactions, such fee to be due and payable for the foregoing services at the closing of any such transaction. Affiliates of TPG will also receive reimbursement for out-of-pocket expenses incurred by them or their affiliates in connection with providing services pursuant to the management services agreement. At December 31, 2008, the amount due to TPG was $2.3.

## 10. INVENTORIES

The components of our consolidated Inventories are:

| December 31, | 2008 | 2007 |
|---|---|---|
| Finished goods | $ 203.1 | $ 269.5 |
| Raw materials | 168.9 | 296.2 |
| Work in process | 173.8 | 232.9 |
| Supplies | 37.9 | 41.1 |
| | $ 583.7 | $ 839.7 |

During the year ended December 31, 2008 we recorded $55.6 of lower of cost or market charges.

## 11. PROPERTY, PLANT AND EQUIPMENT

The components of our consolidated Property, plant and equipment are:

| December 31, | 2008 | 2007 |
|---|---|---|
| Land | $ 158.5 | $ 157.1 |
| Buildings and improvements | 285.6 | 286.0 |
| Production equipment and machinery | 1,054.2 | 1,026.5 |
| Office furniture, equipment and other | 130.3 | 126.3 |
| | 1,628.6 | 1,595.9 |
| Accumulated depreciation | (353.5) | (172.4) |
| | $ 1,275.1 | $ 1,423.5 |

23

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Our depreciation, including amortization of capital leases, and repair and maintenance expense was as follows:

| | (Successor) | | | (Predecessor) |
|---|---|---|---|---|
| | **For the years ended December 31,** | | **For the period from December 20, 2006 to December 31, 2006** | **For the period from January 1, 2006 to December 19, 2006** |
| | **2008** | **2007** | | |
| Depreciation expense | $ 189.7 | $ 163.7 | $ 4.8 | $ 95.5 |
| Repair and maintenance expense | 132.0 | 129.8 | 3.2 | 84.2 |

## 12. GOODWILL AND OTHER INTANGIBLE ASSETS

In 2008, we recorded impairment charges totaling $1,136.0 related to goodwill and $28.9 related to other indefinite lived intangible assets. These impairments, which have been included within the operating results of the Corporate segment, consisted of goodwill impairments totaling $539.0, $186.8 and $410.2 related to the Rolled Products North America, Recycling and Specification Alloys Americas and Europe operating segments, respectively, and trade name impairments totaling $15.9 and $13.0 related to the Rolled Products North America and Recycling and Specification Alloys Americas operating segments, respectively. We also recorded impairment charges associated with certain customer relationship and technology intangible assets totaling $146.9 in 2008. The impairments consisted of $87.6, $27.6 and $31.7 associated with our Rolled Products North America, Recycling and Specification Alloys Americas and Europe segments, respectively. The impairments were primarily a result of the continued adverse climate for our business, including the erosion of the capital, credit, commodities, automobile and housing markets as well as the global economy. The fair values utilized to determine the extent of the impairments were calculated using the income and market comparable approaches.

The following table details the changes in the carrying amount of goodwill for the years ended December 31, 2008 and 2007. We completed the allocation of goodwill that resulted from the TPG acquisition to our reporting units during 2007.

| | Rolled Products North America | Recycling and Specification Alloys Americas | Europe | Unallocated goodwill | Total |
|---|---|---|---|---|---|
| Balance at January 1, 2007 | $ - | $ - | $ - | $ 1,249.7 | $ 1,249.7 |
| Purchase price allocation adjustments | 570.3 | 178.1 | 369.6 | (1,249.7) | (131.7) |
| Translation and other adjustments | - | - | 43.9 | - | 43.9 |
| Acquisitions | 3.8 | 46.9 | 6.5 | - | 57.2 |
| Balance at December 31, 2007 | 574.1 | 225.0 | 420.0 | - | 1,219.1 |
| Impairment charges | (539.0) | (186.8) | (410.2) | - | (1,136.0) |
| Acquisitions | 3.6 | 4.5 | - | - | 8.1 |
| Translation and other adjustments | (0.9) | (0.7) | (9.8) | - | (11.4) |
| Balance at December 31, 2008 | $ 37.8 | $ 42.0 | $ - | $ - | $ 79.8 |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The intangible assets included within our Consolidated Balance Sheet as of December 31, 2008 reflect the intangible assets acquired through the acquisition of Wabash and the intangible assets resulting from the TPG Acquisition, adjusted for the impairments discussed above. The following table details our intangible assets as of December 31, 2008 and 2007:

| December 31, | 2008 | | | | 2007 | | |
|---|---|---|---|---|---|---|---|
| | Gross carrying amount | Accumulated amortization | Net amount | Average life | Gross carrying amount | Accumulated amortization | Net amount |
| Trade names | $ 65.6 | $ - | $ 65.6 | Indefinite | $ 94.5 | $ - | $ 94.5 |
| Technology | 25.7 | (6.4) | 19.3 | 11 years | 32.0 | (3.0) | 29.0 |
| Customer contracts | 47.7 | (17.6) | 30.1 | 5 years | 52.0 | (9.0) | 43.0 |
| Customer relationships | - | - | - | | 182.0 | (25.0) | 157.0 |
| Supply contracts | 6.9 | (6.1) | 0.8 | 3 years | 9.6 | (3.2) | 6.4 |
| | $ 145.9 | $ (30.1) | $ 115.8 | | $ 370.1 | $ (40.2) | $ 329.9 |

The following table presents amortization expense, which has been classified within "Selling, general and administrative expense" in the Consolidated Statement of Operations:

| | (Successor) | | | (Predecessor) |
|---|---|---|---|---|
| | For the years ended December 31, | | For the period from December 20, 2006 to December 31, | For the period from January 1, 2006 to December 19, |
| | 2008 | 2007 | 2006 | 2006 |
| Amortization expense | $35.4 | $40.2 | $0.5 | $6.0 |

The following table presents estimated amortization expense for the next five years:

| | |
|---|---|
| 2009 | $ 13.5 |
| 2010 | 12.3 |
| 2011 | 12.3 |
| 2012 | 3.0 |
| 2013 | 2.6 |
| Total | $ 43.7 |

25

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

### 13. ACCRUED LIABILITIES

Accrued liabilities at December 31, 2008 and 2007 consisted of the following:

| December 31, | 2008 | 2007 |
|---|---|---|
| Employee related costs | $ 64.9 | $ 81.6 |
| Current portion of accrued pension benefits | 6.0 | 5.7 |
| Current portion of accrued post-retirement benefits | 4.8 | 5.1 |
| Accrued taxes | 25.6 | 20.2 |
| Accrued interest | 7.2 | 9.3 |
| Environmental liabilities and asset retirement obligations | 9.8 | 5.8 |
| Other liabilities | 88.6 | 65.2 |
| | $ 206.9 | $ 192.9 |

### 14. ASSET RETIREMENT OBLIGATIONS

Our asset retirement obligations consist of legal obligations associated with the closure of our active landfills as well as costs to remove asbestos and underground storage tanks and other legal or contractual obligations associated with the ultimate closure of our manufacturing facilities. During 2008 and 2007, we revised the estimated costs to close our landfills and increased the liability for these obligations by $0.4 and $0.6, respectively. In 2007, we recorded a liability of $1.8 for asset retirement obligations related to businesses acquired.

The changes in the carrying amount of asset retirement obligations for the years ended December 31, 2008, 2007 and 2006 are as follows:

| | (Successor) | | (Combined) |
|---|---|---|---|
| For the years ended December 31, | 2008 | 2007 | 2006 |
| Balance at beginning of year | $ 16.7 | $ 12.0 | $ 12.8 |
| Revisions and liabilities incurred | 0.7 | 3.1 | (2.2) |
| Accretion expense | 0.7 | 0.5 | 0.9 |
| Payments | (0.5) | (0.7) | (1.2) |
| Asset retirement obligations of acquired business | - | 1.8 | 1.7 |
| Balance at end of year | $ 17.6 | $ 16.7 | $ 12.0 |

### 15. LONG-TERM DEBT

Our long-term debt as of December 31, 2008 (prior to the Chapter 11 Petitions) and 2007 is summarized as follows:

| December 31, | 2008 | 2007 |
|---|---|---|
| Revolving Credit Facility | $ 287.3 | $ 375.8 |
| Term Loan Facility, net of discount of $19.5 and $23.4 at December 31, 2008 and 2007, respectively | 1,203.8 | 1,231.2 |
| 9% Senior Notes, due December 15, 2014, net of discount of $8.9 and $10.4 at December 31, 2008 and 2007, respectively | 589.1 | 589.6 |
| 9% New Senior Notes, due December 15, 2014, net of discount of $6.8 and $8.1 at December 31, 2008 and 2007, respectively | 98.6 | 97.4 |
| 10% Senior Subordinated Notes, due December 15, 2016, net of discount of $9.3 and $10.5 at December 31, 2008 and 2007, respectively | 389.7 | 389.5 |
| Other | 31.8 | 33.6 |
| Total long-term debt | 2,600.3 | 2,717.1 |
| Less: Amount reclassified to current liabilities for debt in default | 2,589.7 | - |
| Less current maturities | 6.6 | 20.6 |
| Long-term debt | $ 4.0 | $ 2,696.5 |

26

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Debt Reclassification*

The filing of the Chapter 11 Petitions constituted an event of default under our debt obligations, including under the Revolving Credit Facility and Term Loan Facility (collectively, the "Credit Facilities") and the Senior Notes, Senior Subordinated Notes and the 9% New Senior Notes (collectively, the "Notes"), which became automatically and immediately due and payable, although any actions to enforce such payment obligations are stayed as a result of the Chapter 11 Petitions. As a result, all of the amounts outstanding under the Credit Facilities, the Notes and certain other debt instruments for which the Chapter 11 Petitions triggered an event of default have been classified as current liabilities in the Consolidated Balance Sheet as of December 31, 2008.

Other than as described above in Note 26 "Subsequent Events", the ability of creditors to seek remedies to enforce their rights under the Credit Facilities, the Notes and certain other instruments, as applicable, is stayed as a result of the Chapter 11 Petitions, and such creditors' rights of enforcement are subject to the applicable provisions of the Bankruptcy Code.

Certain of our U.S. subsidiaries and all or our foreign subsidiaries are not included in the Chapter 11 Petitions. Therefore, the debt of these subsidiaries is not subject to compromise in the bankruptcy proceedings.

*Revolving Credit Facility*

In connection with the Chapter 11 Petitions, we entered into a third amendment to the Revolving Credit Facility on February 10, 2009. On March 20, 2009, we amended and restated the Revolving Credit Facility in the form of the DIP ABL Facility, which replaced the Revolving Credit Facility and all outstanding borrowings thereunder. See Note 26 "Subsequent Events" for a description of the Chapter 11 Petitions, the third amendment and the DIP ABL Facility.

On August 1, 2006, we entered into a $750.0 Revolving Credit Facility, which we amended and restated on December 19, 2006 in conjunction with the TPG Acquisition. We and certain of our U.S. and international subsidiaries are borrowers under this Revolving Credit Facility. On August 23, 2007, we entered into an incremental commitment agreement, thereby amending our Revolving Credit Facility. This agreement increased the size of this facility by $100.0, up to $850.0, subject to applicable borrowing bases. On September 10, 2008, we amended our Revolving Credit Facility to, in part, increase the maximum borrowings by $244.0 and increase the maximum amount provided for the issuance of letters of credit by $25.0. After the amendment, our Revolving Credit Facility, as amended, provided senior secured financing of up to $1,094.0 and the issuance of $75.0 of letters of credit, subject to applicable borrowing basis. We incurred $5.7 of fees and expenses associated with the September 10, 2008 amendment. On December 26, 2008, we notified the administrative agent that, effective December 31, 2008, we would voluntarily reduce (without premium or penalty) the size of the Revolving Credit Facility by $250.0, thereby decreasing the size of the Revolving Credit Facility from up to $1,094.0 to up to $844.0, subject to applicable borrowing bases. We wrote off $2.7 of previously capitalized debt issuance costs as a result of the December 31, 2008 voluntary reduction.

As of December 31, 2008, we had borrowed the full amount available under the Revolving Credit Facility.

Interest on borrowings under the Revolving Credit Facility was calculated at a rate equal to, at our option:

- in the case of borrowings in U.S. dollars, either (a) a base rate determined by reference to the higher of (1) Deutsche Bank's prime lending rate and (2) the overnight federal funds rate plus 0.5%, plus an applicable margin or (b) a Eurodollar rate (adjusted for maximum reserves) determined by Deutsche Bank, plus an applicable margin;

- in the case of borrowings in euros, a euro LIBOR rate determined by Deutsche Bank, plus an applicable margin;

- in the case of borrowings in Canadian dollars, a Canadian prime rate, plus an applicable margin; or

- in the case of borrowings in other available currencies, a EURIBOR rate, plus an applicable margin.

The weighted average interest rate under the Revolving Credit Facility was 4.4% and 6.5% as of December 31, 2008 and 2007.

In addition to paying interest on outstanding principal under the Revolving Credit Facility, we were required to pay a commitment fee in respect of unutilized commitments of 0.25%, if the average utilization is 50% or more for any applicable period, or 0.375%, if the average utilization is less than 50% for the applicable period. We were also required to pay customary letter of credit fees and agency fees.

27

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The Revolving Credit Facility was secured, subject to certain exceptions, by (i) a first-priority security interest in substantially all of our current assets and related intangible assets located in the U.S. and Canada as well as the assets of Aleris Switzerland GmbH (other than its inventory and equipment), (ii) a second-priority security interest in substantially all our fixed assets located in the U.S. and substantially all of the fixed assets of substantially all of our wholly-owned domestic subsidiaries located in the U.S., and (iii) the equity interests of certain of our foreign and domestic direct and indirect subsidiaries.

The Revolving Credit Facility contained customary, non-financial covenants and requires that if the amount available under the Revolving Credit Facility was less than the greater of (x) $65.0 and (y) 10% of the total commitments under the Revolving Credit Facility at any time, a minimum fixed charge coverage ratio (as defined in the credit agreement) of at least 1.0 to 1.0 would apply. The credit agreement also contained certain customary affirmative covenants and events of default.

### Term Loan Facility

In connection with the Chapter 11 Petitions, we entered into a second amendment to the Term Loan Facility on February 10, 2009. In addition, we entered into the DIP Term Facility on March 19, 2009. The Term Loan Facility, as amended by the second amendment, remains in place and borrowings thereunder remain outstanding. See Note 26 "Subsequent Events" for a description of the Chapter 11 Petitions, the second amendment and the DIP Term Facility.

On August 1, 2006, we entered into our Term Loan Facility which provided for borrowings of $399.0 and €195.6, which we amended and restated on December 19, 2006 in conjunction with the TPG Acquisition to increase the maximum borrowings to $825.0 and €303.0 and which we further amended on March 16, 2007 to change certain pricing terms.

Interest on borrowings under the Term Loan Facility is calculated at a rate equal to, at our option:

- in the case of borrowing in U.S. dollars, either (a) a base rate plus an applicable margin or (b) a Eurodollar rate (adjusted for maximum reserves) determined by Deutsche Bank, plus an applicable margin; or

- in the case of borrowings in euros, a euro LIBOR rate determined by Deutsche Bank, plus an applicable margin.

At December 31, 2008, the applicable margin for borrowings by us in U.S. dollars was 1.00% with respect to base rate borrowings and 2.00% with respect to Eurodollar borrowings. The applicable margin for loans made to Aleris Deutschland Holding GmbH in euros was 2.13%. At December 31, 2008 and 2007, the weighted average interest rate for borrowings under the Term Loan Facility was 3.4% and 6.9%, respectively.

The Term Loan Facility amortizes in equal quarterly installments in an aggregate annual amount equal to 1.0% of the original principal amount during the first $6\,^{3/4}$ years thereof, with the balance originally payable on December 19, 2013. As a result of the Chapter 11 Petitions, payments on the borrowings in the U.S. have been stayed.

The Term Loan Facility is secured, subject to certain exceptions, by (i) a first-priority security interest in substantially all our fixed assets located in the U.S., substantially all of the fixed assets of substantially all of our wholly-owned domestic subsidiaries located in the U.S. and substantially all of the assets of Aleris Deutschland Holding GmbH and certain of its subsidiaries, (ii) a second priority security interest in all collateral pledged by us and substantially all of our wholly-owned domestic subsidiaries on a first-priority basis to lenders under the Revolving Credit Facility located in the U.S. and (iii) the equity interests of certain of our foreign and domestic direct and indirect subsidiaries. The borrowers' obligations under the Term Loan Facility are guaranteed by certain of our existing indirect subsidiaries. In addition, we guarantee the obligations of Aleris Deutschland Holding GmbH under the Term Loan Facility.

The credit agreement governing the Term Loan Facility contains a number of negative covenants that are substantially similar to those governing the Senior Notes and certain other customary covenants and events of default. However, we are not required to comply with any financial ratio covenants, including the minimum fixed charge coverage ratio applicable to our Revolving Credit Facility.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Senior Notes*

On December 19, 2006, Merger Sub, Inc. issued $600.0 aggregate original principal amount of 9.0% / 9.75% Senior Notes under a senior indenture (the "Senior Indenture") with LaSalle Bank National Association, as trustee. As the surviving corporation in the TPG Acquisition, we assumed all the obligations of Merger Sub under the Senior Indenture. The Senior Notes were originally set to mature on December 15, 2014. In the first quarter of 2008, we retired $2.0 of our Senior Notes for $1.6, resulting in a gain on retirement of $0.4, net of debt issuance costs written off, which is included in "Loss on early extinguishment of debt" in the Consolidated Statement of Operations for the year ended December 31, 2008.

Prior to the Chapter 11 Petitions, we could, at our option, elect to pay interest on the Senior Notes entirely in cash ("Cash Interest"), entirely by increasing the principal amount of the outstanding Senior Notes or by issuing additional Senior Notes ("PIK Interest") or by paying 50% of the interest on the Senior Notes in Cash Interest and the remaining portion of such interest in PIK Interest. Cash Interest on the Senior Notes accrued at the rate of 9% per annum. PIK Interest on the Senior Notes accrued at the rate of 9.75% per annum. Interest on the Senior Notes was payable semi-annually in arrears on each June 15 and December, 15.

The Senior Notes were fully and unconditionally guaranteed on a joint and several unsecured, senior basis, by each of our restricted subsidiaries that are domestic subsidiaries and that guarantee our obligations under the Revolving Credit Facility and Term Loan. The Senior Notes rank (i) equal in the right of payment with all of our existing senior indebtedness and other obligations; and (ii) senior in right of payment to all of our existing indebtedness, including the Senior Subordinated Notes. The Senior Notes also were effectively junior in priority to our obligations under all secured indebtedness.

We are not required to make any mandatory redemption or sinking fund payments with respect to the Senior Notes other than as set forth in the Senior Indenture relating to certain tax matters.

The Senior Indenture contains covenants and also provides for events of default, which, would permit or require the principal, premium, if any, interest and any other monetary obligations on all outstanding Senior Notes to be due and payable immediately.

*Senior Subordinated Notes*

On December 19, 2006, Merger Sub issued $400.0 aggregate original principal amount of 10.0% Senior Subordinated Notes under a senior subordinated indenture (the "Senior Subordinated Indenture") with LaSalle Bank National Association, as trustee. As the surviving corporation in the TPG Acquisition, we assumed all the obligations of Merger Sub under the Senior Subordinated Indenture. The Senior Subordinated Notes were originally scheduled to mature on December 15, 2016. In the first quarter of 2008, we retired $1.0 of our Senior Subordinated Notes for $0.7 resulting in a gain from retirement of $0.3, net of debt issuance costs written off, which is included in "Loss on early extinguishment of debt" in the Consolidated Statement of Operations for the year ended December 31, 2008.

The Senior Subordinated Notes are fully and unconditionally guaranteed, on a joint and several unsecured, senior subordinated basis, by each of our restricted subsidiaries that are domestic subsidiaries and that guarantee our obligations under the 2006 Credit Facilities. The Senior Subordinated Notes and the guarantees thereof are our and the guarantors' unsecured, senior subordinated obligations and rank (i) junior to all of our and the guarantors' existing and future senior indebtedness, including the Senior Notes and any borrowings under our 2006 Credit Facilities, and the guarantees thereof; (ii) equally with any of our and the guarantors' future senior subordinated indebtedness; and (iii) senior to any of our and the guarantors' future subordinated indebtedness. In addition, the Senior Subordinated Notes are structurally subordinated to all existing and future liabilities, including trade payables, of our subsidiaries that are not providing guarantees.

We are not required to make any mandatory redemption or sinking fund payments with respect to the Senior Subordinated Notes, but, under certain circumstances, we may be required to offer to purchase Senior Subordinated Notes as described below.

The Senior Subordinated Indenture contained covenants and default provisions substantially similar to those applicable to our Senior Notes.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*9% New Senior Notes*

On September 11, 2007, we issued $105.4 aggregate principal amount of 9% New Senior Notes, under a senior indenture dated September 11, 2007 (the "New Senior Indenture") with LaSalle Bank National Association, as trustee.

The 9% New Senior Notes are our unsecured senior obligations and are fully and unconditionally guaranteed on a joint and several unsecured, senior basis, by each of our restricted subsidiaries that are domestic subsidiaries and that guarantee our obligations under our 2006 Credit Facilities. The New Senior Indenture governing the 9% New Senior Notes is substantially similar to the Senior Indenture described above and includes substantially the same covenants, events of default and redemption provisions as contained in the Senior Indenture, except that the interest payable on the 9% New Senior Notes is only payable in cash, unlike the Senior Notes as described above.

*Maturities of Long-Term Debt*

Scheduled maturities of our long-term debt subsequent to December 31, 2008 (the payment of substantially all maturities in 2009 has been stayed by the Court) are as follows:

| | | |
|---|---|---|
| 2009 | $ | 2,596.3 |
| 2010 | | 2.1 |
| 2011 | | 0.7 |
| 2012 | | 1.1 |
| 2013 | | 0.1 |
| After 2013 | | - |
| Total | $ | 2,600.3 |

*DIP Financing*

In connection with the Chapter 11 Petitions, the Company secured DIP financing in the form of the DIP Term Facility and the DIP ABL Facility, each of which are defined and described in Note 26 "Subsequent Events."

## 16. EMPLOYEE BENEFIT PLANS

*Defined Contribution Pension Plans*

During the fourth quarter of 2006 and as part of our efforts to consolidate and standardize our benefit plan offerings to those employees not covered under collective bargaining agreements, the Compensation Committee of the Board of Directors approved a new defined contribution plan that covers substantially all U.S. employees not covered under such agreements. The new plan became effective on January 1, 2007 with the majority of the previous defined contribution plans for non-bargained employee merging into this new plan. The new plan provides both profit sharing and employee matching contributions as well as an age and salary based contribution which totaled $2.2 in 2008 and $2.6 in 2007, respectively. In conjunction with the introduction of this plan, we curtailed the Commonwealth Industries, Inc. ("Commonwealth") Cash Balance Plan, a defined benefit pension plan which provided benefits to certain non-bargained employees of Commonwealth hired prior to our acquisition of Commonwealth. Benefits will no longer accumulate under the Cash Balance Plan as a result of the curtailment. A gain totaling $1.6 was recorded in the period from January 1, 2006 to December 19, 2006 as a result of the curtailment of this plan. We do not expect these changes in employee benefit plan offerings will materially change our total expense or cash payments as compared to historical levels.

Previously, we sponsored a profit-sharing retirement plan covering most of our employees in the Recycling and Specification Alloys Americas segment as well as certain corporate employees who met defined service requirements. Contributions were determined annually by the Board of Directors. Our profit sharing contributions totaled $1.5 for the period from January 1, 2006 to December 19, 2006.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Subject to certain dollar limits, our employees were permitted to contribute a percentage of their salaries to these plans, and we would match a portion of the employees' contributions. In addition, as part of the acquisitions of Commonwealth, ALSCO and Alumitech, we sponsored defined contribution plans covering certain employees of the Rolled Products North America and Recycling and Specification Alloys Americas segments as well as certain corporate employees. Our match of employees' contributions under our defined contribution plans for the years ended December 31, 2008, and 2007, and for the period from January 1, 2006 to December 19, 2006 was as follows:

|  | (Successor) | | (Predecessor) |
| --- | --- | --- | --- |
|  | **For the years ended December, 31** | | **For the period from January 1, 2006 to December 19,** |
|  | **2008** | **2007** | **2006** |
| Company match of employee contributions | $    4.2 | $    4.5 | $        1.2 |

### Defined Benefit Pension Plans

Our U.S. and Canadian non-contributory defined benefit pension plans cover certain salaried and non-salaried employees at our corporate headquarters and Rolled Products North America segment. The plan benefits are based on age, years of service and employees' eligible compensation during employment for all employees not covered under a collective bargaining agreement and on stated amounts based on job grade and years of service prior to retirement for non-salaried employees covered under a collective bargaining agreement. During the third quarter of 2008, as a result of the permanent closure of our Cap de la Madeleine, Quebec aluminum rolling mill facility, three of our Canadian non-contributory defined benefit pension plans were curtailed and a charge totaling $13.7 was recorded for the affected employees. In addition, as discussed above, one of our U.S. plans was curtailed during 2006 and effectively replaced by an enhanced defined contribution plan.

Our German subsidiaries sponsor various defined benefit pension plans for their employees. These plans are based on final pay and service, but some senior officers are entitled to receive enhanced pension benefits. Benefit payments are financed, in part, by contributions to a relief fund which establishes a life insurance contract to secure future pension payments; however, the plans are substantially unfunded plans under German law. The unfunded accrued pension costs are covered under a pension insurance association under German law if we are unable to fulfill our obligations.

As a result of the TPG Acquisition, all of our obligations under defined benefit pension plans were revalued to fair value as of December 19, 2006 in accordance with SFAS No. 141 and the unrecognized actuarial gains and losses previously included within "Accumulated other comprehensive income" in the Consolidated Balance Sheet were eliminated. The requirement to value all of our obligations under defined benefit plans at fair value also resulted in the adoption of SFAS No. 158 having no effect on our obligations as of December 31, 2006.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The components of the net periodic benefit expense for the years ended December 31, 2008, December 31, 2007, and for the period from January 1, 2006 to December 19, 2006 were as follows:

| | U.S. pension benefits | | | European and Canadian pension benefits | | |
| --- | --- | --- | --- | --- | --- | --- |
| | (Successor) | | (Predecessor) | (Successor) | | (Predecessor) |
| | For the years ended December 31, | | For the period from January 1, 2006 to December 19, | For the years ended December 31, | | For the period from January 1, 2006 to December 19, |
| | 2008 | 2007 | 2006 | 2008 | 2007 | 2006 |
| Service cost | $ 1.9 | $ 2.6 | $ 3.4 | $ 4.5 | $ 5.8 | $ 2.4 |
| Interest cost | 7.7 | 7.3 | 7.1 | 13.9 | 12.8 | 5.7 |
| Amortization of net (gain) loss | - | - | - | (0.6) | - | 0.4 |
| Amortization of prior service cost | - | - | - | 0.2 | - | - |
| Expected return on plan assets | (9.4) | (8.8) | (7.8) | (8.0) | (7.9) | (2.7) |
| Curtailment (gain) loss recognized | - | (0.1) | (1.6) | 13.7 | (0.1) | - |
| Net periodic benefit cost | $ 0.2 | $ 1.0 | $ 1.1 | $ 23.7 | $ 10.6 | $ 5.8 |

The changes in projected benefit obligations and plan assets during the years ended December 31, 2008 and 2007, using a year end measurement date, are as follows:

| | U.S. pension benefits | | European and Canadian pension benefits | |
| --- | --- | --- | --- | --- |
| **December 31,** | **2008** | **2007** | **2008** | **2007** |
| **Change in projected benefit obligations** | | | | |
| Projected benefit obligations at beginning of year | $ 126.7 | $ 132.1 | $ 272.3 | $ 260.1 |
| Plan curtailments | - | (0.1) | 15.6 | (0.1) |
| Service cost | 1.9 | 2.6 | 4.5 | 5.8 |
| Interest cost | 7.7 | 7.3 | 13.9 | 12.8 |
| Actuarial loss (gain) | 0.4 | (7.6) | (3.8) | (30.8) |
| Plan amendments | 1.5 | - | - | 2.6 |
| Expenses paid | (0.6) | (0.5) | - | - |
| Benefits paid | (7.8) | (7.1) | (15.1) | (13.4) |
| Employee contributions | - | - | 0.9 | 0.9 |
| Translation and other | - | - | (32.3) | 34.4 |
| Projected benefit obligations at end of year | $ 129.8 | $ 126.7 | $ 256.0 | $ 272.3 |
| **Change in plan assets** | | | | |
| Fair value of plan assets at beginning of year | $ 115.7 | $ 104.3 | $ 123.5 | $ 103.6 |
| Employer contributions | 6.0 | 11.0 | 15.1 | 12.4 |
| Actual return on plan assets | (29.9) | 8.0 | (19.1) | 1.9 |
| Employee contributions | - | - | 0.9 | 0.9 |
| Expenses paid | (0.6) | (0.5) | - | - |
| Benefits paid | (7.8) | (7.1) | (15.1) | (13.4) |
| Translation and other | - | - | (20.0) | 18.1 |
| Fair value of plan assets at end of year | $ 83.4 | $ 115.7 | $ 85.3 | $ 123.5 |
| **Funded status** | | | | |
| Fair value of plan assets less than projected benefit obligations | $ (46.4) | $ (11.0) | $ (170.7) | $ (148.6) |
| Net amount recognized | $ (46.4) | $ (11.0) | $ (170.7) | $ (148.6) |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The following table provides the amounts recognized in the Consolidated Balance Sheet as of December 31, 2008 and 2007 after the adoption of the recognition provisions of SFAS No. 158:

| December 31, | U.S. pension benefits | | | | European and Canadian pension benefits | | | |
|---|---|---|---|---|---|---|---|---|
| | 2008 | | 2007 | | 2008 | | 2007 | |
| Non-current assets | $ | - | $ | - | $ | - | $ | 1.9 |
| Current liabilities | | - | | - | | (6.0) | | (5.7) |
| Non-current liabilities | | (46.4) | | (11.0) | | (164.7) | | (144.8) |
| Net amount recognized | $ | (46.4) | $ | (11.0) | $ | (170.7) | $ | (148.6) |

| December 31, | U.S. pension benefits | | | | European and Canadian pension benefits | | | |
|---|---|---|---|---|---|---|---|---|
| | 2008 | | 2007 | | 2008 | | 2007 | |
| **Amounts recognized in other comprehensive income (before tax) consist of:** | | | | | | | | |
| Net actuarial loss (gain) | $ | 32.8 | $ | (6.8) | $ | (2.5) | $ | (26.5) |
| Net prior service cost | | 1.5 | | - | | 2.4 | | 2.7 |
| | $ | 34.3 | $ | (6.8) | $ | (0.1) | $ | (23.8) |
| **Amortization expected to be recognized during next fiscal year (before tax)** | | | | | | | | |
| Amortization of net (loss) gain | $ | (1.9) | $ | - | $ | 0.1 | $ | (0.6) |
| Amortization of prior service cost | | (0.1) | | - | | (0.2) | | 0.2 |
| | $ | (2.0) | $ | - | $ | (0.1) | $ | (0.4) |
| **Additional Information** | | | | | | | | |
| Accumulated benefit obligation for all defined benefit pension plans | $ | 129.8 | $ | 126.7 | $ | 250.7 | $ | 258.9 |
| For defined benefit pension plans with projected benefit obligations in excess of plan assets: | | | | | | | | |
| Aggregate projected benefit obligation | | 129.8 | | 126.7 | | 256.0 | | 223.9 |
| Aggregate fair value of plan assets | | 83.4 | | 115.7 | | 85.3 | | 73.3 |
| For defined benefit pension plans with accumulated benefit obligations in excess of plan assets: | | | | | | | | |
| Aggregate accumulated benefit obligation | | 129.8 | | 126.7 | | 250.7 | | 198.7 |
| Aggregate fair value of plan assets | | 83.4 | | 115.7 | | 85.3 | | 56.7 |

*Plan Assumptions.* We are required to make assumptions regarding such variables as the expected long-term rate of return on plan assets and the discount rate applied to determine service cost and interest cost. Our objective in selecting a discount rate is to select the best estimate of the rate at which the benefit obligations could be effectively settled. In making this estimate, we use one of two methods depending on the size of the plan and the bond market in the resident country. For larger plans in countries with well-developed bond markets, including the U.S., projected cash flows are developed. These cash flows are matched with a yield curve based on an appropriate universe of high-quality corporate bonds. For other plans, discount rates are selected based on AA-rated bonds. Benchmark rates are adjusted based on the underlying duration of the plan's liabilities and the resulting yields serve as the basis for determining our best estimate of the effective settlement rate. For our three Canadian non-contributory defined benefit plans, the discount rate is based on the required wind-up basis under Quebec legislation.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Assumptions for long-term rates of return on plan assets are based upon historical returns, future expectations for returns for each asset class and the effect of periodic target asset allocation rebalancing. The results are adjusted for the payment of reasonable expenses of the plan from plan assets. The historical long-term return on the plans' assets exceeded the selected rates and we believe these assumptions are appropriate based upon the mix of the investments and the long-term nature of the plans' investments.

The weighted average assumptions used to determine benefit obligations are as follows:

| | U.S. pension benefits | | European and Canadian pension benefits | |
|---|---|---|---|---|
| **December 31,** | **2008** | **2007** | **2008** | **2007** |
| Discount rate | 6.25 % | 6.25 % | 4.94 % | 5.62 % |
| Rate of compensation increase, if applicable | N/A | 4.00 | 3.01 | 3.14 |

The weighted average assumptions used to determine the net periodic benefit cost for the years ended December 31, 2008 and 2007, and for the period from January 1, 2006 to December 19, 2006 are as follows:

| | U.S. pension benefits | | | European and Canadian pension benefits | | |
|---|---|---|---|---|---|---|
| | **For the years ended December 31,** | | **For the period from January 1, 2006 to December 19, 2006** | **For the years ended December 31,** | | **For the period from January 1, 2006 to December 19, 2006** |
| | **2008** | **2007** | | **2008** | **2007** | |
| Discount rate | 6.25 % | 5.75 % | 5.50 % | 5.62 % | 4.73 % | 4.75 % |
| Expected return on plan assets | 8.23 | 8.23 | 8.23 | 6.97 | 6.96 | 6.48 |
| Rate of compensation increase | N/A | 4.49 | 3.77 | 3.14 | 3.14 | 3.00 |

*Plan Assets.* The U.S. and Canadian pension plans' assets consist primarily of equity securities, guaranteed investment contracts and fixed income pooled accounts. The weighted average plan asset allocations at December 31, 2008 and 2007 and the target allocations are as follows:

| | Percentage of plan assets | | |
|---|---|---|---|
| | **2008** | **2007** | **Target Allocation** |
| **Asset Category:** | | | |
| Equity securities | 51 % | 60 % | 55 % |
| Debt securities | 34 | 32 | 29 |
| Real Estate | 7 | 6 | 6 |
| Other | 8 | 2 | 10 |
| Total | 100 % | 100 % | 100 % |

*Plan Contributions.* Prior to the Chapter 11 Petitions, our funding policy for funded pensions was to make annual contributions based on advice from our actuaries and the evaluation of our cash position, but not less than minimum statutory requirements. Contributions for unfunded plans were equal to benefit payments. As a result of the Chapter 11 Petitions, contributions to our U.S. pension plans have been suspended.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Expected Future Benefit Payments.* The following benefit payments for our pension plans, which reflect expected future service, as appropriate, are expected to be paid for the periods indicated (without consideration of our Chapter 11 Petitions):

| | | |
|---|---|---|
| 2009 | $ | 22.1 |
| 2010 | | 21.1 |
| 2011 | | 21.7 |
| 2012 | | 21.6 |
| 2013 | | 22.2 |
| 2014-2018 | | 113.1 |

## Other Postretirement Benefit Plans

We maintain health care and life insurance benefit plans covering certain corporate and Rolled Products North America segment employees hired prior to the acquisition of Commonwealth as well as certain employees of our Canadian operations. We accrue the cost of postretirement benefits within the covered employees' active service periods. As with the defined benefit pension plans and as a result of the TPG Acquisition, all of our obligations under other postretirement benefit plans were revalued to fair value in accordance with SFAS No. 141 and the unrecognized actuarial gains and losses previously included within "Accumulated other comprehensive income" in the Consolidated Balance Sheet were eliminated. During the third quarter of 2008, three of our Canadian health care plans were curtailed and a gain totaling $1.0 was recorded.

The financial status of the plans at December 31, 2008 and 2007, using a year end measurement date, is as follows:

| December 31, | 2008 | 2007 |
|---|---|---|
| **Change in benefit obligations** | | |
| Benefit obligations at beginning of year | $    57.6 | $    61.5 |
| Service cost | 0.5 | 0.6 |
| Interest cost | 3.3 | 3.4 |
| Benefits paid | (5.5) | (4.4) |
| Employee contributions | 0.3 | 0.3 |
| Plan amendments | - | (3.9) |
| Plan curtailments | (1.0) | - |
| Medicare subsidies received | - | 0.2 |
| Actuarial gain | (1.5) | (1.3) |
| Translation and other | (1.2) | 1.2 |
| Benefit obligations at end of year | $    52.5 | $    57.6 |
| | | |
| **Change in plan assets** | | |
| Fair value of plan assets at beginning of year | $    - | $    - |
| Employer contributions | 5.2 | 3.9 |
| Employee contributions | 0.3 | 0.3 |
| Medicare subsidies | - | 0.2 |
| Benefits paid | (5.5) | (4.4) |
| Fair value of plan assets, end of year | $    - | $    - |
| Funded status | $    (52.5) | $    (57.6) |
| Unrecognized net actuarial loss | - | - |
| Net amount recognized | $    (52.5) | $    (57.6) |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The following table provides the amounts recognized in the Consolidated Balance Sheet as of December 31, 2008 and 2007:

| December 31, | 2008 | 2007 |
|---|---|---|
| Current liabilities | $ (4.8) | $ (5.1) |
| Non-current liabilities | (47.7) | (52.5) |
| Net amount recognized | $ (52.5) | $ (57.6) |

| | U.S. other post retirement benefit plans | | European and Canadian other post retirement benefit plans | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| **Amounts recognized in other comprehensive income (before tax) consist of:** | | | | |
| Net actuarial gain | $ (1.4) | $ (0.7) | $ (1.4) | $ (0.7) |
| Net prior service credit | (3.5) | (3.9) | - | - |
| | $ (4.9) | $ (4.6) | $ (1.4) | $ (0.7) |
| **Amortization expected to be recognized during next fiscal year (before tax)** | | | | |
| Amortization of net loss | $ - | $ (0.1) | $ - | $ - |
| Amortization of prior service credit | 0.2 | 0.5 | - | - |
| | $ 0.2 | $ 0.4 | $ - | $ - |
| **Additional Information** | | | | |
| For plans with benefit obligations in excess of plan assets: | | | | |
| Aggregate benefit obligation | $ 47.8 | $ 49.9 | $ 4.7 | $ 7.7 |
| Aggregate fair value of plan assets | - | - | - | - |

The components of net postretirement benefit expense for the years ended December 31, 2008 and 2007, and for the period from January 1, 2006 to December 19, 2006 are as follows:

| | (Successor) | | (Predecessor) |
|---|---|---|---|
| | For the years ended December 31, | | For the period from January 1, 2006 to December 19, 2006 |
| | 2008 | 2007 | |
| Service cost | $ 0.5 | $ 0.6 | $ 0.8 |
| Interest Cost | 3.3 | 3.4 | 3.1 |
| Amortization of prior service credit | (0.2) | - | - |
| Curtailment gain recognized | (1.0) | - | - |
| Net postretirement benefit expense | $ 2.6 | $ 4.0 | $ 3.9 |

*Plan Assumptions.* We are required to make an assumption regarding the discount rate applied to determine service cost and interest cost. Our objective in selecting a discount rate is to select the best estimate of the rate at which the benefit obligations could be effectively settled. In making this estimate, we use one of two methods depending on the size of the plan and the bond market in the resident country. For larger plans in countries with well-developed bond markets, including the U.S., projected cash flows are developed. These cash flows are matched with a yield curve based on an appropriate universe of high-quality corporate bonds. For other plans, discount rates are selected based on AA-rated bonds. Benchmark rates are adjusted based on the underlying duration of the plan's liabilities and the resulting yields serve as the basis for determining our best estimate of the effective settlement rate.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

The weighted average assumptions used to determine net postretirement benefit expense and benefit obligations are as follows:

|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| Discount rate used to determine expense | 6.18% | 5.66% | 5.50% |
| Discount rate used to determine December 31 benefit obligations | 6.32 | 6.18 | 5.66 |
| Health care cost trend rate assumed for next year: | | | |
| Retirees under age 65 | 9.60-10.00% | 9.60-10.20% | 9.00-10.20% |
| Retirees 65 and older | 8.50-10.00% | 9.60-10.40% | 9.00-10.40% |
| Ultimate trend rate | 5.63 | 5.62 | 5.57 |
| Year rate reaches ultimate trend rate: | | | |
| Retirees under age 65 | 2015-2016 | 2014-2016 | 2011-2016 |
| Retirees 65 and older | 2014-2016 | 2013-2015 | 2011-2015 |

For measurement purposes, there is an employer cap on the amount paid for retiree medical benefits for our U.S. plans. At December 31, 2008, the employer cap had not yet been reached for salary employees but had been reached for hourly employees.

Assumed health care cost trend rates have an effect on the amounts reported for postretirement benefit plans. A one-percentage change in assumed health care cost trend rates would have the following effects:

|  | 1% increase | 1% decrease |
|---|---|---|
| Effect on total service and interest components | $   0.1 | $   (0.1) |
| Effect on postretirement benefit obligations | 1.4 | (1.2) |

*Plan Contributions.* Our policy for the plan is to make contributions equal to the benefits paid during the year. Expected contributions for the succeeding twelve months have been included in other current liabilities in the Consolidated Balance Sheet. As a result of the Chapter 11 Petitions, contributions to our other postretirement benefit plans have been suspended.

*Expected Future Benefit Payments.* The following benefit payments are expected to be paid for the periods indicated without consideration of our Chapter 11 Petitions:

|  | Gross benefit payment | Net of Medicare part D subsidy |
|---|---|---|
| 2009 | $   5.0 | $   4.8 |
| 2010 | 5.1 | 4.9 |
| 2011 | 5.3 | 5.1 |
| 2012 | 5.5 | 5.2 |
| 2013 | 5.4 | 5.1 |
| 2014-2018 | 25.3 | 23.9 |

### Early Retirement Plans

Our Belgian and German subsidiaries sponsor various unfunded early retirement benefit plans. The obligations under these plans at December 31, 2008 and 2007 total $17.5 and $20.3 of which $5.2, the estimated payments under these plans for the year ending December 31, 2009, has been classified as a current liability.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

## 17. STOCKHOLDER'S (DEFICIT) EQUITY

*Successor*

In connection with the TPG Acquisition, all of our previously outstanding common stock was purchased by Merger Sub and retired. Immediately upon consummation of the TPG Acquisition and our merger with Merger Sub, we amended and restated our Articles of Incorporation to authorize the issuance of 900 shares of common stock and 100 shares of preferred stock. The Board of Directors will approve the voting rights, dividend rates and other pertinent rights of the preferred stock upon the issuance, if any, of those shares.

*Predecessor*

The following table shows changes in the number of outstanding shares and treasury shares prior to the TPG Acquisition:

| | Common stock share activity | |
| --- | --- | --- |
| | **Outstanding Shares** | **Treasury Shares** |
| Balance at January 1, 2006 | 31,237,685 | (13,007) |
| Exercise of stock options | 139,336 | 8,884 |
| Issuance of common stock for services | 1,740 | 652 |
| Issuance of non-vested stock | 34,039 | - |
| Purchase of common stock for treasury | - | (72,073) |
| Other | (719) | - |
| Balance at December 19, 2006 | 31,412,081 | (75,544) |

## 18. STOCK-BASED COMPENSATION

*Stock-Based Compensation Plan*

In February 2007 the Board of Directors of Holdings approved the Aurora Acquisition Holdings, Inc. Amended and Restated Management Equity Incentive Plan ("2007 Plan"). Under the 2007 Plan, Holdings may grant up to 840,870 stock options. The options have a ten year life with 60% of the options vesting ratably over five years and 40% vesting upon the occurrence of a "liquidity event," as defined under the terms of the 2007 Plan agreement, and the achievement of certain returns on TPG's investment. A portion of the time-based options will be paid out upon a liquidity event should the event occur prior to full vesting of these awards. While the time based portion of the options will be expensed over the requisite service period, the event-based awards will not be expensed until the occurrence of the liquidity event.

During the year ended December 31, 2008 and 2007, we recorded $2.5 and $3.9 of compensation expense associated with these options. The weighted-average fair value of the time and event-based options outstanding at December 31, 2008 was approximately $46.45 and $33.48 per option, respectively. At December 31, 2008, there was $13.7 of compensation expense that will be recognized over the next five years and $9.2 of compensation expense that will be recognized upon the occurrence of the liquidity event.

The Company used the Monte Carlo Simulation method to estimate the fair value of all stock options granted. Under this method, the estimate of fair value is affected by the assumptions included in the following table, certain of which are highly complex and subjective. Expected equity volatility was determined based upon historical stock prices of our peer companies. The expected term of the event-based options granted was determined based upon a range of estimates regarding the timing of a liquidity event.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

A summary of stock option activity for service-based options during the period from January 1, 2008 to December 31, 2008 is as follows:

| Service based options | Shares | | Weighted average exercise price per share | Weighted average remaining contractual term (in years) | | Weighted average fair value |
|---|---|---|---|---|---|---|
| Outstanding January 1, 2008 | 369,787 | $ | 101.66 | 9.2 | $ | 51.63 |
| Granted | 140,520 | $ | 100.00 | | $ | 35.62 |
| Exercised | - | | | | | |
| Canceled | (68,958) | $ | 103.27 | | $ | 52.18 |
| Outstanding at December 31, 2008 | 441,349 | $ | 100.88 | 8.5 | $ | 46.45 |
| Options vested and expected to vest at December 31, 2008 | 434,488 | $ | 100.85 | 8.5 | $ | 46.40 |
| Options exercisable at December 31, 2008 | 105,965 | $ | 100.73 | 8.1 | $ | 51.29 |

The assumptions used in estimating the weighted average grant date fair values of stock options are as follows:

| | 2008 | 2007 |
|---|---|---|
| Expected timing of liquidity event in years | 1-7 | 2-7 |
| Weighted average expected option life in years | 3.8 | 4.6 |
| Risk-free interest rate | 2.5% | 4.8% |
| Equity volatility factor | 34.8% | 65.5% |
| Dividend yield | 0% | 0% |

*Predecessor Stock-Based Compensation Plans*

In December 2004, our stockholders approved the 2004 Equity Incentive Plan, as amended ("2004 Plan"). The 2004 Plan provided for the grant of stock options, non-vested shares and share units as well as other stock awards to eligible employees, officers, consultants and non-employee directors. These awards were to vest upon the attainment of stated service periods or performance targets established by the Compensation Committee of the Board of Directors. On May 18, 2006, our stockholders approved an amendment to the 2004 Plan that increased the number of shares of common stock reserved for issuance from 1,100,000 to 2,200,000. All options granted under this plan, once vested, were exercisable for a period of up to 10 years from the date of grant, although options may have expired earlier because of termination of employee service. The 2004 Plan was terminated as of the TPG Acquisition date and all stock options and non-vested shares issued under the 2004 Plan and all predecessor plans were redeemed on December 19, 2006. Certain share unit awards were modified to provide for vesting upon the consummation of the TPG Acquisition while other share unit awards were not modified and remained not vested as of December 19 and December 31, 2006. All awards which vested upon the Acquisition were redeemed for cash of $52.50 per share in 2007. During the year ended December 31, 2007, the Company paid $11.5 to holders of these share units. The payments have been classified as "Investing activities" in the Consolidated Statement of Cash Flows.

The Company modified 107,092 of the non-vested share units for performance-based awards prior to the TPG Acquisition to allow for the vesting of these share units upon the TPG Acquisition. Holders of these share units received $52.50 per share unit in January 2007. The remaining share units were fully expensed in 2006 as all performance targets were attained. Vesting of these share units was subject to approval of the Compensation Committee which approved the vesting of the share units in March 2007. Holders of these share units received $52.50 per share unit in April 2007.

The weighted-average grant date fair value per share of all non-vested shares and share unit awards granted during the period January 1, 2006 to December 19, 2006, was $43.54.

39

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

**19. INCOME TAXES**

The (loss) income from continuing operations before income taxes and minority interests was as follows:

| | (Successor) | | | | | | (Predecessor) |
|---|---|---|---|---|---|---|---|
| | For the year ended December, 31 | | | | For the period from December 20, 2006 to December 31, 2006 | | For the period from January 1, 2006 to December 19, 2006 |
| | 2008 | | 2007 | | | | |
| U.S. | $ | (1,136.9) | $ | (106.9) | $ | (7.1) | $ | 37.7 |
| International | | (741.9) | | (74.3) | | 3.1 | | 21.3 |
| Total | $ | (1,878.8) | $ | (181.2) | $ | (4.0) | $ | 59.0 |

The (benefit from) provision for income taxes, including income taxes on minority interests, was as follows:

| | (Successor) | | | | | | (Predecessor) |
|---|---|---|---|---|---|---|---|
| | For the year ended December 31, | | | | For the period from December 20, 2006 to December 31, 2006 | | For the period from January 1, 2006 to December 19, 2006 |
| | 2008 | | 2007 | | | | |
| Current: | | | | | | | |
| Federal | $ | 0.9 | $ | 4.0 | $ | (8.8) | $ | 19.3 |
| State | | 1.1 | | (2.6) | | 0.3 | | 3.8 |
| International | | 15.7 | | 9.9 | | (0.4) | | (3.0) |
| | $ | 17.7 | $ | 11.3 | $ | (8.9) | $ | 20.1 |
| Deferred: | | | | | | | |
| Federal | $ | (82.3) | $ | (29.6) | $ | 6.8 | $ | 0.5 |
| State | | (2.9) | | (3.3) | | 0.5 | | (3.4) |
| International | | (66.6) | | (66.8) | | 0.9 | | 6.2 |
| | $ | (151.8) | $ | (99.7) | $ | 8.2 | $ | 3.3 |
| (Benefit from) provision for income taxes | $ | (134.1) | $ | (88.4) | $ | (0.7) | $ | 23.4 |

The income tax expense, computed by applying the federal statutory tax rate to earnings before income taxes, differed from the (benefit from) provision for income taxes as follows:

| | (Successor) | | | | | | (Predecessor) |
|---|---|---|---|---|---|---|---|
| | For the year ended December 31, | | | | For the period from December 20, 2006 to December 31, 2006 | | For the period from January 1, 2006 to December 19, 2006 |
| | 2008 | | 2007 | | | | |
| Income tax expense (benefit) at the federal statutory rate | $ | (657.6) | $ | (63.4) | $ | (1.4) | $ | 20.6 |
| Foreign income tax rate differences | | (21.9) | | (59.6) | | (1.6) | | (11.2) |
| State income taxes, net | | (12.5) | | (4.4) | | 0.3 | | (2.5) |
| Tax on foreign repatriation, net of foreign tax credits | | 12.4 | | 10.0 | | - | | 5.5 |
| Worldwide goodwill impairment | | 368.3 | | - | | - | | - |
| Other, net | | 1.7 | | (0.3) | | 0.7 | | 2.2 |
| Change in worldwide valuation allowance | | 175.5 | | 29.3 | | 1.3 | | 8.8 |
| (Benefit from) provision for income taxes | $ | (134.1) | $ | (88.4) | $ | (0.7) | $ | 23.4 |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes.

Significant components of our deferred tax liabilities and assets are as follows:

| | (Successor) | |
|---|---|---|
| **December 31,** | **2008** | **2007** |
| **Deferred Tax Liabilities:** | | |
| Depreciation and amortization | $ 129.2 | $ 251.2 |
| Deferred hedging gain | 13.6 | 35.8 |
| Other | 58.2 | 43.7 |
| Total deferred tax liabilities | $ 201.0 | $ 330.7 |
| **Deferred Tax Assets:** | | |
| Net operating loss carryforwards | $ 182.7 | $ 140.4 |
| Depreciation and amortization | 18.6 | 21.6 |
| Tax credit carryforwards | 29.4 | 30.9 |
| Expenses not currently deductible | 36.8 | 29.3 |
| Accrued pension | 34.3 | 31.5 |
| Accrued post retirement | 16.2 | 16.8 |
| Deferred hedging loss | 47.0 | - |
| Inventory | 14.5 | - |
| Other | 66.6 | 46.6 |
| | $ 446.1 | $ 317.1 |
| Valuation allowance | (312.6) | (136.5) |
| Total deferred tax assets | $ 133.5 | $ 180.6 |
| Net deferred tax liabilities | $ 67.5 | $ 150.1 |

Various non-U.S. tax jurisdictions reduced their tax rates in 2007 resulting in a $32.7 deferred tax benefit from the reduction in deferred tax liabilities. This benefit resulted primarily from the approximately 10% tax rate reduction in Germany.

At December 31, 2008 and 2007 we had valuation allowances of $312.6 and $136.5, respectively, to reduce certain deferred tax assets to amounts that are more likely than not to be realized. Of the total 2008 and 2007 valuation allowance, $187.6 and $109.6 relates to net operating losses and future tax deductions for depreciation in non-U.S. tax jurisdictions, $85.9 and zero relates to U.S. federal net operating losses and tax credits and $39.1 and $26.9 relate primarily to Kentucky state recycling credits and other state net operating losses respectively. We believe that sufficient evidence currently exists that it is more likely than not that we will not realize deferred tax assets.

At December 31, 2008, we had approximately $526.8 of unused net operating loss carryforwards associated with non-U.S. tax jurisdictions, of which $422.6 can be carried forward indefinitely. The remainder had carryforwards from 5 to 20 years, of which $19.8 will expire over a 5 year period, starting in 2009. At December 31, 2008, the U.S. federal net operating loss carryforwards were $35.3. The tax benefits associated with state net operating loss carryforwards at December 31, 2008 were $11.8, part of which has been offset with a valuation allowance for entities that have a history of cumulative losses.

At December 31, 2008, we had $4.6 of unused U.S. federal tax credit carry forwards. We also had $38.2 of unused state tax credit carry forwards, for most of which a full valuation allowance has been provided.

Substantially all of the $103.9 of undistributed earnings of our non-U.S. investments is considered permanently reinvested and, accordingly, no additional U.S. income taxes or non-U.S. withholding taxes have been provided. It is not practicable to calculate the deferred taxes associated with the remittance of these earnings.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Aleris International, Inc., its parent corporation and its subsidiaries files income tax returns in the U.S. federal jurisdiction, and various states and foreign jurisdictions. The Internal Revenue Service completed an examination of the Company's U.S. income tax returns for 2004 in 2008. As a result, the Company's research and experimentation credit carryforward was reduced by $2.9 which was recognized against goodwill.

As of December 31, 2008, we have $11.7 of unrecognized tax benefits. $3.4 of the incremental unrecognized benefit will impact our effective rate if recognized and $1.8 will be recognized against goodwill.

|  | 2008 | 2007 |
|---|---|---|
| Balance at beginning of year | $ 6.5 | $ 2.2 |
| Additions based on tax positions related to current year | 1.4 | 2.5 |
| Additions for tax positions of prior years | 7.4 | 1.8 |
| Reductions for tax positions of prior years | (0.6) | - |
| Settlements | (3.0) | - |
| Balance at end of year | $ 11.7 | $ 6.5 |

We recognize interest and penalties related to uncertain tax positions within the "(Benefit from) provision for income taxes" in the Consolidated Statement of Operations. As of December 31, 2008, we had approximately $0.3 of accrued interest related to uncertain tax positions.

The 2003 through 2007 tax years remain open to examination by the major taxing jurisdictions to which we are subject. A non-U.S. taxing jurisdiction commenced an examination in the first quarter of 2009 that is anticipated to be completed within twelve months of the reporting date. We presented an adjustment to our transfer pricing tax position that is expected to result in a decrease of $2.1. The Internal Revenue Service also commenced an examination of our U.S. income tax returns for 2005 through 2007 in the fourth quarter of 2008 that is anticipated to be completed within twelve months of the reporting date. Uncertainty exists regarding our transaction cost tax position that may result in a decrease in the range of zero to $1.3.

## 20. RELATED PARTY TRANSACTIONS

As discussed in Note 18 "Stock-Based Compensation," we recorded $2.5 and $3.9 of compensation expense for the years ended December 31, 2008 and 2007, respectively, associated with the stock option plan of Holdings, the beneficiaries of which are members of our senior management. In addition, as discussed in Note 9 "Sponsor Management Fee," during the years ended December 31, 2008 and 2007 we recorded $9.6 and $9.1, respectively of management fees related to affiliates of TPG. At December 31, 2008, $2.3 of amounts owed to TPG have been included within "Accrued Liabilities" in the Consolidated Balance Sheet.

On December 26, 2008, an affiliate of TPG agreed to provide a short-term letter of credit in connection with an arrangement with a derivative counterparty of a subsidiary of the Company in the amount of approximately $45.0. This arrangement facilitated the release of cash that had previously been used for margin requirements under the related derivative contracts.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

## 21. COMMITMENTS AND CONTINGENCIES

### Operating leases

We lease various types of equipment and property, primarily the equipment utilized in our operations at our various plant locations and at our headquarters facility. The future minimum lease payments required under operating leases that have initial or remaining non-cancelable lease terms in excess of one year as of December 31, 2008, are as follows:

|  | Operating Leases |
|---|---|
| 2009 | $ 12.0 |
| 2010 | 8.5 |
| 2011 | 4.8 |
| 2012 | 1.9 |
| 2013 | 1.6 |
| Thereafter | 3.1 |
|  | $ 31.9 |

Rental expense under cancelable and non-cancelable operating leases for the years ended December 31, 2008 and 2007, for the period from December 20, 2006 to December 31, 2006, and the period from January 1, 2006 to December 19, 2006 was $24.4, $25.3, $0.9, and $14.6, respectively.

### Purchase Obligations

Our non-cancelable purchase obligations are principally for natural gas and materials, such as metals and fluxes used in our manufacturing operations. As of December 31, 2008, amounts due under short-term and long-term non-cancelable purchase obligations are as follows:

|  | Total | 2009 | 2010-2011 | 2012-2013 | After 2013 |
|---|---|---|---|---|---|
| Purchase obligations | $ 2,130.1 | $ 670.2 | $ 903.9 | $ 470.4 | $ 85.6 |

Amounts purchased under long-term purchase obligations during the years ended December 31, 2008, 2007 and 2006 related to these purchase obligations totaled $835.1, $1,942.0 and $711.8, respectively.

### Employees

Approximately 45% of our U.S. employees and substantially all of our non-U.S. employees are covered by collective bargaining agreements.

### Environmental Proceedings

Our operations are subject to environmental laws and regulations governing air emissions, wastewater discharges, the handling, disposal and remediation of hazardous substances and wastes and employee health and safety. These laws can impose joint and several liabilities for releases or threatened releases of hazardous substances upon statutorily defined parties, including us, regardless of fault or the lawfulness of the original activity or disposal. Given the changing nature of environmental legal requirements, we may be required, from time to time, to take environmental control measures at some of our facilities to meet future requirements.

Currently and from time to time, we are a party to notices of violations brought by environmental agencies concerning the laws governing air emissions. In connection with certain pending proceedings, we are engaged in discussion with the United States Department of Justice, the United States Environmental Agency and several states for the purpose of resolving in one proceeding similar issues that have arisen at a number our facilities in different states. Although discussions are ongoing with respect to the amount of penalties and the scope of any injunctive relief, the government has recently demanded that we pay a combined civil penalty of $7.2 as part of a consent decree resolving these issues. We do not anticipate that the ultimate penalties combined with the cost of any injunctive relief would have a material adverse effect on our financial position or results of operations.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

We have been named as a potentially responsible party in certain proceedings initiated pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act and similar stated statutes and may be named a potentially responsible party in other similar proceedings in the future. It is not anticipated that the costs incurred in connection with the presently pending proceedings will, individually or in the aggregate, have a material adverse effect on our financial position or results of operations.

We are performing operations and maintenance at two Superfund sites for matters arising out of past waste disposal activity associated with closed facilities. We are also under orders by agencies in four states for environmental remediation at five sites, two of which are located at our operating facilities.

Our reserves for environmental remediation liabilities totaled $47.0 and $45.4 at December 31, 2008 and 2007, respectively, and have been classified as "Other long-term liabilities" and "Accrued liabilities" in the Consolidated Balance Sheet. Of the environmental liabilities recorded at December 31, 2008, $5.3 is indemnified by Corus. These amounts are in addition to our asset retirement obligations discussed in Note 14 "Asset Retirement Obligations" and represent the most probable costs of remedial actions. We estimate the costs related to currently identified remedial actions will be paid out primarily over the next ten years.

The changes in our accruals for environmental liabilities are as follows (there was no change in our environmental liabilities from the period from December 20, 2006 to December 31, 2006):

|  | For the years ended Decmeber 31, | | For the period from January 1, 2006 to December 19, |
|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| Balance at beginning of year | $ 45.4 | $ 14.5 | $ 12.3 |
| Revisions and liabilities incurred | 4.4 | 5.5 | 0.8 |
| Payments | (2.8) | (2.1) | (0.9) |
| Environmental liabilities of acquired businesses | - | 27.5 | 2.3 |
| Balance at end of year | $ 47.0 | $ 45.4 | $ 14.5 |

*Legal Proceedings*

We are a party from time to time to what we believe are routine litigation and proceedings considered part of the ordinary course of our business. We believe that the outcome of such existing proceedings would not have a material adverse effect on our financial position or results of operations.

## 22. SEGMENT INFORMATION

Effective October 1, 2008, the Company's reportable segments were changed from two global segments: Global Rolled and Extruded products and Global Recycling to three regional segments: Rolled Products North America, Recycling and Specification Alloys Americas and Europe. This change was made to better serve our customers, taking into consideration the regional nature of supply and demand of aluminum products. Organizational changes were also made to better manage the disparity in markets and business cultures. As a result, prior period amounts have been reclassified to conform to the new segment structure.

*Measurement of Segment Profit or Loss and Segment Assets*

The accounting policies of the reportable segments are the same as those described in the summary of significant accounting policies. Our measure of the profitability of our operating segments is referred to as segment income. Segment income excludes provisions for income taxes, restructuring and other charges, interest, unrealized and certain losses on derivative financial instruments, corporate general and administrative costs, including depreciation of corporate assets and impairment of goodwill and other intangible assets. Intersegment sales and transfers are recorded at market value. Consolidated cash, long-term debt, net capitalized debt costs, deferred tax assets and assets related to our headquarters office are not allocated to the reportable segments.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

In our continued efforts to integrate acquired businesses and to standardize reporting across all of our segments, we began reporting certain expenses previously included within the segments' operating results as corporate selling, general and administrative expense in 2008. The expenses relate to information technology, treasury and certain other functions managed at the corporate level. We have restated the 2007 segment information, reducing corporate income by $20.2 and increasing the Rolled Products North America and Europe segment income by $1.5 and $18.7, respectively. We have not restated 2006 segment information as it would be impracticable to do so.

*Reportable Segment Information*

Selected reportable segment disclosures for the three years ended December 31, 2008, 2007 and 2006 are as follows:

| | Rolled Products North America | | Recycling and Specification Alloys Americas | | Europe | | Intersegment revenues | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2008 (Successor)** | | | | | | | | | | |
| Revenues | $ | 1,675.6 | $ | 1,503.1 | $ | 2,761.2 | $ | (34.2) | $ | 5,905.7 |
| Segment (loss) income | | (2.4) | | 28.4 | | (4.4) | | | | 21.6 |
| Depreciation and amortization expense | | 49.4 | | 37.6 | | 130.9 | | | | 217.9 |
| Segment assets | | 567.1 | | 438.9 | | 1,546.0 | | | | 2,552.0 |
| Payments for Property plant and equipment | | 17.7 | | 13.3 | | 104.6 | | | | 135.6 |
| **2007 (Successor)** | | | | | | | | | | |
| Revenues | $ | 1,972.3 | $ | 1,125.7 | $ | 2,948.2 | $ | (56.3) | $ | 5,989.9 |
| Segment income (loss) | | 107.7 | | 47.0 | | (21.8) | | | | 132.9 |
| Depreciation and amortization expense | | 57.3 | | 29.4 | | 112.4 | | | | 199.1 |
| Segment assets | | 1,455.2 | | 834.7 | | 1,765.2 | | | | 4,055.1 |
| Payments for Property plant and equipment | | 24.4 | | 13.3 | | 148.0 | | | | 185.7 |
| **2006 (Combined)** | | | | | | | | | | |
| Revenues | $ | 1,940.5 | $ | 916.6 | $ | 1,358.1 | $ | (19.6) | $ | 4,195.6 |
| Segment income (loss) | | 201.3 | | 76.1 | | (11.9) | | | | 265.5 |
| Depreciation and amortization expense | | 36.9 | | 21.8 | | 46.3 | | | | 105.0 |
| Segment assets | | 349.7 | | 880.0 | | 1,845.3 | | | | 3,075.0 |
| Payments for Property plant and equipment | | 28.7 | | 17.8 | | 64.3 | | | | 110.8 |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Reconciliations of total reportable segment disclosures to our consolidated financial statements are as follows:

| | (Successor) | | | | (Combined) | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2008** | | **2007** | | **2006** | |
| **Profits** | | | | | | |
| Total segment income | $ | 21.6 | $ | 132.9 | $ | 265.5 |
| Unallocated amounts: | | | | | | |
| Corporate general and administrative expenses | | (144.9) | | (109.6) | | (71.8) |
| Restructuring and other charges | | (102.2) | | (32.8) | | (41.9) |
| Impairment of goodwill and other intangibles | | (1,311.8) | | - | | - |
| Interest expense | | (229.1) | | (207.0) | | (84.9) |
| Unallocated (losses) gains on derivative financial instruments | | (116.5) | | 24.9 | | 35.3 |
| Interest and other income | | 5.6 | | 10.4 | | 7.2 |
| Loss on early extinguishment of debt | | (1.5) | | - | | (54.4) |
| (Loss) income from continuing operations before provision for income taxes and minority interests | $ | (1,878.8) | $ | (181.2) | $ | 55.0 |
| | | | | | | |
| **Depreciation and amortization** | | | | | | |
| Total depreciation and amortization expense for reportable segments | $ | 217.9 | $ | 199.1 | $ | 105.0 |
| Unallocated depreciation and amortization expense | | 7.2 | | 4.8 | | 1.8 |
| Total consolidated depreciation and amortization expense | $ | 225.1 | $ | 203.9 | $ | 106.8 |
| | | | | | | |
| **Assets** | | | | | | |
| Total assets for reportable segments | $ | 2,552.0 | $ | 4,055.1 | $ | 3,075.0 |
| Assets of discontinued operation | | - | | 254.1 | | 187.6 |
| Unallocated assets | | 124.0 | | 764.1 | | 1,539.3 |
| Total consolidated assets | $ | 2,676.0 | $ | 5,073.3 | $ | 4,801.9 |
| | | | | | | |
| **Payments for property, plant and equipment** | | | | | | |
| Total payments for PP&E for reportable segments | $ | 135.6 | $ | 185.7 | $ | 110.8 |
| Other payments for PP&E | | 2.5 | | 6.1 | | 8.6 |
| Total consolidated payments for PP&E | $ | 138.1 | $ | 191.8 | $ | 119.4 |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*Geographic Information*

The following table sets forth the geographic breakout of our revenues (based on customer location) and long-lived assets (net of accumulated depreciation and amortization):

| | (Successor) | | (Combined) |
|---|---|---|---|
| | **2008** | **2007** | **2006** |
| **Revenues** | | | |
| United States | $ 2,543.3 | $ 2,978.4 | $ 2,457.8 |
| International: | | | |
| Asia | 185.1 | 211.1 | 73.6 |
| Europe | 2,458.7 | 2,354.7 | 1,267.7 |
| Mexico and Canada | 457.7 | 237.8 | 232.1 |
| South America | 229.6 | 194.9 | 155.5 |
| Other | 31.3 | 13.0 | 8.9 |
| Total international revenues | 3,362.4 | 3,011.5 | 1,737.8 |
| Consolidated revenues | $ 5,905.7 | $ 5,989.9 | $ 4,195.6 |
| | | | |
| **Long-lived assets, including intangible assets** | | | |
| United States | $ 516.3 | $ 1,380.6 | $ 1,772.7 |
| International | | | |
| Asia | 7.0 | 13.1 | 10.2 |
| Europe | 887.2 | 1,457.3 | 784.6 |
| Mexico and Canada | 50.3 | 104.8 | 65.2 |
| South America | 9.9 | 16.7 | 16.0 |
| Total international | 954.4 | 1,591.9 | 876.0 |
| Consolidated total | $ 1,470.7 | $ 2,972.5 | $ 2,648.7 |

## 23. DERIVATIVE AND OTHER FINANCIAL INSTRUMENTS

Prior to our Chapter 11 Petitions, we entered into derivatives to hedge the cost of energy, the sale and purchase prices of certain aluminum products as well as certain alloys used in our production processes, certain currency exposures and variable interest rates. Generally, we enter into master netting arrangements with our counterparties and offset net derivative positions with the same counterparties against amounts recognized for the right to reclaim cash collateral or the obligation to return cash collateral under those arrangements in our Consolidated Balance Sheet. Accordingly, the fair value of outstanding derivative contracts are included in the Consolidated Balance Sheet as "Derivative financial instruments," and "Other long-term liabilities." The fair value of our derivative financial instruments and amounts deferred in "Accumulated other comprehensive income" as of December 31, 2008 and 2007 were as follows:

| December 31, | 2008 | 2007 | |
|---|---|---|---|
| | | | **Deferred losses, net of** |
| | **Fair Value** | **Fair Value** | **tax** |
| Natural gas | $ (3.2) | $ (0.5) | $ - |
| Aluminum | (12.4) | 28.3 | - |
| Currency | (0.2) | 24.9 | - |
| Interest Rate | (3.5) | (13.2) | (8.2) |

47

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Beginning January 1, 2008, derivative contracts are recorded at fair value under SFAS No. 157 using quoted market prices and significant other observable and unobservable inputs. Where appropriate, valuations are adjusted for various factors such as liquidity, bid/offer spreads, and credit considerations. Such adjustments are generally based on available market evidence and unobservable inputs. As a result of our decreasing liquidity levels and worsening financial position during the fourth quarter of 2008, as well as the subsequent Chapter 11 Petitions, we adjusted our assessment of non-performance risk for all derivative financial instruments to reflect an estimate of the recoverable amounts our counterparties may receive under a plan of reorganization. This has led to the recognition of derivative liabilities owed to counterparties, after offsetting derivative liabilities with collateral paid, at 10% of the mark to market valuations.

We endeavor to utilize the best available information in measuring fair value. Financial assets and liabilities are classified in their entirety based on the lowest level of input that is significant to the fair value measurement. Based on the significant impact that the assessment of non-performance risk had on the valuation model, all derivative instruments that have been adjusted for non-performance risk have been transferred to Level 3 within the fair value hierarchy as of December 31, 2008. The following table sets forth our financial assets and liabilities that were accounted for at fair value on a recurring basis as of December 31, 2008 and the level in the fair value hierarchy (see Note 4 "Summary of Significant Accounting Policies" for additional discussion of the fair value hierarchy):

| | Fair Value Measurements at Reporting Date Using: | | | |
| --- | --- | --- | --- | --- |
| Description | Total Carrying Value in the Consolidated Balance Sheet | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs * (Level 3) |
| Derivative assets | $      2.7 | $       - | $      2.7 | $       - |
| Derivative liabilities | (22.0) | - | - | (22.0) |
| Net derivative (liabilities) assets | $    (19.3) | $       - | $      2.7 | $   (22.0) |

\* These amounts include cash collateral paid that we elected to net against the fair value amounts recognized for certain derivative instruments executed with the same counterparties under master netting arrangements. This election was made under the provisions of FSP FIN No. 39-1, which was adopted by Aleris in 2008 (see Note 4 "Summary of Significant Accounting Policies".) The collateral paid relates to aluminum and currency derivative contracts included in Level 3.

The tables below summarize the activity in our balance sheet accounts for financial instruments classified within Level 3 of the valuation hierarchy. The determination to classify a financial instrument within Level 3 is based upon the significance of the unobservable inputs to the overall fair value measurement. Level 3 financial instruments typically include, in addition to the unobservable or Level 3 components, observable components, including current quoted market prices, which are validated to external sources.

| | Year ended December 31, 2008 |
| --- | --- |
| Balance at beginning of period | $         - |
| Losses on derivative financial instruments | (245.6) |
| Non-performance risk credit adjustment | 127.6 |
| Collateral | 71.6 |
| Transfers in to Level 3 | 24.4 |
| Balance at end of period | $     (22.0) |
| | |
| Total losses included in earnings attributable to the change in unrealized losses relating to derivative contracts still held at December 31, 2008: | |
| Losses on derivative financial instruments | $    (118.0) |

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

During the years ended December 31, 2007 and 2006, our natural gas and certain of our aluminum derivative financial instruments were accounted for as hedges and met SFAS No. 133's requirements for hedge accounting treatment. As such, the changes in the fair value of certain of these cash flow hedges accumulated on our Consolidated Balance Sheet (in "Accumulated other comprehensive income") until the underlying hedged item impacted earnings. In conjunction with the purchase price allocation related to the TPG Acquisition, all amounts previously included within "Accumulated other comprehensive income" were eliminated as required by SFAS No. 141. Subsequent to the TPG Acquisition, we have elected not to treat our aluminum and currency derivative financial instruments as hedges for accounting purposes and, as a result, all future changes in the fair value of these derivatives will be included within our results of operations.

Both realized and unrealized gains and losses on those derivative financial instruments that are not accounted for as hedges are included within "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations while realized gains and (losses) on those derivative financial instruments that are accounted for as hedges are included within "Cost of sales" or "Interest expense."

Realized gains and (losses) on derivative financial instruments (included in "Cost of sales" and "Losses (gains) on derivative financial instruments") totaled the following during the years ended December 31, 2008, 2007 and 2006:

| Year ended December 31, | (Successor) | | (Combined) | | |
| --- | --- | --- | --- | --- | --- |
| | 2008 | 2007 | 2006 | | |
| | Losses (gains) on derivative financial instruments | Losses (gains) on derivative financial instruments | Losses (gains) on derivative financial instruments | | Cost of Sales |
| Natural gas | $          10.6 | $          4.3 | $          - | $ | (2.5) |
| Metal | 36.9 | (27.5) | 4.5 | | - |
| Currency | (42.3) | (7.8) | (7.0) | | - |

### Natural Gas Hedging

In order to manage our price exposure for natural gas purchases, we fix the future price of a portion of our natural gas requirements by entering into financial hedge agreements. Under these agreements, payments are made or received based on the differential between the monthly closing price on the New York Mercantile Exchange ("NYMEX") and the contractual hedge price. We do not treat these derivative financial instruments as hedges for accounting purposes. Accordingly, the changes in the fair value of the contracts are recorded in earnings as "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations, rather than being deferred in "Accumulated other comprehensive income" in the Consolidated Balance Sheet. In addition, we have cost escalators included in some of our long-term supply contracts with customers, which limit our exposure to natural gas price risk.

### Metal Hedging

The selling prices of the majority of the orders for our rolled and extruded products are established at the time of order entry or, for certain customers, under long-term contracts. As the related raw materials used to produce these orders are purchased several months or years after the selling prices are fixed, we are subject to the risk of changes in the purchase price of the raw materials we purchase. In order to manage this transactional exposure, London Metal Exchange ("LME") future or forward purchase contracts are entered into at the time the selling prices are fixed. In addition, at times during 2008, we entered into derivative contracts to protect the fair value of a portion of our aluminum inventory against a potential decline in aluminum selling prices. During the third and fourth quarter of 2008, the significant and rapid decline of the LME price of aluminum resulted in substantial margin calls against our derivative positions. In order to preserve our liquidity, we adjusted our metal hedging strategy by unwinding certain hedges to avoid further cash margin posting and purchasing options to protect against further LME declines. We do not treat these derivative financial instruments as hedges for accounting purposes. Accordingly, the changes in the fair value of the contracts are recorded in earnings as "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations, rather than being deferred in "Accumulated other comprehensive income" in the Consolidated Balance Sheet.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Our recycling businesses also enter into LME high-grade aluminum forward sales and purchase contracts to mitigate the risk associated with changes in metal prices. During 2008, we expanded our hedging strategy to fix the selling prices of our inventory as prices declined and lower demand reduced inventory turnover. The contracts outstanding at December 31, 2008 and 2007 are not accounted for as hedges for accounting purposes and, as a result, the changes in fair value of the contracts are recorded in earnings as "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations, rather than being deferred in "Accumulated other comprehensive income."

*Interest Rates Hedging*

In March 2007 we reduced our exposure to interest rate fluctuations by entering into interest rate swaps that fix the interest we pay on approximately $700.0 of our variable rate debt. In March 2008 we further reduced our exposure to interest rate fluctuations by entering into an additional interest rate swap to fix the interest we will pay on an incremental portion of our Term Loan Facility. As a result of these swaps, interest on approximately $750.0 of our Term Loan Facility debt was fixed as of December 31, 2008. These swaps were accounted for as cash flow hedges, with gains and losses deferred and recorded within "Accumulated other comprehensive income" in Stockholder's Equity prior to December 31, 2008. As of December 31, 2008, taking into account the Company's Chapter 11 Petitions on February 12, 2009, management concluded it was probable that the hedged transaction (interest payments) would no longer occur. As a result, in accordance with SFAS No. 133, the derivative loss of $3.5 was included in "Accumulated other comprehensive income" was reclassified into earnings immediately as "Losses (gains) on derivative financial instruments" in the Consolidated Statement of Operations.

*Credit Risk*

We are exposed to losses in the event of non-performance by the counterparties to the derivative financial instruments discussed above; however, we do not anticipate any non-performance by the counterparties. The counterparties are evaluated for creditworthiness and risk assessment prior to initiating trading activities with the brokers.

*Other Financial Instruments*

The carrying amount and fair value of our other financial instruments at December 31, 2008 and 2007 are as follows:

| December 31, | 2008 | | 2007 | |
| --- | --- | --- | --- | --- |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| Cash and cash equivalents | $    48.5 | $    48.5 | $    109.9 | $    109.9 |
| Debt in Default: | | | | |
|    Term Loan | 1,203.8 | 483.2 | 1,231.2 | 1,138.6 |
|    Senior Notes | 589.1 | 29.9 | 589.6 | 501.0 |
|    Senior Subordinated Notes | 389.7 | 59.9 | 389.5 | 326.0 |
|    New Senior Notes | 98.6 | 20.0 | 97.4 | 87.7 |

The fair value of our outstanding indebtedness under the Revolving Credit Facility approximates carrying value due to the floating rates of interest rates associated with that obligation and its secured status. The current fair values of our Term Loan, Senior Notes, Senior Subordinated Notes and New Senior Notes were based on market quotations, discounted cash flows and incremental borrowing rates. The fair value of our accounts receivable, accounts payable and accrued liabilities approximate carrying value. The fair values of our Term Loan, Senior Notes, Senior Subordinated Notes, New Senior Notes, accounts payable and accrued liabilities disclosed herein do not purport to represent the values that may be realized by our creditors through the reorganization process.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

## 24. OTHER COMPREHENSIVE INCOME

The following table presents the components of "Accumulated other comprehensive income," which are items that change equity during the reporting period, but are not included in earnings. As discussed previously, all amounts included within "Accumulated other comprehensive income" were eliminated as part of the preliminary purchase price allocation associated with the TPG Acquisition. There was an insignificant impact to "Accumulated other comprehensive income" in the period from December 20, 2006 to December 31, 2006. This was due to substantially all of our derivative financial instruments not being accounted for as hedges after the TPG Acquisition and an immaterial change in currency rates between December 20, 2006 and December 31, 2006.

| | Total | | Unrealized (loss) gain on derivative financial instruments | | Currency translation unrealized gain (loss) | | Pension and other postretirement liability adjustment | |
|---|---|---|---|---|---|---|---|---|
| **Predecessor** | | | | | | | | |
| Balance at January 1, 2006 | $ | 5.3 | $ | 15.6 | $ | (7.2) | $ | (3.1) |
| Current year net change | | 17.2 | | - | | 17.2 | | - |
| Change in fair value of derivative financial instruments | | (29.8) | | (29.8) | | - | | - |
| Reclassification of derivative financial instruments into earnings | | 3.3 | | 3.3 | | - | | - |
| Income tax effect | | 10.0 | | 10.0 | | - | | - |
| Balance at December 19, 2006 | $ | 6.0 | $ | (0.9) | $ | 10.0 | $ | (3.1) |
| **Successor** | | | | | | | | |
| Balance at January 1, 2007 | $ | - | $ | - | $ | - | | - |
| Current year net change | | 145.8 | | - | | 109.9 | $ | 35.9 |
| Change in fair value of derivative financial instruments | | (13.2) | | (13.2) | | - | | - |
| Deferred tax on pension and other postretirement liability | | (10.5) | | - | | - | | (10.5) |
| Income tax effect | | 5.0 | | 5.0 | | - | | - |
| Balance at December 31, 2007 | $ | 127.1 | $ | (8.2) | $ | 109.9 | $ | 25.4 |
| Current year net change | | (138.9) | | - | | (75.1) | | (63.8) |
| Change in fair value of derivative financial instruments | | 9.7 | | 9.7 | | - | | - |
| Deferred tax on pension and other postretirement liability | | 4.1 | | - | | - | | 4.1 |
| Income tax effect | | (5.0) | | (5.0) | | - | | - |
| Reclassification of derivative financial instruments into earnings | | 3.5 | | 3.5 | | - | | - |
| Balance at December 31, 2008 | $ | 0.5 | $ | - | $ | 34.8 | $ | (34.3) |

## ALERIS INTERNATIONAL, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### (in millions, except share data)

## 25. SUPPLEMENTAL CASH FLOW INFORMATION

The changes in operating assets and liabilities included in the Consolidated Statement of Cash Flows and supplemental cash flow information for the years ended December 31, 2008, 2007 and 2006 are as follows:

| | (Successor) | | (Combined) |
|---|---|---|---|
| Year ended December 31, | 2008 | 2007 | 2006 |
| Change in operating assets and liabilities: | | | |
| Accounts receivable | $ 197.3 | $ 86.1 | $ (13.6) |
| Inventories | 171.8 | 177.4 | (5.3) |
| Other assets | (14.4) | 14.9 | (0.7) |
| Accounts payable and accrued liabilities | (350.2) | (54.6) | 85.5 |
| | $ 4.5 | $ 223.8 | $ 65.9 |
| **Supplementary information** | | | |
| Non-cash equity contribution | $ - | $ - | $ 3.9 |
| Cash payments for: | | | |
| Interest | $ 217.0 | $ 212.5 | $ 89.8 |
| Income taxes | 5.4 | 15.1 | 15.1 |

## 26. SUBSEQUENT EVENTS – AMENDMENTS TO CREDIT FACILITIES (UNAUDITED)

### Chapter 11 Bankruptcy Filings

On February 12, 2009, the Debtors filed the Chapter 11 Petition in the Bankruptcy Court. Certain of our U.S. subsidiaries and all of our foreign operations are not part of, and will continue to operate outside of, the Chapter 11 process. See Note 2 "Chapter 11 Reorganization Procedures" for additional information.

The filing of the Chapter 11 Petition (other than as described below under the heading "—Amendments to Credit Facilities") constituted an event of default under our debt obligations, including under the Revolving Credit Facility and Term Loan Facility (collectively, the "Credit Facilities") and the Senior Notes, Senior Subordinated Notes and the 9% New Senior Notes (collectively, the "Notes"), which became automatically and immediately due and payable, although any actions to enforce such payment obligations are stayed as a result of the Chapter 11 Petition. As a result, all of the amounts outstanding under the Credit Facilities, the Notes and certain other debt instruments, for which the Chapter 11 triggered an event of default, have been classified as current liabilities in the Consolidated Balance Sheet as of December 31, 2008. See Note 15 "Long-Term Debt" for additional information.

The Debtors are currently operating as "debtors in possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code. In general, the Debtors are authorized to continue to operate as ongoing businesses, but may not engage in transactions outside the ordinary course of business without the approval of the Bankruptcy Court.

### Canadian Assignment in Bankruptcy

On March 30, 2009, Aleris Aluminum Canada S.E.C./Aleris Aluminum Canada, L.P. ("Canada LP"), one of our Canadian subsidiaries, filed a voluntary assignment in bankruptcy (the "Assignment") pursuant to the *Bankruptcy and Insolvency Act* (Canada) in order to effect an orderly liquidation of Canada LP's assets, property and undertaking. RSM Richter Inc. has been appointed as trustee in bankruptcy of Canada LP. The Assignment constituted a default under the DIP ABL Facility, however, the DIP ABL Facility provides that the lenders thereunder will not exercise any of their rights and remedies under the DIP ABL Facility with respect to such default against any of the credit parties to the DIP ABL Facility (other than Canada LP). The Assignment did not constitute a default under the DIP Term Facility.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

**Amendments to Credit Facilities**

On February 10, 2009, we and our subsidiaries party thereto, entered into a third amendment (the "Third Amendment" to the Revolving Credit Facility and a second amendment (the "Second Amendment" and, together with the Third Amendment, the "Prepetition Amendments") to the Term Loan Facility to facilitate the ongoing operating ability of our European and Canadian subsidiaries and to facilitate obtaining the DIP financing. Among other things, the lenders under the Prepetition Amendments agreed to forbear and waive certain remedies available to them with respect to the non-Debtors party to the Credit Facilities, including the right to accelerate the obligations thereunder, as a result of certain events of default that occurred under the Credit Facilities prior to or as a direct result of the Chapter 11 Petitions. The Prepetition Amendments also permitted us and our subsidiaries to incur additional debt and grant new super-priority liens to secure such debt under the DIP Term Facility and the DIP ABL Facility in connection with the Chapter 11 Petition. On March 24, 2009, we entered into the DIP ABL Facility, which amended, restated and replaced the Revolving Credit Facility and all outstanding borrowings thereunder. The Term Loan Facility, as amended by the Second Amendment, remains in place, and borrowings thereunder, to the extent not rolled up into the DIP Term Facility, remain outstanding.

**DIP Financing**

In connection with the Chapter 11 Petitions, we secured DIP financing in the form of the DIP Term Facility and the DIP ABL Facility, each of which are defined and described below. Certain terms not defined below have their respective meanings as defined in the DIP Term Facility and the DIP ABL Facility, as applicable.

***DIP Term Facility***

Pursuant to the Interim Order (the "Interim Order") of the Bankruptcy Court, dated as of February 13, 2009, the Bankruptcy Court approved a DIP term loan credit agreement (the "DIP Term Facility"), which we entered into on February 12, 2009, among the Company, Aleris Deutschland Holding GmbH (the "German Borrower") and Aleris Aluminum Duffel BVBA (the "Belgian Borrower"), as borrowers, the lenders party thereto from time to time, and Deutsche Bank AG New York Branch, as administrative agent and collateral agent. The DIP Term Facility was amended and restated on March 19, 2009 and was approved pursuant to the Final Order (the "Final Order") of the Bankruptcy Court on March 18, 2009. The DIP Term Facility provides for borrowings of up to an aggregate principal amount not to exceed approximately $448.3 plus €40.4 million of new money term loans (the "NM Loans".)

In addition, pursuant to the terms of the DIP Term Facility, a lender under the Term Loan Facility that (1) committed new money to the DIP Term Facility and executed the Second Amendment was permitted to designate a principal amount of its outstanding term loans under the Term Loan Facility up to an amount equal to its new money commitments to the DIP Term Facility plus 5% of its outstanding term loans under the Term Loan Facility, to be "rolled up" and refinanced under the DIP Term Facility or (2) executed the Second Amendment but did not commit new money to the DIP Term Facility was permitted to "roll up" and refinance an amount equal to 5% of its outstanding term loans under the Term Loan Facility (collectively, the "Roll-Up Loans"). As consideration to the lenders under the Term Loan Facility that provided Roll-Up Loans, the Roll-Up Loans have the benefit of security interests in the collateral securing the Term Loan Facility with a priority ahead of the outstanding term loans under the Term Loan Facility but behind the super-priority security interests in the collateral securing the DIP Term Facility. The NM Loans and the Roll-Up Loans are both governed by the DIP Term Facility.

The DIP Term Facility matures 12 months after the date of the Interim Order (the "Interim Order Entry Date"), or February 13, 2010. We may extend the maturity of the DIP Term Facility by up to two consecutive three-month periods. The Company is required to pay an extension fee to the lenders in an amount equal to 1.0% of the outstanding borrowings, plus any undrawn commitments immediately after giving affect to any and each such extension. In addition, the DIP Term Facility may mature at an earlier date upon the effective date of a reorganization plan or the acceleration of the loans upon the occurrence, and continuance, if applicable, of an event of default in accordance with the terms of the DIP Term Facility.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

Borrowings of NM Loans under the DIP Term Facility bear interest at:

- in the case of borrowings in U.S. dollars, the applicable Eurodollar rate plus a margin of 10.0% per annum; and

- in the case of borrowings in euros, the euro LIBOR rate (subject to a 3% floor) plus a margin of 6.00% per annum.

Borrowings constituting Roll-Up Loans under the DIP Term Facility bear interest at:

- in the event that accrued interest on the Roll-Up Loans is required to be paid in cash, 10.0% per annum; or

- otherwise, 12.5% per annum.

The DIP Term Facility is subject to mandatory prepayment with: (i) 100% of the net cash proceeds from issuances of debt, other than debt permitted under the DIP Term Facility; (ii) 100% of the net cash proceeds of certain asset sales; and (iii) 100% of the net cash proceeds from certain insurance and condemnation payments. In addition, in the event the German Borrower fails to cause an expert report on the viability of the German Borrower and its subsidiaries to be delivered to the administrative agent under the DIP Term Facility by May 12, 2009, the borrowings made to the German Borrower must be repaid.

We may voluntarily repay outstanding loans at any time without premium or penalty, provided that new NM Loans must be repaid in full prior to any voluntary repayment of Roll-Up Loans.

Upon each reduction of undrawn commitments (other than by reason of a borrowing) and upon each repayment or prepayment of the NM Loans, the Company is required to pay the lenders of the NM Loans a fee in an amount equal to 3.5% of (i) the amount of the reduction of such commitments or (ii) the amount of principal of such NM Loans repaid or prepaid.

There is no scheduled amortization under the DIP Term Facility. The principal amount outstanding will be due and payable in full at maturity, subject to mandatory prepayments described above.

The DIP Term Facility is secured, subject to certain exceptions, by (i) a super first-priority security interest in substantially all our fixed assets located in the United States, substantially all of the fixed assets of substantially all of our wholly-owned domestic subsidiaries located in the United States, and substantially all of the assets of Aleris Deutschland Holding GmbH and certain of its subsidiaries, (ii) a super second-priority security interest in all collateral pledged by us and substantially all of our wholly-owned domestic subsidiaries on a first-priority basis to lenders under the DIP ABL Facility located in the United States, and (iii) the equity interests of certain of our foreign and domestic direct and indirect subsidiaries (including Aleris Deutschland Holding GmbH, Aleris Aluminum Duffel BVBA and Aleris Switzerland GmbH). In addition to the security described above, the obligations of the German Borrower under the DIP Term Facility are also secured by a $90.0 land charge and mortgage on certain real estate located in Koblenz, Germany and Bonn, Germany, and the obligations of the Belgian Borrower under the DIP Term Facility are secured by a mortgage on certain real estate located in Duffel, Belgium as well as a floating charge in certain inventory of the Belgian Borrower and its subsidiaries located in Belgium. The borrowers' obligations under the DIP Term Facility are and will be guaranteed by certain of our existing and future direct and indirect subsidiaries. In addition, we guarantee the obligations of Aleris Deutschland Holding GmbH and Aleris Aluminum Duffel BVBA under the DIP Term Facility.

The DIP Term Facility contains a number of affirmative, negative and financial covenants that, among other things and subject to certain exceptions, impose substantial burdens and restrictions on the financial and business operations of the Company and certain of its subsidiaries. The negative covenants restrict the ability of the Company and its subsidiaries to, among others, incur additional indebtedness, pay dividends on capital stock and make other restricted payments, make investments and acquisitions, engage in transactions with affiliates, sell assets, merge and create liens. The financial covenants require the Company and certain of its subsidiaries to satisfy certain operating cash flow projections on a company wide basis and on a European operations basis, limit the amount of capital expenditures the Company and certain of its subsidiaries can make on a U.S. operations basis and on a European operations basis, and require the Company and certain of its subsidiaries to meet certain minimum EBITDA thresholds on a U.S. operations basis and on a European operations basis.

The DIP Term Facility also contains events of default customary for DIP financings of this type.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

*DIP ABL Facility*

Pursuant to the Final Order, the Bankruptcy Court approved a DIP asset-backed revolving credit agreement (the "DIP ABL Facility"), which we entered into on March 20, 2009 and which amended and restated the Revolving Credit Facility, among the Company, Aleris Aluminum Canada S.E.C./Aleris Aluminum Canada L.P., Aleris Specification Alloy Products Canada Company, Aleris Switzerland GmbH, and all U.S. and certain Canadian subsidiaries of the Company, as borrowers, the lenders party thereto from time to time, Deutsche Bank AG New York Branch, as administrative agent, Deutsche Bank AG New York Branch, Bank of America, N.A. and Wachovia Bank, National Association, as co-collateral agents, Bank of America, N.A. and General Electric Capital Corporation, as syndication agents, and Keybank National Association and Wachovia Bank, National Association, as co-documentation agents. The DIP ABL Facility provides for borrowings of up to $575.0 million, subject to availability and borrowing base limitations.

The DIP ABL Facility matures 12 months after the Interim Order Entry Date, or February 13, 2010. We may extend the maturity of the DIP ABL Facility by up to two consecutive three-month periods. In addition, the DIP ABL Facility may mature at an earlier date upon the effective date of a reorganization plan, the acceleration of the loans or termination of the commitments, including, without limitation, upon the occurrence, and continuance, if applicable, of an event of default under the DIP ABL Facility, or upon the maturity date of the DIP Term Facility.

We and certain of our U.S. and international subsidiaries are borrowers under the DIP ABL Facility. The availability of funds to the borrowers located in the United States, Canada and Europe is subject to a borrowing base for the United States, Canada and Europe, respectively, calculated on the basis of a predetermined percentage of the value of selected accounts receivable and U.S. and Canadian inventory, less certain ineligible amounts. Non-U.S. borrowers also have the ability to borrow under the DIP ABL Facility based on excess availability under the borrowing base applicable to U.S. borrowers, subject to certain sublimits. The DIP ABL Facility provides for the issuance of up to $75.0 million of letters of credit (with a $15.0 million limit for European letters of credit) by the U.S. and European borrowers as well as borrowings on same-day notice, referred to as swingline loans, and will be available in U.S. dollars, Canadian dollars, euros and certain other currencies.

Borrowings under the DIP ABL Facility bear interest at a rate equal to:

- in the case of borrowings in U.S. dollars, (a) a base rate determined by reference to the higher of (1) Deutsche Bank's prime lending rate, (2) the overnight federal funds rate plus 0.5%, (3) a base CD rate plus 0.5% or (4) a Eurodollar rate (adjusted for maximum reserves) determined by Deutsche Bank plus 1.0%, and (b) plus an applicable margin of 5.5%;

- in the case of borrowings in euros, a euro LIBOR rate determined by Deutsche Bank with a 3.0% floor, plus an applicable margin of 6.5%;

- in the case of borrowings in Canadian dollars, a Canadian prime rate with a 4.0% floor, plus an applicable margin of 5.5%.

In addition, upon the first extension of the maturity of the DIP ABL Facility, each applicable margin will increase by 1.00% per annum effective from and after the date that is 12 months following the Interim Order Entry Date, and upon the second extension of the maturity of the DIP ABL Facility, each applicable margin will increase by a further 1.00% per annum effective from and after the date that is 15 months following the Interim Order Entry Date.

In addition to paying interest on outstanding principal under the DIP ABL Facility, we are required to pay a commitment fee in respect of unutilized commitments of 1.0%. We must also pay letter of credit fees and agency fees under the DIP ABL Facility.

The DIP ABL Facility is subject to mandatory prepayment with: (i) 100% of the net cash proceeds from issuances of debt, other than debt permitted under the DIP ABL Facility; (ii) 100% of the net cash proceeds of certain asset sales; and (iii) 100% of the net cash proceeds from certain insurance and condemnation payments.

In addition, if at any time outstanding loans, unreimbursed letter of credit drawings and undrawn letters of credit under the DIP ABL Facility exceed the applicable borrowing base or commitments in effect at such time, we are required to repay outstanding loans or cash collateralize letters of credit in an aggregate amount equal to such excess, with no reduction of the commitment amount.

**ALERIS INTERNATIONAL, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**(in millions, except share data)**

We may voluntarily reduce the unutilized portion of the commitment amount and repay outstanding loans at any time without premium or penalty other than customary "breakage" costs with respect to Eurodollar and euro LIBOR loans.

There is no scheduled amortization under the DIP ABL Facility. The principal amount outstanding will be due and payable in full at maturity as described above.

The DIP ABL Facility is secured, subject to certain exceptions (including appropriate limitations in light of U.S. federal income tax considerations on guaranties and pledges of assets by foreign subsidiaries, and certain pledges of such foreign subsidiaries' stock, in each case to support loans to us or our domestic subsidiaries), by (i) a first-priority security interest in substantially all of our current assets and related intangible assets located in the United States, substantially all of the current assets and related intangible assets of substantially all of our wholly-owned domestic subsidiaries located in the United States, substantially all of our assets located in Canada as well as the assets of Aleris Switzerland GmbH (other than its inventory and equipment), (ii) a super second-priority security interest in substantially all our fixed assets located in the United States and substantially all of the fixed assets of substantially all of our wholly-owned domestic subsidiaries located in the United States, and (iii) the equity interests of certain of our foreign and domestic direct and indirect subsidiaries (including Aleris Deutschland Holding GmbH and Aleris Switzerland GmbH). The borrowers' obligations under the DIP ABL Facility will be guaranteed by certain of our existing and future direct and indirect subsidiaries. In addition, we will guarantee the obligations of the other borrowers under the DIP ABL Facility.

The DIP ABL Facility contains affirmative, negative and financial covenants substantially similar to those contained in the DIP Term Facility that, among other things and subject to certain exceptions, impose substantial burdens and restrictions on the financial and business operations of the Company and certain of its subsidiaries.

The DIP ABL Facility also contains events of default customary for DIP financings of this type.

CONSOLIDATED FINANCIAL STATEMENTS

Aleris International, Inc.

(Debtor-In-Possession)

As of and for the three and nine months ended September 30, 2009

**ALERIS INTERNATIONAL, INC**
**(DEBTOR-IN-POSSESSION)**

**Index to Consolidated Financial Statements**

| Index | Page Number |
|---|---|
| Consolidated Balance Sheets at September 30, 2009 and December 31, 2008.................................................. | 3 |
| Consolidated Statements of Operations for the three and nine months ended September 30, 2009 and 2008 | 4 |
| Consolidated Statements of Cash Flows for the nine months ended September 30, 2009 and 2008 ............... | 5 |
| Notes to Consolidated Financial Statements..................................................................................................... | 6 |

# ALERIS INTERNATIONAL, INC
## (DEBTOR-IN-POSSESSION)
## CONSOLIDATED BALANCE SHEETS
### (in millions, except share and per share data)

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 81.0 | $ 48.5 |
| Accounts receivable (net of allowances of $20.0 and $25.2 at September 30, 2009 and December 31, 2008) | 390.2 | 441.3 |
| Inventories | 429.7 | 583.7 |
| Deferred income taxes | 28.2 | 28.2 |
| Derivative financial instruments | 22.8 | 2.7 |
| Prepaid expenses and other current assets | 62.4 | 40.8 |
| **Total Current Assets** | 1,014.3 | 1,145.2 |
| Property, plant and equipment, net | 1,196.4 | 1,275.1 |
| Goodwill | 79.3 | 79.8 |
| Intangible assets, net | 84.7 | 115.8 |
| Deferred income taxes | 29.2 | 14.3 |
| Other assets | 27.3 | 45.8 |
| **Total Assets** | $ 2,431.2 | $ 2,676.0 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 229.0 | $ 401.4 |
| Accrued liabilities | 202.5 | 206.9 |
| Derivative financial instruments | - | 20.2 |
| Deferred income taxes | 28.5 | 28.5 |
| Current maturities of debt | 396.7 | 6.6 |
| Debt in default | 5.0 | 2,589.7 |
| Debtor-in-possession financing | 984.6 | - |
| **Total Current Liabilities** | 1,846.3 | 3,253.3 |
| Long-term debt | 3.9 | 4.0 |
| Deferred income taxes | 64.9 | 81.5 |
| Accrued pension benefits | 137.4 | 211.1 |
| Accrued postretirement benefits | - | 47.7 |
| Other long-term liabilities | 95.8 | 98.1 |
| **Total Long Term Liabilities** | 302.0 | 442.4 |
| **Liabilities subject to compromise** | 1,704.3 | - |
| **Stockholder's Deficit** | | |
| Preferred stock; par value $.01; 100 shares authorized; none issued | - | - |
| Common stock; par value $.01; 900 shares authorized and issued | - | - |
| Additional paid-in capital | 857.6 | 855.8 |
| Retained deficit | (2,304.4) | (1,876.0) |
| Accumulated other comprehensive income | 25.4 | 0.5 |
| **Total Stockholder's Deficit** | (1,421.4) | (1,019.7) |
| | $ 2,431.2 | $ 2,676.0 |

See Notes to Consolidated Financial Statements.

# ALERIS INTERNATIONAL, INC.
## (DEBTOR-IN-POSSESSION)
### CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited)
(in millions)

| | For the three months ended September 30, | | For the nine months ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Revenues | $ 815.6 | $ 1,583.1 | $ 2,157.3 | $ 4,857.8 |
| Cost of sales | 727.8 | 1,525.5 | 2,056.2 | 4,579.7 |
| Gross profit | 87.8 | 57.6 | 101.1 | 278.1 |
| Selling, general and administrative expenses | 55.5 | 82.3 | 188.5 | 238.0 |
| Restructuring and other charges | 17.5 | 61.3 | 73.1 | 75.1 |
| Impairment of intangible assets | - | - | 19.2 | - |
| (Gains) losses on derivative financial instruments | (17.5) | 143.0 | 12.5 | 82.6 |
| Operating income (loss) | 32.3 | (229.0) | (192.2) | (117.6) |
| Interest expense (contractual interest was $88.6 and $242.3 for the three and nine months ended September 30, 2009) | 58.2 | 58.2 | 165.3 | 171.9 |
| Interest income | - | (0.2) | - | (1.6) |
| Reorganization items, net | 8.0 | - | 114.2 | - |
| Other income, net | (7.4) | (4.1) | (19.4) | (7.5) |
| Loss from continuing operations before provision for income taxes | (26.5) | (282.9) | (452.3) | (280.4) |
| Benefit from income taxes | (3.6) | (86.3) | (23.9) | (83.5) |
| Loss from continuing operations | (22.9) | (196.6) | (428.4) | (196.9) |
| (Loss) income from discontinued operations, net of tax | - | (1.2) | - | 2.4 |
| Net loss | $ (22.9) | $ (197.8) | $ (428.4) | $ (194.5) |

See Notes to Consolidated Financial Statements.

## ALERIS INTERNATIONAL, INC.
### (DEBTOR-IN-POSSESSION)
### CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)
(in millions)

| | For the nine months ended September 30, | |
| --- | --- | --- |
| | 2009 | 2008 |
| **Operating activities** | | |
| Net loss | $ (428.4) | $ (194.5) |
| Less: Income from discontinued operations | - | 2.4 |
| Loss from continuing operations | (428.4) | (196.9) |
| Depreciation and amortization | 140.1 | 173.2 |
| Benefit from deferred income taxes | (31.0) | (91.8) |
| Reorganization items: | | |
| Charges | 114.2 | - |
| Payments | (20.3) | - |
| Restructuring and other charges: | | |
| Charges | 73.1 | 88.4 |
| Payments | (32.8) | (25.6) |
| Impairment of intangible assets | 19.2 | - |
| Stock-based compensation expense | 1.8 | 1.8 |
| Unrealized losses on derivative financial instruments | 6.4 | 74.1 |
| Foreign exchange impact on debt | (17.8) | - |
| Amortization of debt costs | 77.1 | 9.8 |
| Other non-cash charges, net | 3.2 | 2.1 |
| Change in operating assets and liabilities | 134.9 | (181.4) |
| **Net cash provided (used) by operating activities of continuing operations** | 39.7 | (146.3) |
| **Investing activities** | | |
| Sale of Zinc business | - | 278.0 |
| Purchase of businesses, net of cash acquired | - | (19.9) |
| Payments for property, plant and equipment | (52.9) | (107.6) |
| Proceeds from sale of property, plant and equipment | 7.2 | - |
| Other | 1.0 | 1.3 |
| **Net cash (used) provided by investing activities of continuing operations** | (44.7) | 151.8 |
| **Financing activities** | | |
| Proceeds from DIP ABL Facility | 771.4 | - |
| Payments on DIP ABL Facility | (834.5) | - |
| Net payments on revolving credit facilities | - | 15.8 |
| Proceeds from DIP Term Facility | 201.7 | - |
| Payments on long-term debt | (4.7) | (14.5) |
| Debt issuance costs | (89.5) | - |
| Increase in restricted cash | (7.1) | - |
| Other | - | (7.8) |
| **Net cash provided (used) by financing activities of continuing operations** | 37.3 | (6.5) |
| Effect of exchange rate differences on cash and cash equivalents | 0.2 | (1.5) |
| Cash flows provided by continuing operations | 32.5 | (2.5) |
| Cash flows of discontinued operations: | | |
| Operating cash flows | - | (23.7) |
| Cash and cash equivalents at beginning of period | 48.5 | 109.9 |
| **Cash and cash equivalents at end of period** | $ 81.0 | $ 83.7 |

See Notes to Consolidated Financial Statements.

ALERIS INTERNATIONAL, INC.
(DEBTOR IN POSSESSION)
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)
(in millions, except share data)

## 1. BASIS OF PRESENTATION

### General

The accompanying unaudited consolidated financial statements have been prepared in accordance with generally accepted accounting principles for interim financial information. Accordingly, they do not include all of the information and footnotes required by generally accepted accounting principles in the United States ("U.S. GAAP") for complete financial statements. In the opinion of management, all adjustments (consisting of normal recurring accruals) considered necessary for a fair presentation have been included. Operating results for the three and nine months ended September 30, 2009 are not necessarily indicative of the results that may be expected for the year ending December 31, 2009. Subsequent events have been evaluated through November 13, 2009, which represents the date the Consolidated Financial Statements were issued. During this period, there were no recognized subsequent events or non-recognized subsequent events requiring disclosure. The accompanying financial statements include the accounts of Aleris International, Inc. and all of its subsidiaries (collectively, except where the context otherwise requires, referred to as "we," "us," "our," "Company" or similar terms).

### Chapter 11 Bankruptcy Filing and Going Concern

On February 12, 2009 (the "Petition Date"), the Company and most of its wholly-owned U.S. subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 (collectively, the "Chapter 11 Petitions") of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court, District of Delaware (the "Bankruptcy Court"). The Debtors' cases (the "Bankruptcy Cases") are being jointly administered under Aleris International, Inc., Case No. 09-10478 (BLS). Certain of our U.S. subsidiaries and all of our foreign operations are not part of the Chapter 11 filing, and will continue to operate outside of the Chapter 11 process.

The Debtors are operating as "debtors in possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code. In general, the Debtors are authorized to continue to operate as ongoing businesses, but may not engage in transactions outside the ordinary course of business without the approval of the Bankruptcy Court. See Note 2 "Chapter 11 Reorganization Proceedings" for additional information.

The continuation of the Company as a going concern is contingent upon, among other things, the Debtors' ability (i) to comply with the terms and conditions of the DIP credit facilities; (ii) to obtain confirmation of a plan of reorganization under the Bankruptcy Code; (iii) to reduce unsustainable debt through the bankruptcy process; (iv) to return to profitability; (v) to generate sufficient cash flow from operations to fund working capital and debt service requirements; and (vi) to obtain financing sources to meet the Company's future obligations. These matters create uncertainty relating to the Company's ability to continue as a going concern. The accompanying Consolidated Financial Statements do not reflect any adjustments relating to the recoverability of assets and classification of liabilities that might result from the outcome of these uncertainties.

In addition, a plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements, which do not give effect to any adjustments to the carrying value of assets or amounts of liabilities that might be necessary as a consequence of confirmation of a plan of reorganization.

### Recent Accounting Pronouncements

In June 2009, the FASB issued Statement of Financial Accounting Standards ("SFAS") No. 168, "Accounting Standards Codification and the Hierarchy of Generally Accepted Accounting Principles." The FASB Accounting Standards Codification (the "Codification") has become the source of authoritative accounting principles recognized by the FASB to be applied by nongovernmental entities in the preparation of financial statements in accordance with U.S. GAAP. All existing accounting standard documents are superseded by the Codification and any accounting literature not included in the Codification will not be authoritative. However, rules and interpretive releases of the Securities and Exchange Commission (the "SEC") issued under the authority of the U.S. federal securities laws will continue to be authoritative sources on U.S. GAAP for SEC registrants. SFAS No. 168 is effective for interim and annual reporting periods ending after September 15, 2009. Therefore, beginning with

our quarter ended September 30, 2009, all U.S. GAAP references made in the Consolidated Financial Statements now use the new Codification numbering system. The Codification does not change or alter existing U.S. GAAP and, therefore, did not have an impact on the Company's results of operations or financial position.

In May 2009, the FASB issued amended accounting principles within Accounting Codification Statement ("ASC") 855 (formerly SFAS No. 165), "Subsequent Events." These amended accounting principles establish general standards of accounting for and disclosure of events that occur after the balance sheet date but before financial statements are issued and was effective for interim and annual periods ending after June 15, 2009. The Company adopted these amended principles during the second quarter 2009. See the "General" section above for ASC 855 required disclosures. The adoption had no impact on the Company's results of operations or financial position.

On January 1, 2009, the Company adopted certain amended accounting principles within ASC 820 (formerly SFAS No. 157), "Fair Value Measurements and Disclosures," as it relates to nonfinancial assets and nonfinancial liabilities that are not recognized or disclosed at fair value in the financial statements on at least an annual basis. These amended accounting principles define fair value, establish a framework for measuring fair value in U.S. GAAP, and expand disclosures about fair value measurements. These provisions apply to other accounting pronouncements that require or permit fair value measurements and are to be applied prospectively with limited exceptions. The amended provisions of ASC 820 have been applied when fair value measurements of a nonfinancial asset or nonfinancial liability have been required, which have resulted in fair value measurements that are different than would have been calculated prior to adoption.

On January 1, 2009, the Company adopted certain amended accounting principles within ASC 815 (formerly SFAS No. 161), "Derivative and Hedging." These amended accounting principles require enhanced disclosures about an entity's derivative and hedging activities, including (i) how and why an entity uses derivative instruments, (ii) how derivative instruments and related hedged items are accounted for, and (iii) how derivative instruments and related hedged items affect an entity's financial position, financial performance, and cash flows. Other than the required disclosures (see Note 13 "Derivative and Other Financial Instruments"), the adoption had no impact on the Company's results of operations or financial position.

On January 1, 2009, the Company adopted certain amended accounting principles within ASC 810 (formerly SFAS No. 160), "Consolidation." ASC 810 was amended to establish accounting and reporting standards for the noncontrolling interest in a subsidiary and for the deconsolidation of a subsidiary. This standard defines a noncontrolling interest, previously called a minority interest, as the portion of equity in a subsidiary not attributable, directly or indirectly, to a parent. ASC 810 requires, among other items, that a noncontrolling interest be included in the consolidated statement of financial position within equity separate from the parent's equity; consolidated net income to be reported at amounts inclusive of both the parent's and noncontrolling interest's shares and, separately, the amounts of consolidated net income attributable to the parent and noncontrolling interest all on the consolidated statement of operations; and if a subsidiary is deconsolidated, any retained noncontrolling equity investment in the former subsidiary be measured at fair value and a gain or loss be recognized in net income based on such fair value. The adoption had no impact on the Company's results of operations or financial position.

On January 1, 2009, the Company adopted certain amended accounting principles within ASC 805 (formerly SFAS No. 141(R)), "Business Combinations," which replaced the former SFAS No. 141, "Business Combinations," but retained the fundamental requirements in the former SFAS No. 141, including that the purchase method be used for all business combinations and for an acquirer to be identified for each business combination. This standard defines the acquirer as the entity that obtains control of one or more businesses in the business combination and establishes the acquisition date as the date that the acquirer achieves control instead of the date that the consideration is transferred. These amended accounting principles require an acquirer in a business combination, including business combinations achieved in stages (step acquisition), to recognize the assets acquired, liabilities assumed, and any noncontrolling interest in the acquiree at the acquisition date, measured at their fair values as of that date, with limited exceptions. It also requires the recognition of assets acquired and liabilities assumed arising from certain contractual contingencies as of the acquisition date, measured at their acquisition-date fair values. Additionally, ASC 805 requires acquisition-related costs to be expensed in the period in which the costs are incurred and the services are received instead of including such costs as part of the acquisition price. The adoption had no impact on the Company's previously completed acquisitions.

On January 1, 2009, the Company adopted certain amended accounting principles within ASC 350 (formerly FASB Staff Position (FSP) No. FAS 142-3), "Intangibles – Goodwill and Other." ASC 350 amends the factors that

should be considered in developing renewal or extension assumptions used to determine the useful life of a recognized intangible asset in order to improve the consistency between the useful life of a recognized intangible asset under ASC 350 and the period of expected cash flows used to measure the fair value of the asset under ASC 805 and other U.S. GAAP. The adoption had no impact on the Company's results of operations or financial position.

In December 2008, the FASB issued amended accounting principles within ASC 715 (formerly FSP No. FAS 132(R)-1), "Compensation – Retirement Benefits." The former SFAS No. 132(R), "Employers' Disclosures about Pensions and Other Postretirement Benefits," was amended to provide guidance on an employer's disclosures about plan assets of a defined benefit pension or other postretirement plan. This guidance is intended to ensure that an employer meets the objectives of the disclosures about plan assets in an employer's defined benefit pension or other postretirement plan to provide users of financial statements with an understanding of the following: how investment allocation decisions are made; the major categories of plan assets; the inputs and valuation techniques used to measure the fair value of plan assets; the effect of fair value measurements using significant unobservable inputs on changes in plan assets; and significant concentrations of risk within plan assets. ASC 715 becomes effective for the Company on December 31, 2009. As the amended principles within ASC 715 only require enhanced disclosures, management has determined that the adoption will not have an impact on the Company's results of operations or financial position.

## 2. CHAPTER 11 REORGANIZATION PROCEEDINGS

On February 12, 2009, the Debtors filed the Chapter 11 Petitions with the Bankruptcy Court. The Bankruptcy Cases are being jointly administered under Aleris International, Inc., Case No. 09-10478 (BLS). The Debtors are currently operating as debtors-in-possession pursuant to the Bankruptcy Code. Certain of our U.S. subsidiaries and all of our foreign operations are not part of the Chapter 11 filing, and will continue to operate outside of the Chapter 11 process.

Although there can be no assurance that we will be successful, our intent in filing for Chapter 11 protection is to use the powers afforded us under the Bankruptcy Code to effect a financial restructuring that results in a significant reduction in our total indebtedness on a basis that is fair and equitable to all of our economic stakeholders.

The provisions in ASC 852 (formerly the American Institute of Certified Public Accountants ("AICPA") Statement of Position 90-7), "Reorganizations," apply to the Debtors' financial statements for periods subsequent to the filing of the Chapter 11 Petitions, and distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business.

### Reorganization Initiatives

Due to the sharp deterioration in demand for our products in the automotive, housing, and general industrial products sectors, and the unprecedented decline in aluminum prices which limited our borrowing and liquidity capacity, we decided to seek Chapter 11 bankruptcy protection to restructure our operations and financial position. The objective of the bankruptcy filing is to provide relief from our burdensome pre-petition debt service obligations, which will allow us time to restructure our operations to the current low demand environment and reposition our business to create a more competitive foundation for the long term. Since the filing of the Chapter 11 Petitions, we have initiated certain restructuring initiatives as part of a restructuring of our global operations. These initiatives are expected to reduce manufacturing and overhead costs by reducing headcount, temporarily or permanently closing manufacturing facilities and consolidating back office functions and facilities. These initiatives are more fully described in Note 4 "Restructuring and Other Charges."

### Plan of Reorganization

Under the Bankruptcy Code, the Debtors initially had until June 12, 2009 the exclusive right to file a plan of reorganization in the Bankruptcy Cases. The Bankruptcy Code permits the Debtors to request the Bankruptcy Court to extend this "exclusive period" to up to 18 months after the Petition Date. With the consent of the Official Committee of Unsecured Creditors, the Debtors requested the Bankruptcy Court to extend this period an additional six months, to December 9, 2009, subject to further requests for an extension. The Bankruptcy Court granted such relief. We anticipate that substantially all of the Debtors' liabilities as of the Petition Date will be addressed and treated in accordance with such plan, which will be voted on by the creditors in accordance with the provisions of the Bankruptcy Code. Although the Debtors intend to file and seek confirmation of such a plan within the Debtors' exclusive period, there can be no assurance that they will be able to do so or that any plan that is filed will be

confirmed by the Bankruptcy Court and consummated. The Debtors' plan of reorganization could materially change the amounts and classification of items reported in our historical financial statements.

### Pre-petition Claims

Under Section 362 of the Bankruptcy Code, actions to collect most of the Debtors' pre-petition liabilities, including payments owing to vendors in respect of goods furnished and services provided prior to the Petition Date, are automatically stayed and other contractual obligations of the Debtors generally may not be enforced. The rights of and ultimate payments by the Debtors under pre-petition obligations will be addressed in a plan of reorganization and may be substantially altered. This could result in unsecured claims being compromised at less, and possibly substantially less, than 100% of their face value. For additional information, see heading, "Liabilities Subject to Compromise" below.

Section 365 of the Bankruptcy Code permits the Debtors to assume, assume and assign, or reject certain pre-petition executory contracts (including unexpired leases), subject to the approval of the Bankruptcy Court and certain other conditions. Rejection constitutes a court-authorized breach of the contract in question and, subject to certain exceptions, relieves the Debtors of future obligations under such contract but creates a deemed pre-petition claim for damages caused by such breach or rejection. Parties whose contracts are rejected may file claims against the rejecting Debtor for damages. Generally, the assumption, or assumption and assignment, of an executory contract requires the Debtors to cure all prior defaults under such executory contract and to provide adequate assurance of future performance. In this regard, the Company expects that additional liabilities subject to compromise and resolution in the Bankruptcy Cases may arise as a result of damage claims created by the Debtors' rejection of executory contracts. Conversely, the Company would expect that the assumption of certain executory contracts may convert existing liabilities shown as subject to compromise to liabilities not subject to compromise. Due to the uncertain nature of many of the potential claims, the Company is unable to project the magnitude of such claims with any degree of certainty at this time.

### Liabilities Subject to Compromise

The Debtors have been paying and intend to continue to pay undisputed postpetition claims in the ordinary course of business. However, as a result of the Chapter 11 Petitions, the payment of pre-petition indebtedness may be subject to compromise or other treatment under the plan of reorganization for the Debtors. Generally, actions to enforce or otherwise affect payment of pre-petition liabilities are stayed. Although pre-petition claims are generally stayed, at hearings held in February 2009, the Bankruptcy Court granted final approval of the Debtors' "first day" motions, generally designed to stabilize the Debtors' operations and covering, among other things, human capital obligations, supplier relations, customer relations, business operations, tax matters, cash management, utilities, case management and retention of professionals.

The Bankruptcy Court established September 15, 2009 as the bar date. The bar date is the date by which claims against the Debtors arising prior to the Petition Date must be filed if the claimants wish to receive any distribution in the Bankruptcy Cases. As part of the reorganization case, claims timely filed by the bar date will ultimately be reconciled against the amounts listed by the Debtors in their Schedules of Assets and Liabilities (as amended). To the extent that the Debtors object to any filed claims, the Bankruptcy Court will make the final determination as to the amount, nature, and validity of such claims. Moreover, the treatment of allowed claims against the Debtors will be determined pursuant to the terms of a Chapter 11 plan of reorganization approved by the Bankruptcy Court. Accordingly, the ultimate amount and treatment of such liabilities has not yet been determined. In addition, the Debtors may reject pre-petition executory contracts and unexpired leases with respect to the Debtors' operations, with the approval of the Bankruptcy Court. Damages resulting from rejection of executory contracts and unexpired leases are treated as general unsecured claims and will be classified as liabilities subject to compromise upon termination. Certain executory contracts were rejected during the nine months ended September 30, 2009, however, the amount of any damages associated with the rejection of those contracts is not determinable and will not be known until claims for such damages are approved by the Bankruptcy Court. Claims for damages resulting from the rejection of executory contracts and unexpired leases against the Debtors arising subsequent to the bar date must be filed within thirty days of the court approved rejection if the claimants wish to receive any distribution in the Bankruptcy Cases.

ASC 852 requires pre-petition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts or if U.S. GAAP would otherwise require them to be valued at lesser amounts. The amounts currently classified as liabilities subject to compromise may be subject to future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed

claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, or other events. "Liabilities subject to compromise" in the Consolidated Balance Sheet as of September 30, 2009 consist of the following:

|  | September 30, 2009 |
|---|---|
| Accounts payable | $ 105.3 |
| Accrued liabilities | 15.9 |
| Derivative financial instruments | 98.9 |
| Senior notes, net of discount of $14.5 | 583.5 |
| Senior subordinated notes, net of discount of $13.6 | 385.4 |
| 9% new senior notes, net of discount of $6.8 | 98.6 |
| Term Loan Facility, net of discount of $7.0 | 285.2 |
| Interest payable | 18.6 |
| Accrued pension benefits | 43.9 |
| Accrued postretirement benefits | 47.0 |
| Other liabilities | 22.0 |
| **Total liabilities subject to compromise** | $ 1,704.3 |

*Reorganization Items*

Professional advisory fees and other costs directly associated with our reorganization are reported separately as reorganization items pursuant to ASC 852. Reorganization items also include provisions and adjustments to record the carrying value of certain pre-petition liabilities at their estimated allowable claim amounts as well as the impact of the liquidation of Canada LP.

The reorganization items in the Consolidated Statement of Operations for the three and nine months ended September 30, 2009 consisted of the following items:

|  | For the three months ended September 30, 2009 | For the nine months ended September 30, 2009 |
|---|---|---|
| **Reorganization items** |  |  |
| Professional fees | $ 7.7 | $ 27.0 |
| Write off of Revolving Credit Facility deferred financing costs | - | 6.8 |
| Derivative financial instruments valuation adjustment | - | 88.1 |
| Liquidation of Canada LP | 0.4 | (6.7) |
| U.S. Trustee Fees | 0.2 | 0.4 |
| Gain on settlement of pre-petition claims | (0.3) | (1.4) |
| **Total reorganization items** | $ 8.0 | $ 114.2 |

For the three and nine months ended September 30, 2009, reorganization items resulted in approximately $6.3 and $20.3, respectively, of cash paid for professional fees and U.S. Trustee Fees. Professional fees paid directly related to the reorganization include deposits and fees associated with advisors to the Debtors.

*DIP Financing*

To fund our global operations during the restructuring, we have secured $1,075.0 of debtor-in-possession ("DIP") financing. The DIP credit facilities include a new $500 equivalent term loan credit agreement ($448.3 plus €40.4) (the "DIP Term Facility") and a new $575 asset-backed revolving credit agreement (the "DIP ABL Facility") that replaces our previous Revolving Credit Facility. These will be used to fund our normal operating and working capital requirements, including employee wages and benefits, supplier payments, and other operating expenses during the reorganization process. We believe that the DIP credit facilities provide sufficient funds for the reorganization effort under Chapter 11. See Note 6 "Financing Agreements" for additional information.

*Amendments to Credit Facilities*

The filing of the Chapter 11 Petitions (other than as described below) constituted an event of default under our debt obligations, including under the Revolving Credit Facility and Term Loan Facility (collectively, the "Credit Facilities") and the Senior Notes, Senior Subordinated Notes and the 9% New Senior Notes (collectively, the "Notes"), which became automatically and immediately due and payable, although any actions to enforce such

payment obligations are stayed as a result of the Chapter 11 Petitions. As a result, all of the amounts outstanding under the Credit Facilities, the Notes and certain other debt instruments, for which the Chapter 11 triggered an event of default, were classified as current liabilities in the Consolidated Balance Sheet as of December 31, 2008. As of September 30, 2009, the Notes and the amounts borrowed in the U.S. under the Term Loan Facility (excluding loans rolled-up and refinanced as part of the DIP Term Facility) have been reclassified as "Liabilities subject to compromise" in the Consolidated Balance Sheet as discussed below. The amounts borrowed in Europe under the Term Loan Facility have been reclassified to "Current maturities of debt" in the Consolidated Balance Sheet as the forbearance agreement discussed below will terminate upon the maturity of the DIP Credit Facilities. The Revolving Credit Facility was replaced with the DIP ABL Facility which has been classified, along with the DIP Term Facility, as a current liability as both facilities mature on February 12, 2010. See Note 6 "Financing Agreements" for additional information.

On February 10, 2009, we and our subsidiaries party thereto, entered into a third amendment (the "Third Amendment") to the Revolving Credit Facility and a second amendment (the "Second Amendment" and, together with the Third Amendment, the "Pre-petition Amendments") to the Term Loan Facility to facilitate the ongoing operating ability of our European and Canadian subsidiaries and to facilitate obtaining the DIP financing. Among other things, the lenders under the Pre-petition Amendments agreed to forbear and waive certain remedies available to them with respect to the non-Debtors party to the Pre-petition Credit Facilities, including the right to accelerate the obligations thereunder, as a result of certain events of default that occurred under the Pre-petition Credit Facilities prior to or as a direct result of the Chapter 11 Petitions. The Pre-petition Amendments also permitted us and our subsidiaries to incur additional debt and grant new super-priority liens to secure such debt under the DIP Term Facility and the DIP ABL Facility in connection with the Chapter 11 Petitions. On March 20, 2009, we entered into the DIP ABL Facility, which amended, restated and replaced the Revolving Credit Facility and all outstanding borrowings thereunder. The Term Loan Facility, as amended by the Second Amendment, remains in place, and borrowings thereunder, to the extent not rolled up into the DIP Term Facility, remain outstanding. See Note 6 "Financing Agreements" for additional information.

### Canadian Assignment in Bankruptcy

On March 30, 2009, Aleris Aluminum Canada S.E.C./Aleris Aluminum Canada, L.P. ("Canada LP"), one of our Canadian subsidiaries, filed a voluntary assignment in bankruptcy (the "Assignment") pursuant to the *Bankruptcy and Insolvency Act* (Canada) in order to effect an orderly liquidation of Canada LP's assets, property and undertaking. RSM Richter Inc. has been appointed as trustee in the bankruptcy of Canada LP. The Assignment constituted a default under the DIP ABL Facility; however, the DIP ABL Facility provides that the lenders thereunder will not exercise any of their rights and remedies with respect to such default against any of the credit parties to the DIP ABL Facility (other than Canada LP). The Assignment did not constitute a default under the DIP Term Facility. As a result of the Assignments, all of the assets and liabilities of Canada LP have been removed from the Consolidated Balance Sheet as of September 30, 2009 except for $1.9 outstanding under the DIP ABL Facility. While the Company, as a secured creditor, is entitled to receive $9.4 from the proceeds the trustee may generate from the sale of the assets of Canada LP, due to the uncertainty surrounding the trustee's ability to realize proceeds sufficient enough to repay the Company or the other secured creditors of Canada LP, the secured claim has not been recognized in the Consolidated Balance Sheet. Any cash received from the trustee will be recognized as a credit within "Reorganization items, net" in the Consolidated Statement of Operations.

## 3. DEBTOR FINANCIAL STATEMENTS

### Condensed Combined Debtors-in-Possession Financial Statements

The financial statements contained within this note represent the condensed combined financial statements for the Debtors only. The Company's non-Debtor subsidiaries are treated as non-consolidated subsidiaries in these financial statements and as such their net income (loss) is included as "Equity income (loss) from non-Debtor affiliates, net of tax" in the Statement of Operations and their net assets are included as "Investments in non-Debtor affiliates" in the Balance Sheet. The Debtors' financial statements contained herein have been prepared in accordance with the guidance in ASC 852.

### Intercompany Transactions

Intercompany transactions between Debtors have been eliminated in the financial statements contained herein. Intercompany transactions between the Debtors and non-Debtor subsidiaries have not been eliminated in the Debtors' financial statements. Therefore, "Reorganization items, net" included in the Debtors' Statement of

11

Operations, "Liabilities subject to compromise" included in the Debtors' Balance Sheet, and "Reorganization items, net" included in the Debtors' Statement of Cash Flows differ from the amounts included in the Company's Consolidated Financial Statements.

## CONDENSED COMBINED DEBTOR-IN-POSSESSION
### BALANCE SHEET
### (Unaudited)
### (in millions)

|  | September 30, 2009 |
|---|---|
| **Current Assets** | |
| Cash and cash equivalents | $ 15.9 |
| Accounts receivable (net of allowances of $7.1) | 148.1 |
| Inventories | 152.9 |
| Receivable from non-debtor affiliates | 145.7 |
| Derivative financial instruments | 17.3 |
| Prepaid expenses and other current assets | 29.4 |
| **Total Current Assets** | 509.3 |
| Property, plant and equipment, net | 299.0 |
| Goodwill | 79.4 |
| Intangible assets, net | 58.9 |
| Other assets | 20.9 |
| Investments in non-Debtor affiliates | 824.9 |
| **Total Assets** | $ 1,792.4 |
| | |
| **Current Liabilities** | |
| Accounts payable | $ 60.4 |
| Accrued liabilities | 82.4 |
| Deferred income taxes | 3.5 |
| Debt in default | 5.0 |
| Debtor-in-possession financing | 822.7 |
| **Total Current Liabilities** | 974.0 |
| Deferred income taxes | 17.1 |
| Long term debt | - |
| Other long-term liabilities | 28.7 |
| **Total Long Term Liabilities** | 45.8 |
| Liabilities subject to compromise (including payables to non-Debtor affiliates of $489.7) | 2,194.0 |
| **Stockholder's Deficit** | (1,421.4) |
| **Total Liabilities and Stockholder's Deficit** | $ 1,792.4 |

## CONDENSED COMBINED DEBTOR-IN-POSSESSION
## STATEMENT OF OPERATIONS
### (Unaudited)
### (in millions)

| | For the three months ended September 30, 2009 | For the nine months ended September 30, 2009 |
|---|---:|---:|
| Revenues | $ 342.2 | $ 899.9 |
| Cost of sales | 297.4 | 832.3 |
| Gross profit | 44.8 | 67.6 |
| Selling, general and administrative expenses | 20.7 | 73.9 |
| Restructuring and other charges | 14.2 | 30.5 |
| Impairment of intangible assets | - | 19.2 |
| Losses on derivative financial instruments | 3.6 | 30.9 |
| Operating income (loss) | 6.3 | (86.9) |
| Interest expense (contractual interest was $86.7 and $237.1 for the three and nine months ended September 30, 2009) | 56.3 | 160.1 |
| Reorganization items, net | 6.9 | 125.2 |
| Other expense, net | 9.3 | 26.9 |
| Loss from Debtors operations before benefit from income taxes and equity income (loss) | (66.2) | (399.1) |
| Benefit from income taxes | (9.4) | (7.7) |
| Loss from Debtors operations before equity income (loss) | (56.8) | (391.4) |
| Equity income (loss) from non-Debtor affiliates, net of tax | 33.9 | (37.0) |
| Net loss | $ (22.9) | $ (428.4) |

## CONDENSED COMBINED DEBTOR-IN-POSSESSION
## STATEMENT OF CASH FLOWS
### (Unaudited)
### (in millions)

| | For the nine months ended September 30, 2009 |
|---|---:|
| **Net cash used by operating activities** | (26.6) |
| **Investing activities** | |
| Payments for property, plant and equipment | (5.8) |
| Proceeds from sale of property, plant and equipment | 1.5 |
| Other | 0.3 |
| **Cash used by investing activities** | (4.0) |
| **Financing activities** | |
| Proceeds from DIP ABL Facility | 661.8 |
| Payments on DIP ABL Facility | (757.7) |
| Proceeds from DIP Term Facility | 165.1 |
| Payments on long-term debt | (0.1) |
| Debt issuance costs | (82.2) |
| Net transfers with non-Debtor affiliates | 56.6 |
| **Net cash provided by financing activities** | 43.5 |
| **Cash and cash equivalents at beginning of period** | 3.0 |
| **Cash and cash equivalents at end of period** | $ 15.9 |

## 4. RESTRUCTURING AND OTHER CHARGES

During the three and nine months ended September 30, 2009, we recorded restructuring and other charges of $17.5 and $73.1, respectively, of which $16.5 and $31.9 were non-cash related and $1.0 and $41.2 were cash related. The charges primarily resulted from the following restructuring initiatives:

- We recorded $0.2 and $30.4 of cash and $2.8 and $7.7 of non-cash restructuring charges during the three and nine months ended September 30, 2009, respectively, associated with the continued restructuring of our European operations. These charges consisted of the following:

  - During the second quarter, we announced a reduction in force at our Duffel, Belgium and Vogt, Germany facilities and the substantial closure of our extrusions operations in Duffel. These restructuring initiatives eliminated approximately 500 positions in Duffel and approximately 100 positions in Vogt. Employee termination benefits consist of one-time severance and outplacement costs as well as pre-pension benefits totaling $28.8. The severance and outplacement benefits of $23.3 were accounted for in accordance with ASC 712 (formerly SFAS No. 112) "Compensation - Nonretirement Postemployment Benefits." The pre-pension benefits were offered pursuant to a one-time benefit arrangement and will be paid over a 13 year period. As a result, the fair value of the $13.3 of total benefits to be paid was determined by discounting the future payment stream using a credit-adjusted risk free rate in accordance with ASC 420 (formerly SFAS No. 146) "Exit or Disposal Cost Obligations." This resulted in a charge of $5.5 being recorded in the second quarter of 2009. During the three months ended September 30, 2009, $0.2 of additional expense was recorded relating to these reduction in force initiatives. Additional amounts, representing the growth of the liability over time, will be recorded as restructuring charges in future periods.

  - In addition to these employee termination benefits, a non-cash impairment charge of $4.9 was recorded in the second quarter related to the substantial closure of the extrusions operations in Duffel. The impairment was based on the determination that the cash flows expected to be realized from the affected assets would not be sufficient to recover their carrying value. The extent of the impairment charge was based upon a third party appraisal of the fair value of those assets.

  - During the three and nine months ended September 30, 2009 we also recorded $2.8 of other non-cash impairment charges relating to the Company's European operations.

  - Other work force reductions across the European operations resulted in the recording of $1.4 of employee termination benefits in the nine months ended September 30, 2009.

- We recorded $0.3 and $4.7 of cash and $13.2 and $18.7 of non-cash restructuring charges during the three and nine months ended September 30, 2009, respectively, related to the 2008 shutdown of our Toronto and Cap de la Madeleine, Canada operations, the 2009 shutdown of our Terre Haute, Indiana and Richmond, Virginia facilities and work force reductions at various other facilities included within our Rolled Products North America segment. Production at these closed facilities has been transferred to other facilities and all of the affected employees have left their positions as of September 30, 2009. Impairment charges related to our Richmond, Virginia facility accounted for $13.1 of the non-cash charges recorded during the three months ended September 30, 2009. We based the determination of the impairments of these assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value, as determined by an independent third party appraisal. Cash restructuring costs included the costs to move assets to other facilities, severance costs, plant closure costs, contract cancellation costs and other exit costs. In addition to the charges described above, in the second quarter of 2009 our Terre Haute facility recorded inventory impairment charges attributable to the closure of $1.0 which have been included within "Cost of sales" in the Consolidated Statement of Operations.

- We recorded $0.2 and $2.1 of cash restructuring charges and $0.5 and $6.6 of non-cash asset impairment charges during the three and nine months ended September 30, 2009, respectively, primarily related to

the 2008 shutdown of our operations in Shelbyville and Dickson, Tennessee, Tipton, Indiana and Guelph, Ontario, all of which are within our Recycling and Specification Alloys Americas Segment. Production at these facilities has been transferred to other facilities and all of the affected employees have left their positions as of September 30, 2009. We based the determination of the impairments of the assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value. Cash restructuring costs included the costs to move assets to other facilities, severance costs, plant closure costs, contract cancellation costs and other exit costs.

The following table presents the activity and reserve balances associated with our restructuring programs for the nine months ended September 30, 2009:

| For the nine months ended September 30, 2009 | Employee severance and benefit costs | Asset Impairments | Exit Costs | Total |
|---|---|---|---|---|
| Balance at December 31, 2008 | $ 17.1 | $ - | $ 1.3 | $ 18.4 |
| Charges recorded in the statement of operations | 37.9 | 31.0 | 4.2 | 73.1 |
| Cash payments | (30.0) | - | (3.3) | (33.3) |
| Non-cash charges | (0.4) | (31.0) | (0.5) | (31.9) |
| Liquidation of Canada LP | (0.5) | - | (0.6) | (1.1) |
| Translation and other charges | - | - | (0.5) | (0.5) |
| Balance at September 30, 2009 | $ 24.1 | $ - | $ 0.6 | $ 24.7 |

During the three and nine months ended September 30, 2008, we recorded restructuring and other charges totaling approximately $61.3 and $75.1, respectively, of which approximately $34.3 and $40.1 were non-cash related and approximately $27.0 and $35.0 were cash related. The charges primarily resulted from the following activities:

On July 12, 2008, we announced that the permanent closure of the Global Rolled and Extruded Products segment's Cap de la Madeleine, Quebec aluminum rolling mill facility would occur following an orderly shut down of all remaining activities at the facility because of the permanent and irreparable damage suffered by the operations as a result of labor issues. We had been engaged in negotiations and discussions regarding a new collective bargaining agreement for many months with representatives of the union representing production and maintenance workers at the facility. The union failed to ratify a new agreement during these negotiations and ultimately rejected our final proposal for a new collective bargaining agreement twice in July 2008. Substantially all production at this facility ceased in September 2008.

We recorded charges of $53.7 related to the closure within "Restructuring and other charges" as well as $13.3 within "Cost of sales" in the Consolidated Statement of Operations during the three and nine months ended September 30, 2008. These charges consisted of the following:

- Asset impairment charges of approximately $29.1 relating to property, plant and equipment. We based the determination of the impairments of these assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value, as determined by an independent third party appraisal;
- Employee severance, health care continuation, and outplacement costs of $3.3 associated with approximately 90 hourly and salaried employees. The majority of all affected personnel have left their positions as of September 30, 2008;
- Curtailment charges relating to defined benefit pension and other postemployment benefit plans of $12.8 covering the affected employees;
- Other closure related charges of $8.5 related primarily to derivative and other contract terminations and costs associated with environmental remediation efforts required as a result of the closure; and
- In addition to these charges, all of which are included within "Restructuring and other charges", we recorded inventory impairment charges and excess production costs attributable to the closure of $13.3 which have been included within "Cost of sales" in the Consolidated Statement of Operations.

We recorded $1.1 and $7.3 of cash restructuring charges and $0.2 and $0.6 of non-cash asset impairment charges during the three and nine months ended September 30, 2008, respectively, primarily related to the shutdown of our Toronto, Canada and Bedford, Ohio coil coating facilities within the Global Rolled and Extruded Products

segment. Production at these facilities has been transferred to other facilities and all of the affected employees have left their positions as of September 30, 2008. We closed our ALSCO divisional headquarters in Raleigh, North Carolina. We based the determination of the impairments of the assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value. Cash restructuring costs included the costs to move assets to other facilities, severance costs and contract cancellation costs. We also recorded a non-cash asset impairment charge of $1.2 during the nine months ended September 30, 2008 at our Koblenz, Germany facility.

We recorded $1.5 and $2.6 of cash restructuring charges and $4.7 and $8.9 of non-cash asset impairment charges during the three and nine months ended September 30, 2008, respectively, primarily related to the shutdown of our operations in Shelbyville, Rockwood and Dickson, Tennessee, and Guelph, Ontario, all of which were within our Global Recycling segment. Production at these facilities has been transferred to other facilities and all of the affected employees have left their positions as of September 30, 2008. We based the determination of the impairments of the assets on the undiscounted cash flows expected to be realized from the affected assets and recorded the related assets at fair value. Cash restructuring costs included the costs to move assets to other facilities, severance costs and contract cancellation costs.

## 5. INVENTORIES

The components of our consolidated Inventories are:

|  | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Finished goods | $ 116.8 | $ 203.1 |
| Raw materials | 140.0 | 168.9 |
| Work in process | 137.6 | 173.8 |
| Supplies | 35.3 | 37.9 |
|  | $ 429.7 | $ 583.7 |

## 6. FINANCING AGREEMENTS

Our debt is summarized as follows:

|  | September 30, 2009 | | December 31, 2008 | |
|---|---|---|---|---|
|  | Subject to compromise | Debt | Subject to compromise | Debt |
| DIP Term Facility, net of discount of $17.5 at September 30, 2009, including $561.4 of Roll-Up Loans | $ - | $ 746.9 | $ - | $ - |
| DIP ABL Facility | - | 237.7 | - | - |
| Revolving Credit Facility | - | - | - | 287.3 |
| Term Loan Facility, net of discount of $7.0 and $19.5 at September 30, 2009 and December 31, 2008, respectively | 285.2 | 389.0 | - | 1,203.8 |
| 9% Senior Notes, due December 15, 2014, net of discount of $14.5 and $8.9 at September 30, 2009 and December 31, 2008, respectively | 583.5 | - | - | 589.1 |
| 9% New Senior Notes, due December 15, 2014, net of discount of $6.8 at September 30, 2009 and December 31, 2008, respectively | 98.6 | - | - | 98.6 |
| 10% Senior Subordinated Notes, due December 15, 2016, net of discount of $13.6 and $9.3 at September 30, 2009 and December 31, 2008, respectively | 385.4 | - | - | 389.7 |
| Other | 15.8 | 16.6 | - | 31.8 |
| Total Debt | $ 1,368.5 | 1,390.2 | $ - | 2,600.3 |
| Less: Amount reclassified to current liabilities for debt in default |  | 5.0 |  | 2,589.7 |
| Less: Debtor-in-possession financing |  | 984.6 |  | - |
| Less: Current maturities |  | 396.7 |  | 6.6 |
| Long-term debt |  | $ 3.9 |  | $ 4.0 |

***DIP Term Facility***

Pursuant to the Interim Order (the "Interim Order") of the Bankruptcy Court, dated as of February 13, 2009, the Bankruptcy Court approved the DIP Term Facility, among the Company, Aleris Deutschland Holding GmbH (the "German Borrower") and Aleris Aluminum Duffel BVBA (the "Belgian Borrower"), as borrowers, the lenders party thereto from time to time, and Deutsche Bank AG New York Branch, as administrative agent and collateral agent. The DIP Term Facility was amended and restated on March 19, 2009 and was approved pursuant to the Final Order (the "Final Order") of the Bankruptcy Court. The DIP Term Facility was subsequently amended on May 12, 2009 and June 29, 2009. The DIP Term Facility provides for borrowings of up to an aggregate principal amount not to exceed approximately $448.3 plus €40.4 of new money term loans (the "NM Loans"). We incurred $68.9 of fees and expenses associated with DIP Term Facility (including $17.5 which will be paid upon emergence from bankruptcy), which will be charged to interest expense over the remaining term of the facility.

In addition, pursuant to the terms of the DIP Term Facility, a lender under the Term Loan Facility that (1) committed new money to the DIP Term Facility and executed the Second Amendment was permitted to designate a principal amount of its outstanding term loans under the Term Loan Facility up to an amount equal to its new money commitments to the DIP Term Facility plus 5% of its outstanding term loans under the Term Loan Facility, to be "rolled up" and refinanced under the DIP Term Facility or (2) executed the Second Amendment but did not commit new money to the DIP Term Facility was permitted to "roll up" and refinance an amount equal to 5% of its outstanding term loans under the Term Loan Facility (collectively, the "Roll-Up Loans"). As consideration to the lenders under the Term Loan Facility that provided Roll-Up Loans, the Roll-Up Loans have the benefit of security interests in the collateral securing the Term Loan Facility with a priority ahead of the outstanding term loans under the Term Loan Facility but behind the super-priority security interests in the collateral securing the DIP Term Facility. The Roll-Up Loans totaled $561.4, including interest paid-in-kind, and are included within "Debtor-in-possession financing" in the Consolidated Balance Sheet. The NM Loans and the Roll-Up Loans are both governed by the DIP Term Facility.

The DIP Term Facility matures on February 12, 2010. We may extend the maturity of the DIP Term Facility by up to two consecutive three-month periods. The Company is required to pay an extension fee to the lenders in an amount equal to 1.0% of the outstanding NM Loans, plus any undrawn commitments immediately after giving affect to any and each such extension. In addition, the DIP Term Facility may mature at an earlier date upon the effective date of a reorganization plan or the acceleration of the loans upon the occurrence, and continuance, if applicable, of an event of default in accordance with the terms of the DIP Term Facility.

Borrowings of NM Loans under the DIP Term Facility bear interest at:

- in the case of borrowings in U.S. dollars, the applicable Eurodollar rate (subject to a 3% floor) plus a margin of 10.0% per annum; and

- in the case of borrowings in euros, the euro LIBOR rate (subject to a 3% floor) plus a margin of 6.00% per annum.

Borrowings constituting Roll-Up Loans under the DIP Term Facility bear interest at:

- in the event that accrued interest on the Roll-Up Loans is required to be paid in cash, 10.0% per annum; or

- otherwise, 12.5% per annum.

The DIP Term Facility is subject to mandatory prepayment with: (i) 100% of the net cash proceeds from issuances of debt, other than debt permitted under the DIP Term Facility; (ii) 100% of the net cash proceeds of certain asset sales; and (iii) 100% of the net cash proceeds from certain insurance and condemnation payments.

We may voluntarily repay outstanding loans at any time provided that new NM Loans must be repaid in full prior to any voluntary repayment of Roll-Up Loans, and provided further that Roll-Up Loans may be repaid without premium or penalty.

Upon each reduction of undrawn commitments (other than by reason of a borrowing) and upon each repayment or prepayment of the NM Loans, the Company is required to pay the lenders of the NM Loans a fee in an amount equal to 3.5% of (i) the amount of the reduction of such commitments or (ii) the amount of principal of such NM Loans repaid or prepaid.

There is no scheduled amortization under the DIP Term Facility. The principal amount outstanding will be due and payable in full at maturity, subject to mandatory prepayments described above.

The DIP Term Facility is secured, subject to certain exceptions, by (i) a super first-priority security interest in substantially all our fixed assets located in the United States, substantially all of the fixed assets of substantially all of our wholly-owned domestic subsidiaries located in the United States, and substantially all of the assets of Aleris Deutschland Holding GmbH and certain of its subsidiaries, (ii) a super second-priority security interest in all collateral pledged by us and substantially all of our wholly-owned domestic subsidiaries on a first-priority basis to lenders under the DIP ABL Facility located in the United States, and (iii) the equity interests of certain of our foreign and domestic direct and indirect subsidiaries (including Aleris Deutschland Holding GmbH, Aleris Aluminum Duffel BVBA and Aleris Switzerland GmbH). In addition to the security described above, the obligations of the German Borrower under the DIP Term Facility are also secured by a $90.0 land charge and mortgage on certain real estate located in Koblenz, Germany and Bonn, Germany, and the obligations of the Belgian Borrower under the DIP Term Facility are secured by a mortgage on certain real estate located in Duffel, Belgium as well as a floating charge in certain inventory of the Belgian Borrower and its subsidiaries located in Belgium. The borrowers' obligations under the DIP Term Facility are and will be guaranteed by certain of our existing and future direct and indirect subsidiaries. In addition, we guarantee the obligations of Aleris Deutschland Holding GmbH and Aleris Aluminum Duffel BVBA under the DIP Term Facility.

The DIP Term Facility contains a number of affirmative, negative and financial covenants that, among other things and subject to certain exceptions, impose substantial burdens and restrictions on the financial and business operations of the Company and certain of its subsidiaries. The negative covenants restrict the ability of the Company and its subsidiaries to, among others, incur additional indebtedness, pay dividends on capital stock and make other restricted payments, make investments and acquisitions, engage in transactions with affiliates, sell assets, merge and create liens. The financial covenants require the Company and certain of its subsidiaries to satisfy certain operating cash flow projections on a company wide basis and on a European operations basis, limit the amount of capital expenditures the Company and certain of its subsidiaries can make on a Americas operations basis and on a European operations basis, and require the Company and certain of its subsidiaries to meet certain minimum EBITDA thresholds on a Americas operations basis and on a European operations basis.

The DIP Term Facility also contains events of default customary for DIP financings of this type.

### DIP ABL Facility

Pursuant to the Final Order, the Bankruptcy Court approved the DIP ABL Facility, which we entered into on March 20, 2009 and which amended and restated the Revolving Credit Facility, among the Company, Aleris Aluminum Canada S.E.C./Aleris Aluminum Canada L.P., Aleris Specification Alloy Products Canada Company, Aleris Switzerland GmbH, and all U.S. and certain Canadian subsidiaries of the Company, as borrowers, the lenders party thereto from time to time, Deutsche Bank AG New York Branch, as administrative agent, Deutsche Bank AG New York Branch, Bank of America, N.A. and Wachovia Bank, National Association, as co-collateral agents, Bank of America, N.A. and General Electric Capital Corporation, as syndication agents, and Keybank National Association and Wachovia Bank, National Association, as co-documentation agents. The DIP ABL Facility was subsequently amended on June 29, 2009. The DIP ABL Facility provides for borrowings of up to $575.0, subject to availability and borrowing base limitations. The amendment and restatement of the Revolving Credit Facility constituted an extinguishment of that facility under U.S. GAAP. As a result, the Company recorded a $6.8 loss on extinguishment of debt within "Reorganization items, net" in the Consolidated Statement of Operations in the nine months ended September 30, 2009. We incurred $34.6 of fees and expenses associated with DIP ABL Facility, which will be charged to interest expense over the remaining term of the facility.

The DIP ABL Facility matures 12 months after the date of the Interim Order, or February 12, 2010. We may extend the maturity of the DIP ABL Facility by up to two consecutive three-month periods. In addition, the DIP ABL Facility may mature at an earlier date upon the effective date of a reorganization plan, the acceleration of the loans or termination of the commitments, including, without limitation, upon the occurrence, and continuance, if applicable, of an event of default under the DIP ABL Facility, or upon the maturity date of the DIP Term Facility.

We and certain of our U.S. and international subsidiaries are borrowers under the DIP ABL Facility. The availability of funds to the borrowers located in the United States, Canada and Europe is subject to a borrowing base for the United States, Canada and Europe, respectively, calculated on the basis of a predetermined percentage of the value of selected accounts receivable and U.S. and Canadian inventory, less certain ineligible amounts. Non-U.S. borrowers also have the ability to borrow under the DIP ABL Facility based on excess availability under the

borrowing base applicable to U.S. borrowers, subject to certain sublimits. The DIP ABL Facility provides for the issuance of up to $75.0 of letters of credit (with a $15.0 limit for European letters of credit) by the U.S. and European borrowers as well as borrowings on same-day notice, referred to as swingline loans, and will be available in U.S. dollars, Canadian dollars, euros and certain other currencies.

Borrowings under the DIP ABL Facility bear interest at a rate equal to:

- in the case of borrowings in U.S. dollars, (a) a base rate determined by reference to the higher of (1) Deutsche Bank's prime lending rate, (2) the overnight federal funds rate plus 0.5%, (3) a base CD rate plus 0.5%, (4) a Eurodollar rate (adjusted for maximum reserves) determined by Deutsche Bank plus 1.0% or (5) 4.0% and (b) an applicable margin of 5.5%;

- in the case of borrowings in euros, a euro LIBOR rate determined by Deutsche Bank with a 3.0% floor, plus an applicable margin of 6.5%; and

- in the case of borrowings in Canadian dollars, a Canadian prime rate with a 4.0% floor, plus an applicable margin of 5.5%.

In addition, upon the first extension of the maturity of the DIP ABL Facility, each applicable margin will increase by 1.00% per annum effective from and after the date that is 12 months following the Interim Order, and upon the second extension of the maturity of the DIP ABL Facility, each applicable margin will increase by a further 1.00% per annum effective from and after the date that is 15 months following the date of the Interim Order.

In addition to paying interest on outstanding principal under the DIP ABL Facility, we are required to pay a commitment fee in respect of unutilized commitments of 1.0%. We must also pay letter of credit fees and agency fees under the DIP ABL Facility.

The DIP ABL Facility is subject to mandatory prepayment with: (i) 100% of the net cash proceeds from issuances of debt, other than debt permitted under the DIP ABL Facility; (ii) 100% of the net cash proceeds of certain asset sales; and (iii) 100% of the net cash proceeds from certain insurance and condemnation payments.

In addition, if at any time outstanding loans, unreimbursed letter of credit drawings and undrawn letters of credit under the DIP ABL Facility exceed the applicable borrowing base or commitments in effect at such time, we are required to repay outstanding loans or cash collateralize letters of credit in an aggregate amount equal to such excess, with no reduction of the commitment amount. As of September 30, 2009, we estimate that our borrowing base would have supported borrowings of $371.9. After giving effect to the $236.0 of outstanding borrowings as well as outstanding letters of credit of $38.5, we had $97.4 available for borrowing as of September 30, 2009.

We may voluntarily reduce the unutilized portion of the commitment amount and repay outstanding loans at any time without premium or penalty other than customary "breakage" costs with respect to Eurodollar and euro LIBOR loans.

There is no scheduled amortization under the DIP ABL Facility. The principal amount outstanding will be due and payable in full at maturity as described above.

The DIP ABL Facility is secured, subject to certain exceptions (including appropriate limitations in light of U.S. federal income tax considerations on guaranties and pledges of assets by foreign subsidiaries, and certain pledges of such foreign subsidiaries' stock, in each case to support loans to us or our domestic subsidiaries), by (i) a first-priority security interest in substantially all of our current assets and related intangible assets located in the United States, substantially all of the current assets and related intangible assets of substantially all of our wholly-owned domestic subsidiaries located in the United States, substantially all of our assets located in Canada as well as the assets of Aleris Switzerland GmbH (other than its inventory and equipment), (ii) a super second-priority security interest in substantially all our fixed assets located in the United States and substantially all of the fixed assets of substantially all of our wholly-owned domestic subsidiaries located in the United States, and (iii) the equity interests of certain of our foreign and domestic direct and indirect subsidiaries (including Aleris Deutschland Holding GmbH and Aleris Switzerland GmbH). The borrowers' obligations under the DIP ABL Facility will be guaranteed by certain of our existing and future direct and indirect subsidiaries. In addition, we will guarantee the obligations of the other borrowers under the DIP ABL Facility.

The DIP ABL Facility contains affirmative, negative and financial covenants substantially similar to those contained in the DIP Term Facility that, among other things and subject to certain exceptions, impose substantial burdens and restrictions on the financial and business operations of the Company and certain of its subsidiaries.

The DIP ABL Facility also contains events of default customary for DIP financings of this type.

## 7. COMMITMENTS AND CONTINGENCIES

### *Environmental Proceedings*

Our operations are subject to environmental laws and regulations governing air emissions, wastewater discharges, the handling, disposal and remediation of hazardous substances and wastes and employee health and safety. These laws can impose joint and several liability for releases or threatened releases of hazardous substances upon statutorily defined parties, including us, regardless of fault or the lawfulness of the original activity or disposal. Given the changing nature of environmental legal requirements, we may be required, from time to time, to take environmental control measures at some of our facilities to meet future requirements.

Currently and from time to time, we are a party to notices of violations brought by environmental agencies concerning the laws governing air emissions. In connection with certain pending proceedings, we have been engaged in discussions with the United States Department of Justice, the United States Environmental Protection Agency and several states (collectively, the "Government") for the purpose of resolving in one proceeding similar issues that have arisen at a number of our facilities in different states. In connection therewith, on February 12, 2009, the Government filed a civil complaint in the United States District Court for the Northern District of Ohio, Civil Action No. 1:09-cv-00340. ("the Complaint"). Negotiations to resolve these proceedings have been completed and the Government parties and the Company have agreed to the terms of a Consent Decree (the "Consent Decree"). The Consent Decree was entered by the District Court on October 22, 2009 following an order of the Bankruptcy Court approving the Consent Decree. The Consent Decree provides for a monetary penalty of $4.6 and certain injunctive relief. The monetary penalty is an unsecured pre-petition claim to the Government parties and will receive treatment similar to pre-petition unsecured claims in the Debtors' Bankruptcy Cases. We do not expect that the costs to be incurred to comply with the Consent Decree will have a material adverse effect on our financial position or results.

We have been named as a potentially responsible party in certain proceedings initiated pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act and similar stated statutes and may be named a potentially responsible party in other similar proceedings in the future. It is not anticipated that the costs incurred in connection with the presently pending proceedings will, individually or in the aggregate, have a material adverse effect on our financial position or results of operations.

We are performing operations and maintenance at two Superfund sites for matters arising out of past waste disposal activity associated with closed facilities. We are also under orders by agencies in four states for environmental remediation at five sites, two of which are located at our operating facilities.

Our reserves for environmental remediation liabilities totaled $38.6 and $47.0 at September 30, 2009 and December 31, 2008, respectively, and have been classified as "Other long-term liabilities," "Accrued liabilities," and "Liabilities subject to compromise" in the Consolidated Balance Sheet. Of the environmental liabilities recorded at September 30, 2009 and December 31, 2008, $3.5 and $5.3, respectively, is indemnified by Corus Group plc.

In addition to environmental liabilities, we have recorded asset retirement obligations associated with legal requirements related primarily to the normal operation of our landfills and the retirement of the related assets. At September 30, 2009 and December 31, 2008, our total asset retirement obligations for our landfills were $16.8 and $17.6, respectively.

### *Legal Proceedings*

We are a party from time to time to what we believe are routine litigation and proceedings considered part of the ordinary course of our business. We believe that the outcome of such existing proceedings would not have a material adverse effect on our financial position or results of operations.

## 8. OTHER COMPREHENSIVE LOSS

The following table presents the components of comprehensive loss for the three and nine months ended September 30, 2009 and 2008.

| | For the three months ended September 30, | | For the nine months ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Net loss | $ (22.9) | $ (197.8) | $ (428.4) | $ (194.5) |
| Changes in other comprehensive loss, net of tax: | | | | |
| Currency translation adjustments | 10.8 | (132.5) | (3.8) | (38.6) |
| Liquidation of Canada LP currency translation adjustments | - | - | 4.1 | - |
| Liquidation of Canada LP pension liability | - | - | 19.6 | - |
| Pension and other post retirement liability adjustment, including curtailment | (0.4) | (4.7) | 4.2 | (4.7) |
| Amortization of actuarial net loss and prior service cost | 0.3 | - | 0.8 | - |
| Unrealized (losses) gains on derivative financial instruments: | | | | |
| Net change from periodic revaluations | - | (1.1) | - | 8.0 |
| Income tax effect | - | 0.4 | - | (3.0) |
| Net unrealized (losses) gains on derivative financial instruments | - | (0.7) | - | 5.0 |
| Change in other comprehensive loss, net of tax | 10.7 | (137.9) | 24.9 | (38.3) |
| Comprehensive loss | $ (12.2) | $ (335.7) | $ (403.5) | $ (232.8) |

## 9. SEGMENT INFORMATION

Effective October 1, 2008, the Company's reportable segments were changed from two global segments (Global Rolled and Extruded Products and Global Recycling) to three regional segments (Rolled Products North America, Recycling and Specification Alloys Americas and Europe). This change was made to better serve our customers, taking into consideration the regional nature of supply and demand of aluminum products. Organizational changes were also made to better manage the disparity in markets and business cultures. As a result, prior period amounts have been reclassified to conform to the new segment structure.

### Measurement of Segment Profit or Loss and Segment Assets

The accounting policies of the reportable segments are the same as those described in the summary of significant accounting policies. Our measure of the profitability of our operating segments is referred to as segment income. Segment income excludes provisions for income taxes, restructuring and other charges, reorganization items, net, interest, unrealized and certain realized gains and losses on derivative financial instruments, corporate general and administrative costs, including depreciation of corporate assets, impairment of goodwill and other intangible assets and other income (expense), net. Intersegment sales and transfers are recorded at market value. Consolidated cash, long-term debt, net capitalized debt costs, deferred tax assets and assets related to our corporate and regional headquarters offices are not allocated to the reportable segments.

### Reportable Segment Information

The following table shows our reportable segment assets as of September 30, 2009 and December 31, 2008.

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Assets | | |
| Rolled Products North America | $ 483.2 | $ 567.1 |
| Recycling and Specification Alloys Americas | 366.1 | 438.9 |
| Europe | 1,420.0 | 1,546.0 |
| Unallocated assets | 161.9 | 124.0 |
| Total consolidated assets | $ 2,431.2 | $ 2,676.0 |

The following table shows our revenues and segment income (loss) for the three and nine months ended September 30, 2009 and 2008:

| | For the three months ended September 30, | | | | For the nine months ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2009 | | 2008 | | 2009 | | 2008 | |
| Revenues: | | | | | | | | |
| Rolled Products North America | $ | 246.2 | $ | 472.7 | $ | 659.2 | $ | 1,374.6 |
| Recycling and Specification Alloys Americas | | 149.7 | | 412.2 | | 375.0 | | 1,256.4 |
| Europe | | 421.9 | | 710.6 | | 1,138.9 | | 2,252.2 |
| Intersegment revenues | | (2.2) | | (12.4) | | (15.8) | | (25.4) |
| Total revenues | $ | 815.6 | $ | 1,583.1 | $ | 2,157.3 | $ | 4,857.8 |
| Segment income (loss) : | | | | | | | | |
| Rolled Products North America | $ | 16.8 | $ | (24.8) | $ | 0.1 | $ | (25.1) |
| Recycling and Specification Alloys Americas | | 3.0 | | 12.8 | | (19.7) | | 47.8 |
| Europe | | (3.6) | | 15.5 | | (152.8) | | 51.4 |
| Total segment income (loss) | $ | 16.2 | $ | 3.5 | $ | (172.4) | $ | 74.1 |
| Unallocated amounts: | | | | | | | | |
| Corporate general and administrative expenses | | (8.2) | | (12.0) | | (30.0) | | (36.3) |
| Restructuring and other charges | | (17.5) | | (61.3) | | (73.1) | | (75.1) |
| Interest expense | | (58.2) | | (58.2) | | (165.3) | | (171.9) |
| Gains (losses) on derivative financial instruments | | 44.3 | | (150.3) | | 107.5 | | (72.5) |
| Impairment of intangible assets | | - | | - | | (19.2) | | - |
| Reorganization items, net | | (8.0) | | - | | (114.2) | | - |
| Other income (expense), net | | 4.9 | | (4.6) | | 14.4 | | 1.3 |
| Loss from continuing operations before provision for income taxes | $ | (26.5) | $ | (282.9) | $ | (452.3) | $ | (280.4) |

## 10. STOCK-BASED COMPENSATION

### Stock-Based Compensation Plan

In February 2007 the board of directors of Aurora Acquisition Holdings, Inc. ("Holdings") approved the Aurora Acquisition Holdings, Inc. Amended and Restated Management Equity Incentive Plan ("2007 Plan"). Under the 2007 Plan, Holdings may grant up to 840,870 stock options. The options have a ten year life with 60% of the options vesting ratably over five years and 40% vesting upon the occurrence of a "liquidity event," as defined under the terms of the 2007 Plan agreement, and the achievement of certain returns on Texas Pacific Group's ("TPG") investment. A portion of the time-based options will be paid out upon a liquidity event should the event occur prior to full vesting of these awards. While the time based portion of the options will be expensed over the requisite service period, the event-based awards will not be expensed until the occurrence of the liquidity event.

During the three and nine months ended September 30, 2009, we recorded compensation expense associated with these options of $0.8 and $1.8, respectively and $1.8 for the nine months ended September 30, 2008, respectively. The weighted-average fair value of the time and event-based options outstanding at September 30, 2009 was approximately $49.30 and $35.74 per option, respectively. At September 30, 2009, there was $8.2 of compensation expense that will be recognized over the next five years and $7.4 of compensation expense that will be recognized upon the occurrence of the liquidity event.

The Company used the Monte Carlo Simulation method to estimate the fair value of all stock options granted. Under this method, the estimate of fair value is affected by assumptions, certain of which are highly complex and subjective. Expected equity volatility was determined based upon historical stock prices of our peer companies. The expected term of the event-based options granted was determined based upon a range of estimates regarding the timing of a liquidity event.

## 11. INCOME TAXES

Our effective tax rate was 13.6% and 5.3% for the three and nine months ended September 30, 2009, respectively, and 30.5% and 29.8% for the three and nine months ended September 30, 2008, respectively. The effective tax rate for the nine months ended September 30, 2009 and 2008 differed from the federal statutory rate

applied to losses before income taxes primarily as a result of the mix of income, losses and tax rates between tax jurisdictions and valuation allowances.

We have valuation allowances recorded to reduce certain deferred tax assets to amounts that are more likely than not to be realized. The valuation allowances relate to our potential inability to utilize certain foreign net operating loss carry forwards and U.S. federal and state net operating loss and tax credit carry forwards. We intend to maintain these valuation allowances until sufficient positive evidence exists (such as cumulative positive earnings and estimated future taxable income) to support their reversal.

As of September 30, 2009, we have $13.1 of unrecognized tax benefits. We recognize interest and penalties related to uncertain tax positions within the "Provision for (benefit from) income taxes" in the Consolidated Statement of Operations. As of September 30, 2009, we had approximately $0.7 of accrued interest related to uncertain tax positions.

The 2003 through 2007 tax years remain open to examination by the major taxing jurisdictions to which we are subject. A non-U.S. taxing jurisdiction commenced an examination in the first quarter of 2009 that is anticipated to be completed within twelve months of the reporting date. We presented an adjustment to our transfer pricing tax position that is expected to result in a decrease to the reserve of $2.1. The Internal Revenue Service also commenced an examination of our U.S. income tax returns for 2005 through 2007 in the fourth quarter of 2008 that is anticipated to be completed within twelve months of the reporting date. Uncertainty exists regarding our transaction cost tax position that may result in a decrease to the reserve in the range of $0.0 to $1.4.

## 12. EMPLOYEE BENEFIT PLANS

### Defined Benefit Pension Plans

Components of the net periodic benefit expense for the three and nine months ended September 30, 2009 and 2008 are as follows:

| | U.S. pension benefits | | | | European and Canadian pension benefits | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | For the three months ended September 30, | | For the nine months ended September 30, | | For the three months ended September 30, | | For the nine months ended September 30, | |
| | 2009 | 2008 | 2009 | 2008 | 2009 | 2008 | 2009 | 2008 |
| Service cost | $ 0.5 | $ 0.5 | $ 1.5 | $ 1.4 | $ 0.7 | $ 0.9 | $ 2.0 | $ 3.6 |
| Interest cost | 2.0 | 1.9 | 5.9 | 5.7 | 1.9 | 3.2 | 5.7 | 10.6 |
| Amortization of net loss (gain) | 0.5 | - | 1.4 | - | (0.2) | (0.1) | (0.6) | (0.3) |
| Curtailment loss recognized | - | - | 0.4 | - | - | 13.8 | - | 13.8 |
| Expected return on plan assets | (1.7) | (2.4) | (5.1) | (7.1) | - | (1.9) | (0.1) | (6.2) |
| Amortization of prior service cost | - | - | 0.1 | - | - | - | 0.1 | - |
| Net periodic benefit cost | $ 1.3 | $ - | $ 4.2 | $ - | $ 2.4 | $ 15.9 | $ 7.1 | $ 21.5 |

### Other Postretirement Benefit Plans

The components of net postretirement benefit expense for the three and nine months ended September 30, 2009 and 2008 are as follows:

| | U.S. other post retirement benefit plans | | | | European and Canadian other post retirement benefit plans | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | For the three months ended September 30, | | For the nine months ended September 30, | | For the three months ended September 30, | | For the nine months ended September 30, | |
| | 2009 | 2008 | 2009 | 2008 | 2009 | 2008 | 2009 | 2008 |
| Service cost | $ 0.1 | $ 0.1 | $ 0.4 | $ 0.3 | $ - | $ - | $ - | $ - |
| Interest cost | 0.7 | 0.7 | 2.1 | 2.2 | - | 0.1 | - | 0.3 |
| Amortization of net (gain) loss | - | - | (0.1) | - | - | - | - | - |
| Amortization of prior service cost | (0.1) | (0.1) | (0.1) | (0.3) | - | - | - | - |
| Curtailment gain | - | - | - | - | - | (1.0) | - | (1.0) |
| Net postretirement benefit cost | $ 0.7 | $ 0.7 | $ 2.3 | $ 2.2 | $ - | $ (0.9) | $ - | $ (0.7) |

23

## 13. DERIVATIVE AND OTHER FINANCIAL INSTRUMENTS

Prior to the Petition Date, we entered into derivatives to hedge the cost of energy, the sale and purchase prices of certain aluminum products as well as certain alloys used in our production processes, certain currency exposures and variable interest rates. Generally, we enter into master netting arrangements with our counterparties and offset net derivative positions with the same counterparties against amounts recognized for the right to reclaim cash collateral or the obligation to return cash collateral under those arrangements in our Consolidated Balance Sheet. Accordingly, the fair value of outstanding derivative contracts are included in the Consolidated Balance Sheet as "Prepaid expenses and other current assets," "Derivative financial instruments," and "Other long-term liabilities." Subsequent to the Petition Date, derivative financial instruments totaling $98.9 that represent pre-petition Debtor liabilities have been reported as "Liabilities subject to compromise" in the Consolidated Balance Sheet and have been valued at the expected amount of the claims to be allowed by the Bankruptcy Court.

In addition, as a result of the filing of the Chapter 11 Petitions, all Debtors were prevented from entering into new derivative financial instruments without prior approval of the lenders under the DIP credit facilities. In April 2009, the Company received approval to and entered into various option contracts to reduce its exposure to increases in LME aluminum prices and natural gas prices. Premiums of $10.2 were paid during the second quarter of 2009 to enter into these contracts.

The fair value of the Company's derivative financial instruments at September 30, 2009 and December 31, 2008 were as follows (the pre-petition derivative financial instruments of the Debtors are not included as they have not been valued at fair value pursuant to ASC 820 (formerly SFAS No. 157)):

| Asset Derivatives | Balance Sheet Location | September 30, 2009 | December 31, 2008 |
|---|---|---|---|
| Aluminum | Derivative financial instruments | $ 19.0 | $ - |
| | Other assets | 4.2 | - |
| Currency | Derivative financial instruments | 2.9 | 2.7 |
| Natural gas | Derivative financial instruments | 0.9 | - |
| Total | | $ 27.0 | $ 2.7 |

| Liability Derivatives | Balance Sheet Location | September 30, 2009 | December 31, 2008 |
|---|---|---|---|
| Natural gas | Derivative financial instruments | $ - | $ 3.2 |
| Aluminum | Derivative financial instruments | - | 82.2 |
| | Other long-term liabilities | - | 1.8 |
| Currency | Derivative financial instruments | - | 2.9 |
| Interest Rate | Derivative financial instruments | - | 3.5 |
| Total | | $ - | $ 93.6 |

Beginning January 1, 2008, the Company's derivative contracts are recorded at fair value under ASC 820 using quoted market prices and significant other observable and unobservable inputs. Where appropriate, valuations are adjusted for various factors such as liquidity, bid/offer spreads, and credit considerations. Such adjustments are generally based on available market evidence and unobservable inputs. However, as discussed above, as of September 30, 2009 all pre-petition derivative liabilities of the Debtors have been valued at the expected amount of the claims to be allowed by the Bankruptcy Court pursuant to ASC 852 rather than at fair value.

We endeavor to utilize the best available information in measuring fair value. Financial assets and liabilities are classified in their entirety based on the lowest level of input that is significant to the fair value measurement. The determination of the classification of each derivative within the fair value hierarchy is based upon an assessment of both the significance of the impact that non-performance risk had on the overall valuation of the derivative and the nature of the evidence used to determine that impact. Where counterparty-specific evidence of credit risk is available (such as credit default swap spreads), the derivative is generally included within Level 2 of the fair value hierarchy. Level 3 financial instruments typically include, in addition to the unobservable or Level 3 components, observable components, including current quoted market prices, which are validated to external sources.

The following table sets forth our financial assets and liabilities that were accounted for at fair value on a recurring basis as of September 30, 2009 and the level in the fair value hierarchy (the pre-petition derivative

financial instruments of the Debtor entities are not included as they have not been valued at fair value pursuant to ASC 820):

| Description | Total Carrying Value in the Consolidated Balance Sheet | Fair Value Measurements at Reporting Date Using: | | |
|---|---|---|---|---|
| | | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| Derivative assets | $ 27.0 | $ - | $ 27.0 | $ - |
| Derivative liabilities | - | - | - | - |
| Net derivative assets (liabilities) | $ 27.0 | $ - | $ 27.0 | $ - |

The following tables summarize the activity in our balance sheet accounts for financial instruments classified within Level 3 of the valuation hierarchy:

| | For the nine months ended September 30, 2009 |
|---|---|
| Balance at beginning of period | $ (9.3) |
| Losses on derivative financial instruments | (0.6) |
| Collateral | 0.9 |
| Purchases, issuances, and settlements | 6.9 |
| Transfers out of Level 3 | 2.1 |
| Balance at end of period | $ - |
| | |
| Total losses included in earnings attributable to the change in unrealized losses relating to derivative contracts still held at September 30, 2009: | |
| Losses on derivative financial instruments | $ (0.6) |

Realized and unrealized gains and losses on derivative financial instruments of non-Debtors, for the three and nine months ended September 30, 2009, as well as realized and unrealized gains and losses on derivative financial instruments of the Debtors prior to the Petition Date are included within "(Gains) losses on derivative financial instruments" in the Consolidated Statement of Operations. Unrealized gains and losses recorded on the post-petition derivative financial instruments of the Debtors subsequent to the Petition Date are also included within "(Gains) losses on derivative financial instruments" in the Consolidated Statement of Operations. Unrealized gains and losses recorded on the pre-petition derivative financial instruments of the Debtors subsequent to the Petition Date are included within "Reorganization items, net" in the Consolidated Statement of Operations and consist primarily of the reversal of the 90% credit adjustment factor used to value derivative liabilities pursuant to ASC 820 prior to the Petition Date.

Realized losses and (gains) on derivative financial instruments (included in "(Gains) losses on derivative financial instruments") totaled the following during the three and nine months ended September 30, 2009 and 2008:

| Derivative financial instruments | Realized losses (gains) on derivative financial instruments | | | |
|---|---|---|---|---|
| | For the three months ended | | For the nine months ended | |
| | September 30, 2009 | September 30, 2008 | September 30, 2009 | September 30, 2008 |
| Natural gas | $ 1.0 | $ 3.4 | $ 9.4 | $ - |
| Aluminum | 3.2 | 7.7 | (3.9) | 50.0 |
| Currency | (1.6) | (19.4) | 0.6 | (41.5) |

*Natural Gas Hedging*

Prior to the filing of the Chapter 11 Petitions, in order to manage our price exposure for natural gas purchases, we fixed the future price of a portion of our natural gas requirements by entering into financial hedge

agreements. Under these agreements, payments were made or received based on the differential between the monthly closing price on the New York Mercantile Exchange ("NYMEX") and the contractual hedge price. During the second quarter of 2009, we entered into call options to protect the Company from increases in natural gas prices through December 2009.

We do not treat these derivative financial instruments as hedges for accounting purposes. Accordingly, the changes in the fair value of the contracts are recorded in earnings as "(Gains) losses on derivative financial instruments" in the Consolidated Statement of Operations, rather than being deferred in "Accumulated other comprehensive income" in the Consolidated Balance Sheet. In addition, we have cost escalators included in some of our long-term supply contracts with customers, which limit our exposure to natural gas price risk.

### Metal Hedging

The selling prices of the majority of the orders for our rolled and extruded products are established at the time of order entry or, for certain customers, under long-term contracts. As the related raw materials used to produce these orders are purchased several months or years after the selling prices are fixed, we are subject to the risk of changes in the purchase price of the raw materials we purchase. In order to manage this transactional exposure prior to the Petition Date, we entered into London Metal Exchange ("LME") future or forward purchase contracts at the time the selling prices were fixed. In addition, at times during 2008, we entered into derivative contracts to protect the fair value of a portion of our aluminum inventory against a potential decline in aluminum selling prices. During the second quarter of 2009, we entered into call options to hedge the risk of future LME price increases related to our expected primary aluminum purchases from October 2009 through June 2010.

We do not treat these derivative financial instruments as hedges for accounting purposes. Accordingly, the changes in the fair value of the contracts are recorded in earnings as "(Gains) losses on derivative financial instruments" in the Consolidated Statement of Operations, rather than being deferred in "Accumulated other comprehensive income" in the Consolidated Balance Sheet.

Our recycling businesses also entered into LME high-grade aluminum forward sales and purchase contracts to mitigate the risk associated with changes in metal prices. The contracts outstanding at September 30, 2009 and 2008 are not accounted for as hedges for accounting purposes and, as a result, the changes in fair value of the contracts are recorded in earnings as "(Gains) losses on derivative financial instruments" in the Consolidated Statement of Operations, rather than being deferred in "Accumulated other comprehensive income."

### Interest Rates Hedging

In March 2007 we reduced our exposure to interest rate fluctuations by entering into an interest rate swap that fixed the interest we paid on approximately $700.0 of our variable rate debt. In March 2008 we further reduced our exposure to interest rate fluctuations by entering into an additional interest rate swap to fix the interest we paid on an incremental portion of our Term Loan Facility. As a result of these swaps, interest on approximately $750.0 of our Term Loan Facility debt was fixed as of December 31, 2008. These swaps were accounted for as cash flow hedges, with gains and losses deferred and recorded within "Accumulated other comprehensive income" in Stockholder's Deficit prior to December 31, 2008. As of December 31, 2008, taking into account the Chapter 11 Petitions on February 12, 2009, management concluded it was probable that the hedged transactions (interest payments) would no longer occur. As a result, in accordance with ASC 815, the derivative losses prior to the filing of the Chapter 11 Petitions were recorded within "(Gains) losses on derivative financial instruments" in the Consolidated Statement of Operations for the nine months ended September 30, 2009.

### Credit Risk

We are exposed to losses in the event of non-performance by the counterparties to the derivative financial instruments discussed above; however, we do not anticipate any non-performance by the counterparties. The counterparties are evaluated for creditworthiness and risk assessment prior to initiating trading activities with the brokers.

***Other Financial Instruments***

The carrying amount and fair value of our other financial instruments at September 30, 2009 and December 31, 2008 are as follows:

| | September 30, 2009 | | December 31, 2008 | |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
|---|---|---|---|---|
| Cash and cash equivalents | $ 81.0 | $ 81.0 | $ 48.5 | $ 48.5 |
| DIP Term Facility | 746.9 | 450.8 | - | - |
| DIP ABL Facility | 237.7 | 227.0 | - | - |
| | | | | |
| Debt in Default: | | | - | - |
| Term Loan Facility | 674.2 | 280.6 | 1,203.8 | 483.2 |
| Senior Notes | 583.5 | 11.5 | 589.1 | 29.9 |
| Senior Subordinated Notes | 385.4 | 7.7 | 389.7 | 59.9 |
| New Senior Notes | 98.6 | 1.1 | 98.6 | 20.0 |

The current fair value of our DIP Term Facility, DIP ABL Facility, Term Loan Facility, Senior Notes, Senior Subordinated Notes, and New Senior Notes were based on market quotations, discounted cash flows and incremental borrowing rates. The fair value of our accounts receivable, accounts payable and accrued liabilities approximate carrying value. The fair values of the amounts disclosed herein do not purport to represent the values that may be realized by our creditors through the reorganization process.

## 14. INTANGIBLE ASSETS

During the nine months ended September 30, 2009, we recorded impairment charges totaling $19.2 related to our indefinite lived intangible assets. The impairments, which have been included within operating results of the Corporate segment, consisted of trade name impairments totaling $9.1 and $10.1 related to our Recycling and Specification Alloys Americas and Rolled Products North America segments, respectively. The impairments were primarily the result of the continued adverse climate for our business, particularly lower forecasted revenues resulting from a reduction in forecasted shipment levels and LME aluminum prices. The fair values utilized to determine the extent of the impairments were calculated using the income approach. The adjusted carrying value for trade names recorded within "Intangible assets, net" on the Consolidated Balance Sheet as of September 30, 2009 and December 31, 2008 were $46.4 and $65.6, respectively.

## 15. DISCONTINUED OPERATIONS

On November 19, 2007, the Company entered into a definitive stock purchase agreement to sell all of the issued and outstanding shares of capital stock of each of U.S. Zinc Corporation, Interamerican Zinc, Inc., and Aleris Asia Pacific Zinc (Barbados) Ltd. together with wholly-owned subsidiaries (the "Zinc Business"). On January 11, 2008, we sold our Zinc Business for total cash consideration of $287.2. We have not realized any continuing cash flows from the Zinc Business subsequent to the closing of the sale.

The Income from discontinued operations, net of tax for the eleven days ended January 11, 2008 includes revenues of $16.1, pre-tax loss of $0.8 and net loss of $1.2, respectively. "(Loss) income from discontinued operations, net of tax" for the three and nine months ended September 30, 2008 was $(1.2) and $2.4, respectively. In addition to the results of operations for the eleven days ended January 11, 2008, the results of discontinued operations for the three and nine months ended September 30, 2008 include amounts related to the revision of the purchase price adjustment associated with the working capital delivered as well as adjustments to the estimated income tax expense associated with the sale.

In accordance with SFAS No. 144 "Accounting for the Impairment or Disposal of Long-Lived Assets" ("SFAS No. 144"), the sale of the Zinc Business qualified as a discontinued operation. Accordingly, the results of operations of the Zinc Business were included in "Income from discontinued operations, net of tax," within the Consolidated Statement of Operations for the eleven days ended January 11, 2008. The applicable interest expense for the eleven days ended January 11, 2008 was allocated based on the ratio of net assets for the Global Zinc Business compared to total net assets of the U.S. entities as the debt held outside the U.S. was not directly

attributable to the Global Zinc Business. The interest expense included in discontinued operations represented $0.4 for the eleven days ended January 11, 2008.

## 16. RELATED PARTY TRANSACTIONS

As discussed in Note 10 "Stock-Based Compensation," we recorded $0.8 and $1.8 of compensation expense for the three and nine months ended September 30, 2009, respectively, and $0 and $1.8 for the three and nine months ended September 30, 2008, respectively, associated with the stock option plan of Holdings, the beneficiaries of which are members of our senior management. In addition, we recorded $0 and $0.8 of management fees payable to affiliates of TPG during the three and nine months ended September 30, 2009, respectively, and $2.5 and $7.1 for the three and nine months ended September 30, 2008, respectively.

## 17. CONDENSED CONSOLIDATING FINANCIAL STATEMENTS

Certain of our subsidiaries (the "Guarantor Subsidiaries") are guarantors of the indebtedness under our DIP Term Facility and DIP ABL Facility. Condensed consolidating financial statements of Aleris International, Inc., the Guarantor Subsidiaries, and those subsidiaries of Aleris International, Inc. that are not guaranteeing the indebtedness under the DIP Term Facility and DIP ABL Facility (the "Non-Guarantor Subsidiaries") are presented below. The condensed consolidating balance sheets are presented as of September 30, 2009 and December 31, 2008 and the condensed consolidating statement of operations and condensed consolidating statement of cash flows are presented for the nine months ended September 30, 2009.

| | As of September 30, 2009 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Aleris International, Inc. | DIP ABL and Term Loan Guarantors | DIP Term Loan Guarantors | DIP ABL Loan Guarantors | DIP Non Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash and cash equivalents | $ 15.5 | $ 28.6 | $ 24.4 | $ 0.6 | $ 11.9 | $ - | $ 81.0 |
| Accounts receivable, net | 5.6 | 145.0 | 1.7 | 197.8 | 40.1 | - | 390.2 |
| Inventories | 2.5 | 151.3 | 258.4 | 3.1 | 14.4 | - | 429.7 |
| Deferred income taxes | - | 1.6 | 26.2 | 0.2 | 0.2 | - | 28.2 |
| Derivative financial instruments | - | 17.3 | 2.3 | - | 3.2 | - | 22.8 |
| Prepaid expenses and other current assets | 25.9 | 10.0 | 18.6 | 3.2 | 4.7 | - | 62.4 |
| **Total Current Assets** | 49.5 | 353.8 | 331.6 | 204.9 | 74.5 | - | 1,014.3 |
| Property, plant and equipment, net | 33.8 | 265.6 | 830.4 | 21.0 | 45.6 | - | 1,196.4 |
| Goodwill | 33.2 | 46.1 | - | - | - | - | 79.3 |
| Intangible assets, net | 28.4 | 30.4 | 25.2 | - | 0.7 | - | 84.7 |
| Deferred income taxes | 2.0 | 2.1 | 24.7 | 0.1 | 0.3 | - | 29.2 |
| Other assets | 1.9 | 4.0 | 9.8 | 0.1 | 11.5 | - | 27.3 |
| Investments in subsidiaries/ intercompany receivables (payables), net | 777.4 | 217.6 | (411.5) | 140.8 | 491.3 | (1,215.6) | - |
| **Total Assets** | $ 926.2 | $ 919.6 | $ 810.2 | $ 366.9 | $ 623.9 | $ (1,215.6) | $ 2,431.2 |
| | | | | | | | |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts payable | $ 6.9 | $ 54.3 | $ 148.0 | $ 1.8 | $ 18.0 | $ - | $ 229.0 |
| Accrued liabilities | 40.1 | 45.6 | 105.0 | 7.8 | 4.0 | - | 202.5 |
| Deferred income taxes | 6.6 | 0.2 | 21.4 | - | 0.3 | - | 28.5 |
| Current maturities of debt | - | - | 391.2 | - | 5.5 | - | 396.7 |
| Debt in default | 5.0 | - | - | - | - | - | 5.0 |
| Debtor in possession financing | 822.7 | - | 35.6 | 126.3 | - | - | 984.6 |
| **Total Current Liabilities** | 881.3 | 100.1 | 701.2 | 135.9 | 27.8 | - | 1,846.3 |
| Long-term debt | - | - | 3.9 | - | - | - | 3.9 |
| Deferred income taxes | - | (25.5) | 87.7 | 2.7 | - | - | 64.9 |
| Accrued pension benefits | - | - | 136.5 | 0.9 | - | - | 137.4 |
| Other long-term liabilities | 6.8 | 22.2 | 60.5 | 1.0 | 5.3 | - | 95.8 |
| **Total Long Term Liabilities** | 6.8 | (3.3) | 288.6 | 4.6 | 5.3 | - | 302.0 |
| **Liabilities subject to compromise** | 1,459.5 | 244.8 | - | - | - | - | 1,704.3 |
| Stockholder's deficit | (1,421.4) | 578.0 | (179.6) | 226.4 | 590.8 | (1,215.6) | (1,421.4) |
| **Total Liabilities and Stockholder's Deficit** | $ 926.2 | $ 919.6 | $ 810.2 | $ 366.9 | $ 623.9 | $ (1,215.6) | $ 2,431.2 |

|  | As of December 31, 2008 | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Aleris International, Inc. | DIP ABL and Term Loan Guarantors | DIP Term Loan Guarantors | DIP ABL Loan Guarantors | DIP Non Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash and cash equivalents | $ 0.2 | $ 25.6 | $ 5.9 | $ 3.1 | $ 13.7 | $ - | $ 48.5 |
| Accounts receivable, net | 4.4 | 124.3 | 24.2 | 244.9 | 43.5 | - | 441.3 |
| Inventories | 3.2 | 201.5 | 351.3 | 8.3 | 19.4 | - | 583.7 |
| Deferred income taxes | (3.8) | 3.7 | 27.7 | 0.2 | 0.4 | - | 28.2 |
| Derivative financial instruments | - | 1.7 | 0.2 | 0.8 | - | - | 2.7 |
| Prepaid expenses and other current assets | 17.5 | - | 19.5 | 0.7 | 3.1 | - | 40.8 |
| **Total Current Assets** | 21.5 | 356.8 | 428.8 | 258.0 | 80.1 | - | 1,145.2 |
| Property, plant and equipment, net | 37.9 | 317.3 | 837.1 | 35.4 | 47.4 | - | 1,275.1 |
| Goodwill | 33.2 | 46.6 | - | - | - | - | 79.8 |
| Intangible assets, net | 39.3 | 41.3 | 34.0 | - | 1.2 | - | 115.8 |
| Deferred income taxes | (1.9) | 2.1 | 13.9 | 0.1 | 0.1 | - | 14.3 |
| Other assets | 20.6 | 1.6 | 14.8 | 4.4 | 4.4 | - | 45.8 |
| Investments in subsidiaries/ intercompany receivables (payables), net | 987.6 | (172.3) | (349.8) | 140.5 | 462.7 | (1,068.7) | - |
| **Total Assets** | $ 1,138.2 | $ 593.4 | $ 978.9 | $ 438.3 | $ 595.9 | $ (1,068.7) | $ 2,676.0 |
| | | | | | | | |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts payable | $ 31.2 | $ 108.0 | $ 214.6 | $ 22.7 | $ 24.9 | $ - | $ 401.4 |
| Accrued liabilities | 14.4 | 54.6 | 121.5 | 9.0 | 7.4 | - | 206.9 |
| Derivative financial instruments | 9.4 | (0.1) | 8.0 | (0.3) | 3.2 | - | 20.2 |
| Deferred income taxes | 4.5 | 0.2 | 23.6 | - | 0.2 | - | 28.5 |
| Current maturities of debt | - | - | 1.9 | - | 4.7 | - | 6.6 |
| Debt in default | 2,093.1 | 1.7 | 414.8 | 80.1 | - | - | 2,589.7 |
| **Total Current Liabilities** | 2,152.6 | 164.4 | 784.4 | 111.5 | 40.4 | - | 3,253.3 |
| Long-term debt | - | - | 4.0 | - | - | - | 4.0 |
| Deferred income taxes | (2.3) | 31.6 | 48.3 | 2.4 | 1.5 | - | 81.5 |
| Accrued pension benefits | - | 46.4 | 126.4 | 38.3 | - | - | 211.1 |
| Accrued post-retirement benefits | - | - | 43.4 | - | 4.3 | - | 47.7 |
| Other long-term liabilities | 7.6 | 29.6 | 51.6 | 3.7 | 5.6 | - | 98.1 |
| Stockholder's deficit | (1,019.7) | 278.0 | (35.8) | 278.1 | 548.4 | (1,068.7) | (1,019.7) |
| **Total Liabilities and Stockholder's Deficit** | $ 1,138.2 | $ 593.4 | $ 978.9 | $ 438.3 | $ 595.9 | $ (1,068.7) | $ 2,676.0 |

| | For the three months ended September 30, 2009 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Aleris International, Inc. | DIP ABL and Term Loan Guarantors | DIP Term Loan Guarantors | DIP ABL Loan Guarantors | DIP Non Guarantors | Eliminations | Consolidated |
| Revenues | $ 19.7 | $ 329.6 | $ 410.5 | $ 56.6 | $ 58.8 | $ (59.6) | $ 815.6 |
| Cost of sales | 15.3 | 288.3 | 365.2 | 59.4 | 59.2 | (59.6) | 727.8 |
| Gross margin | 4.4 | 41.3 | 45.3 | (2.8) | (0.4) | - | 87.8 |
| Selling, general and administrative expenses | 0.2 | 20.6 | 28.3 | 5.0 | 1.4 | - | 55.5 |
| Restructuring and other charges | - | 14.2 | 3.8 | 0.1 | (0.6) | - | 17.5 |
| Losses (gains) on derivative financial instruments | 3.1 | 0.6 | (18.4) | (0.8) | (2.0) | - | (17.5) |
| Operating income (loss) | 1.1 | 5.9 | 31.6 | (7.1) | 0.8 | - | 32.3 |
| Interest expense | 4.8 | 43.7 | 23.4 | 5.8 | 0.6 | (20.1) | 58.2 |
| Interest income | (0.5) | - | (11.4) | (1.1) | (7.1) | 20.1 | - |
| Reorganization items, net | 7.3 | (0.3) | - | 1.0 | - | - | 8.0 |
| Other expense (income), net | 10.2 | (7.4) | (5.2) | (5.0) | - | - | (7.4) |
| Equity in net loss (earnings) of affiliates | 2.8 | (26.3) | (0.3) | - | - | 23.8 | - |
| (Loss) income before income taxes | (23.5) | (3.8) | 25.1 | (7.8) | 7.3 | (23.8) | (26.5) |
| (Benefit from) provision for income taxes | (0.6) | (1.0) | (2.1) | - | 0.1 | - | (3.6) |
| Net (loss) income | $ (22.9) | $ (2.8) | $ 27.2 | $ (7.8) | $ 7.2 | $ (23.8) | $ (22.9) |

| | For the nine months ended September 30, 2009 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Aleris International, Inc. | DIP ABL and Term Loan Guarantors | DIP Term Loan Guarantors | DIP ABL Loan Guarantors | DIP Non Guarantors | Eliminations | Consolidated |
| Revenues | $ 50.0 | $ 866.6 | $ 1,114.9 | $ 146.1 | $ 143.1 | $ (163.4) | $ 2,157.3 |
| Cost of sales | 42.9 | 805.1 | 1,071.4 | 155.5 | 144.7 | (163.4) | 2,056.2 |
| Gross margin | 7.1 | 61.5 | 43.5 | (9.4) | (1.6) | - | 101.1 |
| Selling, general and administrative expenses | 6.9 | 67.3 | 92.7 | 16.4 | 5.2 | - | 188.5 |
| Restructuring and other charges | 0.5 | 30.1 | 37.9 | 4.9 | (0.3) | - | 73.1 |
| Impairment of intangible assets | 4.6 | 14.6 | - | - | - | - | 19.2 |
| Losses (gains) on derivative financial instruments | 48.9 | (18.0) | (5.9) | (3.1) | (9.4) | - | 12.5 |
| Operating (loss) income | (53.8) | (32.5) | (81.2) | (27.6) | 2.9 | - | (192.2) |
| Interest expense | 5.4 | 131.2 | 57.1 | 17.3 | 1.9 | (47.6) | 165.3 |
| Interest income | (1.7) | (0.1) | (20.9) | (3.9) | (21.0) | 47.6 | - |
| Reorganization items, net | 78.3 | 47.0 | - | (11.1) | - | - | 114.2 |
| Other expense (income), net | 29.6 | (12.1) | (24.2) | (12.7) | - | - | (19.4) |
| Equity in net loss (earnings) of affiliates | 266.3 | 72.1 | (0.7) | - | - | (337.7) | - |
| (Loss) income before income taxes | (431.7) | (270.6) | (92.5) | (17.2) | 22.0 | 337.7 | (452.3) |
| (Benefit from) provision or income taxes | (3.3) | (4.3) | (16.4) | - | 0.1 | - | (23.9) |
| Net (loss) income | $ (428.4) | $ (266.3) | $ (76.1) | $ (17.2) | $ 21.9 | $ 337.7 | $ (428.4) |

|  | Aleris International, Inc. | DIP ABL and Term Loan Guarantors | DIP Term Loan Guarantors | DIP ABL Loan Guarantors | DIP Non Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|
| **For the nine months ended September 30, 2009** | | | | | | | |
| Net cash provided (used) by operating activities | $ 39.1 | $ (35.7) | $ 1.9 | $ 14.5 | $ 19.9 | $ - | $ 39.7 |
| **Investing activities** | | | | | | | |
| Payments for property, plant and equipment | (1.6) | (4.0) | (46.3) | - | (1.0) | - | (52.9) |
| Proceeds from sale of property, plant and equipment | - | 0.7 | 4.2 | - | 2.3 | - | 7.2 |
| Other | 1.2 | (0.4) | (0.1) | - | 0.3 | - | 1.0 |
| Net cash (used) provided by investing activities | (0.4) | (3.7) | (42.2) | - | 1.6 | - | (44.7) |
| **Financing activities** | | | | | | | |
| Proceeds from DIP ABL Facility | 661.8 | - | 0.2 | 108.6 | 0.8 | - | 771.4 |
| Payments on DIP ABL Facility | (757.7) | - | (0.4) | (76.4) | - | - | (834.5) |
| Proceeds from DIP Term Facility | 165.1 | - | 36.0 | - | 0.6 | - | 201.7 |
| Payments on long-term debt | - | (0.1) | (3.9) | - | (0.7) | - | (4.7) |
| Increase in restricted cash | - | - | - | - | (7.1) | - | (7.1) |
| Debt issuance costs | (68.3) | (13.9) | (1.3) | (6.0) | - | - | (89.5) |
| Net transfers with affiliates | (24.3) | 14.8 | 90.2 | (44.0) | (36.7) | - | - |
| Net cash (used) provided by financing activities | (23.4) | 0.8 | 120.8 | (17.8) | (43.1) | - | 37.3 |
| Effect of exchange rate differences on cash and cash equivalents | - | 41.6 | (62.0) | 0.8 | 19.8 | - | 0.2 |
| Cash flow provided (used) by continuing operations | 15.3 | 3.0 | 18.5 | (2.5) | (1.8) | - | 32.5 |
| Cash and cash equivalents at beginning of period | 0.2 | 25.6 | 5.9 | 3.1 | 13.7 | - | 48.5 |
| Cash and cash equivalents at end of period | $ 15.5 | $ 28.6 | $ 24.4 | $ 0.6 | $ 11.9 | $ - | $ 81.0 |