UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
ALERIS INTERNATIONAL, INC., *et al.*,[1]      :    Case No. 09-10478 (BLS)
                                              :
                                              :    (Jointly Administered)
                 Debtors.                     :
------------------------------------------------------------x

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 11, 2010 AT 11:00 A.M.[3]

***\*\*THE HEARING HAS BEEN CANCELLED
WITH THE PERMISSION OF THE COURT\*\****

**I.     CONTINUED/RESOVLED MATTERS:**

1.     Motion of Dantherm Filtration, Inc. to Compel Debtor to Assume or Reject Executory Contract Pursuant to 11 U.S.C. § 365(d)(2) or, in the Alternative, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 365(d) [Docket No. 367 - filed April 1, 2009]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9536), Aleris Blanking and Rim Products, Inc. (7340), Aleris Deutschland Holding GmbH (3721), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2935), Aleris Ohio Management, Inc. (0637), Aleris, Inc. (6630), Alsco Holdings, Inc. (5535), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4425), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7844), Commonwealth Aluminum Lewisport, LLC (7736), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8512), Commonwealth Aluminum Tube Enterprises, LLC (7895), Commonwealth Aluminum, LLC (5039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (9350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5738), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1405), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0589), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1188), and Wabash Alloys, L.L.C. (0708).

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the March 12, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Standard Time) on **Monday, May 10, 2010** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. Copies of all pleadings referenced herein are available online at the following address: http://www.kccllc.net/aleris

Objection/Response Deadline: April 15, 2009 at 4:00 p.m., extended to May 27, 2009 for the Debtors

Related Documents: None to date.

Objections/Responses Received: None to date.

Status: The hearing regarding this matter will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

2. Application of Atmos Energy Marketing, LLC and Atmos Energy Corporation for Allowance and Payment of Section 503(b)(9) Claims [Docket No. 590 - filed May 15, 2009]

    Objection/Response Deadline: May 27, 2009 at 4:00 p.m.

    Related Documents: None to date.

    Objections/Responses Received:

    A. Debtors' Objection to Request for Allowance and Payment of Administrative Expense Claims Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 616 - filed May 27, 2009]

    Status: The hearing regarding this matter will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

3. Debtors' Fourth Omnibus Objection (Non-Substantive) to Duplicative Claims [Docket No. 1059 - filed November 13, 2009]

    Objection/Response Deadline: December 1, 2009 at 4:00 p.m.

    Related Documents:

    i. Certification of Counsel Regarding Order Approving Debtors' Fourth Omnibus Objection (Non-Substantive) to Duplicative Claims [Docket No. 1186 - filed December 8, 2009]

    ii. Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Duplicative Claims [Docket No. 1199 - filed December 10, 2009]

    iii. Second Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Duplicative Claims [Docket No. 1396 - filed February 9, 2010]

    Objections/Responses Received:

    A. Scepter, Inc.'s, Response and Opposition to Debtors' Fourth Omnibus Objection to Duplicative Claims (Non-Substantive) and the Debtors' Seventh Omnibus

Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1144 - filed December 1, 2009]

    Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A. The hearing regarding the only remaining unresolved claims will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

4.     Debtors' Seventh Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1062 - filed November 13, 2009]

    Objection/Response Deadline: December 1, 2009 at 4:00 p.m.

    Related Documents:

    i.     Certification of Counsel Regarding Order Approving Debtors' Seventh Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1188 - filed December 9, 2009]

    ii.     Order Granting Debtors' Seventh Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1202 - filed December 10, 2009]

    iii.     Second Order Granting Debtors' Seventh Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1395 - filed February 9, 2010]

    Objections/Responses Received:

    A.     Scepter, Inc.'s, Response and Opposition to Debtors' Fourth Omnibus Objection to Duplicative Claims (Non-Substantive) and the Debtors' Seventh Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1144 - filed December 1, 2009]

    Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B. The hearing regarding the only remaining unresolved claims will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

5.     Debtors' Fourteenth Omnibus Objection (Non-Substantive) to (I) Duplicative Claims, (II) Amended Claims and (III) a Noteholder Claim [Docket No. 1590 - filed March 8, 2010]

    Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

    Related Documents:

    i.     Certification of Counsel Regarding Order Approving Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1751 - filed April 6, 2010]

3

ii. Order Granting Debtors' Fourteenth Omnibus Objection (Non-Substantive) to (I) Duplicative Claims, (II) Amended Claims and (III) a Noteholder Claim[Docket No. 1768 - filed April 7, 2010]

Objections/Responses Received:

A. Informal Response from Hopewell Iron & Metal Company, Inc.

Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C. The hearing regarding the only remaining unresolved claims will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

6. Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1594 - filed March 8, 2010]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

Related Documents:

i. Certification of Counsel Regarding Order Approving Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1754 - filed April 6, 2010]

ii. Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1772 - filed April 7, 2010]

iii. Certification of Counsel Regarding Order Amending Order Approving Debtors' Eighteenth (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1967 - filed May 5, 2010]

iv. Order Amending Order Granting Debtors' Eighteenth (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1989 - filed May 6, 2010]

Objections/Responses Received:

A. Scepter, Inc.'s Response and Opposition to Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1717 - filed March 29, 2010]

Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D. The hearing regarding the only remaining unresolved claims will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

II. **UNCONTESTED MATTERS WITH CERTIFCATES OF NO OBJECTION:**

7. Motion of Aleris International, Inc. for Rejection of the Consulting and Management Contract with Fellon-McCord & Associates, LLC, *Nunc Pro Tunc* to February 28, 2010,

4

Pursuant to Section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 [Docket No. 1733 - filed April 1, 2010]

Objection/Response Deadline: April 15, 2010 at 4:00 p.m.

Related Documents:

i.  Certificate of No Objection Regarding Motion of Aleris International, Inc. for Rejection of the Consulting and Management Contract with Fellon-McCord & Associates, LLC, *Nunc Pro Tunc* to February 28, 2010, Pursuant to Section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 [Docket No. 1998 - filed May 7, 2010]

ii. Order Pursuant to Bankruptcy Section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Approving the Rejection of an Executory Contract with Fellon-McCord & Associates, LLC, *Nunc Pro Tunc* to February 28, 2010 [Docket No. 2010 - filed May 7, 2010]

Objections/Responses Received: None to date.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

8. Motion of Aleris International, Inc. for Authorization to (I) Enter into a Commitment Letter and Fee Letters in Connection with Proposed Exit Financing and (II) Pay Fees and Expenses in Connection Therewith [Docket No. 1917 - filed April 23, 2010]

Objection/Response Deadline: May 4, 2010 at 4:00 p.m.

Related Documents:

i.  Certification of No Objection [Docket No. 1977 - filed May 6, 2010]

ii. Order Authorizing Aleris International, Inc. to (I) Enter into a Commitment Letter and Fee Letters in Connection with Proposed Exit Financing and (II) Pay Fees and Expenses in Connection Therewith [Docket No. 2009 - filed May 7, 2010]

Objections/Responses Received: None to date.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

9. Motion of Aleris International, Inc. Pursuant to 11 U.S.C. §§ 105(a) and 107(b) for Order Authorizing Filing Under Seal of Fee Letters [Docket No. 1918 - filed April 23, 2010]

Objection/Response Deadline: May 4, 2010 at 4:00 p.m.

Related Documents:

i. Certification of No Objection [Docket No. 1977 - filed May 6, 2010

ii. Order Authorizing Aleris International, Inc. to File Certain Fee Letters Under Seal [Docket No. 2008 - filed May 7, 2010]

Objections/Responses Received: None to date.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

10. U.S. Debtors' Third Supplemental Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to Expand the Scope of Employment and Retention of Ernst & Young LLP as Auditors to the U.S. Debtors, *Nunc Pro Tunc* to March 29, 2010 [Docket No. 1922 - filed April 26, 2010]

Objection/Response Deadline: May 4, 2010 at 4:00 p.m.

Related Documents:

i. Certificate of No Objection Regarding U.S. Debtors' Third Supplemental Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to Expand the Scope of Employment and Retention of Ernst & Young LLP as Auditors to the U.S. Debtors, *Nunc Pro Tunc* to March 29, 2010 [Docket No. 1999 - filed May 7, 2010]

ii. Third Supplemental Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Expansion of the Scope of Employment and Retention of Ernst & Young LLP as Auditors to the U.S. Debtors, *Nunc Pro Tunc* to March 29, 2010 [Docket No. 2007 - filed May 7, 2010]

Objections/Responses Received: None to date.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

### III. CONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL:

11. Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1592 - filed March 8, 2010]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

Related Documents:

i. Certification of Counsel Regarding Order Approving Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1753 - filed April 6, 2010]

ii. Order Granting Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1770 - filed April 7, 2010]

iii. Certification of Counsel Regarding Order Amending Order Approving Debtors' Sixteenth (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1965 - filed May 5, 2010]

iv. Order Amending Order Granting Debtors' Sixteenth (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1985 - filed May 6, 2010]

v. Certification of Counsel Regarding Second Order Approving Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1990 - filed May 6, 2010]

vi. Second Order Approving Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 2006 - filed May 7, 2010]

Objections/Responses Received:

A. Written Response of Creditor Bonifay Home Supply, Inc. to Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1700 - filed March 22, 2010]

B. Response of Diamond Detective Agency, Inc. to Debtors' Sixteenth Omnibus Objection [Docket No. 1709 - filed March 25, 2010]

C. Response to Notice of Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1757 - filed March 24, 2010]

D. Response of Anchorage Restoration, LLC to Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1760 - filed March 29, 2010]

E. Informal Response from Alabama Gas Corporation.

Status: On May 7, 2010 the Court entered a second order regarding this matter. Accordingly, no hearing is necessary.

12. Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1593 - filed March 8, 2010]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

Related Documents:

i. Certification of Counsel Regarding Order Approving Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1754 - filed April 6, 2010]

ii. Order Granting Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1771 - April 7, 2010]

iii. Certification of Counsel Regarding Order Amending Order Approving Debtors' Seventeenth (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1966 - filed May 5, 2010]

iv. Order Amending Order Granting Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1983 - filed May 6, 2010]

v. Certification of Counsel Regarding Second Order Approving Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1991 - filed May 6, 2010]

vi. Second Order Approving Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 2004 - filed May 7, 2010]

Objections/Responses Received:

A. Response of Hartwell Warehouse, Inc. to Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1718 - filed March 29, 2010]

B. Response to Notice of Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1762 - filed March 29, 2010]

C. Objection to Notice of Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1764 - filed March 30, 2010]

D. Informal Response from Great Northern Sentry Company.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

13. Debtors' Nineteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1595 - filed March 8, 2010]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

Related Documents:

8

RLF1 3569639v.1

i. Certification of Counsel Regarding Order Approving Debtors' Seventeenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1756 - filed April 6, 2010]

ii. Order Granting Debtors' Nineteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1773 - filed April 7, 2010]

iii. Certification of Counsel Regarding Order Amending Order Approving Debtors' Nineteenth (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1968 - filed May 5, 2010]

iv. Order Amending Order Granting Debtors' Nineteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1981 - filed May 6, 2010]

v. Certification of Counsel Regarding Second Order Approving Debtors' Nineteenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 1992 - filed May 6, 2010]

vi. Second Order Approving Debtors' Nineteenth Omnibus (Non-Substantive) Objection to Claims Filed in the Wrong Case [Docket No. 2016 - filed May 7, 2010]

Objections/Responses Received:

A. Werner Enterprises, Inc.'s Response to Debtors' Nineteenth Omnibus Objection (Non-Substantive) to Claims Filed in the Wrong Case [Docket No. 1732 - filed April 1, 2010]

B. Informal Response by TE Wire & Cable LLC.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

14. Debtors' Twentieth Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 1603 - filed March 9, 2010]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

Related Documents:

i. Certification of Counsel Regarding Order Approving Debtors' Twentieth Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 1993 - filed May 6, 2010]

9

ii. Order Approving Debtors' Twentieth Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 2015 - filed May 7, 2010]

Objections/Responses Received:

A. Response to Debtor's Twentieth Omnibus Objection (Non-Substantive) of Filed Claims [Docket No. 1750 - filed April 6, 2010]

B. Elk Logistics' Response to Twentieth Omnibus Objection [Docket No. 1761 - filed March 29, 2010]

Status: On May 7, 2010, the Court entered an order regarding this matter resolving the objection with respect to certain claims subject to the objection. The hearing regarding the remaining unresolved claims will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

15. Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 1604 - filed March 9, 2010]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m.

Related Documents:

i. Certification of Counsel Regarding Order Approving Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 1994 - filed May 6, 2010]

ii. Order Approving Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 2014 - filed May 7, 2010]

Objections/Responses Received:

A. Response of Verizon Wireless to Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 1710 - filed March 26, 2010]

B. Response of World-Bag, Inc. to Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Filed Claims as Having Been Filed Against One or More Wrong Debtors [Docket No. 1779 - filed March 26, 2010]

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

16. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 1744 - filed April 5, 2010]

Objection/Response Deadline: April 26, 2010 at 4:00 p.m.

Related Documents:

i. Notice of Withdrawal of Claim from Debtors' Twenty-Second Omnibus (Substantive) Objection to Claims [Docket No. 1900 - filed April 21, 2010]

ii. Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtor's Twenty-Second Omnibus Objection to Claims [Docket No. 1923 - filed April 27, 2010]

iii. Certification of Counsel Regarding Order Approving Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 1995 - filed May 6, 2010]

iv. Order Approving Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 2013 - filed May 7, 2010]

Objections/Responses Received:

A. Constellation New Energy, Inc.'s Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 1921 - filed April 26, 2010]

Status: On May 7, 2010, the Court entered an order regarding this matter resolving the objection with respect to certain claims subject to the objection. The hearing regarding the remaining unresolved claims will be continued to the June 8, 2010 at 11:00 a.m. (EDT) hearing.

17. Debtors' Twenty-Third Objection (Substantive) to Claims [Docket No. 1745 - filed April 5, 2010]

Objection/Response Deadline: April 26, 2010 at 4:00 p.m.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims (Substantive Related to Debtor's Twenty-Third Omnibus Objection to Claims [Docket No. 1924 - filed April 27, 2010]

ii. Certification of Counsel Regarding Order Approving Debtors' Twenty-Third Omnibus Objection (Substantive) to Claims [Docket No. 1996 - filed May 6, 2010]

iii. Order Approving Debtors' Twenty-Third Omnibus Objection (Substantive) to Claims [Docket No. 2012 - filed May 7, 2010]

11

Objections/Responses Received:

A. Informal Response Received by Euler Hermes ACI (Miller Compressing Company)

B. Informal Response Received by Sonoco Products Company.

Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

18. Debtors' Twenty-Fourth Objection (Non-Substantive) to (I) Duplicative Claims, (II) Amended Claims, and (III) Cross-Debtor Duplicative Claims [Docket No. 1782 - filed April 9, 2010]

    Objection/Response Deadline: April 29, 2010 at 4:00 p.m.

    Related Documents:

    i. Certification of Counsel Regarding Order Approving Debtors' Twenty-Fourth Omnibus Objection (Non-Substantive) to (I) Duplicative Claims, (II) Amended Claims, and (III) Cross-Debtor Duplicative Claims [Docket No. 1997 - filed May 6, 2010]

    ii. Order Approving Debtors' Twenty-Fourth Omnibus Objection (Non-Substantive) to (I) Duplicative Claims, (II) Amended Claims, and (III) Cross-Debtor Duplicative Claims [Docket No. 2011 - filed May 7, 2010]

    Objections/Responses Received:

    A. Response of Next Level Partners LLC to Debtors Twenty-Fourth Omnibus Objection (Non-Substantive) to (I) Duplicative Claims, (II) Amended Claims, and (III) Cross-Debtor Duplicative Claims [Docket No. 1927 - filed April 28, 2010]

    Status: On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

IV. **CONTESTED MATTERS GOING FORWARD:**

19. Motion of Holt Equipment Company, LLC for Relief from the Automatic Stay to Take Immediate Possession of a Certain Piece of Equipment [Docket No. 719 - filed June 25, 2009]

    Objection/Response Deadline: July 6, 2009 at 4:00 p.m.

    Related Documents: None to date.

RLF1 3569639v.1

Objections/Responses Received:

A. Debtors' Objection to Motion of Holt Equipment Company, LLC for Relief from the Automatic Stay to Take Immediate Possession of a Certain Piece of Equipment [Docket No. 745 - filed July 6, 2009]

Status: **The hearing on this matter is continued to June 8, 2010 at 11:00 a.m. (EDT).**

20. Motion of Geiger Excavating, Inc. for Relief from Stay and to Abandon Real Estate from the Estate [Docket No. 1351 - filed February 3, 2010]

    Objection/Response Deadline: March 1, 2010 at 4:00 p.m.

    Related Documents:

    i. Motion to Limit Notice of Geiger Excavating, Inc.'s Motion for Relief from Stay and to Abandon Real Estate from the Estate [Docket No. 1353 - filed February 3, 2010]

    ii. Order Granting Motion to Limit Notice of Geiger Excavating, Inc.'s Motion for Relief from Stay and to Abandon Real Estate from the Estate [Docket No. 1357 - filed February 4, 2010]

    iii. Reply of Geiger Excavating, Inc. to Debtors' Objection to Motion for Relief from the Stay and to Abandon Real Estate from the Estate [Docket No. 1705 - filed March 25, 2010]

    iv. Affidavit of Jay Geiger Pursuant to L.B.R. 4001-1(c)(i)(A) in Support of the Motion for Relief from the Automatic stay of Geiger Excavating, Inc. [Docket No. 1707 - filed March 25, 2010]

    Objections/Responses Received:

    A. Debtors' Objection to Motion of Geiger Excavating, Inc. for Relief from Stay and to Abandon Real Estate from the Estate [Docket No. 1500 - filed March 1, 2010]

    Status: The hearing on this matter is continued to June 8, 2010 at 11:00 a.m. (EDT).

21. Motion of U.S. Debtors for an Order (A) Determining that the Financial Requirements for a Distress Termination of Their Defined Benefit Pension Plans are Satisfied and (B) Approving a Distress Termination of the U.S. Debtors' Pension Plans [Docket No. 1915 - filed April 23, 2010]

    Objection/Response Deadline: May 4, 2010 at 4:00 p.m.; extended to May 10, 2010 at 10:00 a.m. for Pension Benefit Guaranty Corporation

13

Related Documents:

i. Pension Benefit Guaranty Corporation's Emergency Motion Requesting that the Court Schedule a Status Hearing [Docket No. 1932 - filed April 28, 2010]

ii. Motion to Shorten Notice Period as to the Pension Benefit Guaranty Corporation's Emergency Motion Request that the Court Schedule a Status Hearing [Docket No. 1933 - filed April 28, 2010]

iii. Certification of Counsel with Respect to Order Approving Stipulation Resolving Certain Controversies Between the Debtors and the Pension Benefit Guaranty Corporation Regarding Confirmation of the Debtors' Plan of Reorganization and the Distress of the Debtors' Plan of Reorganization and the Distress Termination of Certain Pension Plan Obligations of the Debtors [Docket No. 2021 - filed May 7, 2010]

iv. **Order Approving Stipulation Resolving Certain Controversies Between the Debtors and the Pension Benefit Guaranty Corporation Regarding Confirmation of the Debtors' Plan of Reorganization and the Distress of the Debtors' Plan of Reorganization and the Distress Termination of Certain Pension Plan Obligations of the Debtors [Docket No. 2026 - filed May 10, 2010]**

Objections/Responses Received: None.

Status: **On May 7, 2010 the Court entered an order regarding this matter. Accordingly, no hearing is necessary.**

Dated: May 10, 2010
      Wilmington, Delaware

*/s/ Katherine Good*
Paul N. Heath (No. 3704)
L. Katherine Good (No. 5101)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Fax: (302) 651-7701

-and-

Stephen Karotkin
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*