UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
OLD AII, INC.                                               :    Case No. 09-10478 (BLS)
(F/K/A ALERIS INTERNATIONAL, INC.), *et al.*,               :
                                                            :    (Jointly Administered)
            Reorganized Debtors.                            :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
ALERIS INTERNATIONAL, INC., *et al.*,                       :    Case No. 09-10478 (BLS)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE, NAME CHANGE, AND CAPTION CHANGE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      **1.** **Occurrence of the Effective Date of the Plan.** On June 1, 2010, the ***"Effective Date"*** of the *First Amended Joint Plan of Reorganization of Aleris International, Inc. and its Affiliated Debtors*, as confirmed ("the ***Plan***") [Docket No. 2087] occurred. The Plan was confirmed by an order of the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") on May 13, 2010 [Docket No. 2087]. Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

      **2.** **Effect of the Occurrence of the Effective Date.** As of the Effective Date, the Plan, among other things, discharges Aleris International, Inc. and its affiliated debtors in the above-captioned cases (collectively, the "***Debtors***,"[1] and, as reorganized after the Effective

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9536), Aleris Blanking and Rim Products, Inc. (7340), Aleris Deutschland Holding GmbH (3721), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2935), Aleris Ohio Management, Inc. (0637), Aleris, Inc. (6630), Alsco Holdings, Inc. (5535), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4425), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7844), Commonwealth Aluminum Lewisport, LLC

Date, the "*Reorganized Debtors*"), and the Debtors' estates, assets, properties and interests in property, as provided in section 1141 of the Bankruptcy Code and as provided in the Confirmation Order; binds the Debtors and all creditors and parties in interest; revests property of the Debtors' estates in the Reorganized Debtors free and clear of all Claims, Equity Interests, Encumbrances and other interests (except as otherwise provided in the Plan or Confirmation Order); and operates as an injunction with respect to any debt discharged.

3. **Compensation of Professionals.** Pursuant to Section 2.1.2 of the Plan and decretal paragraph 54 on page 82 of the Confirmation Order, all entities seeking an award by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under section 330 of the Bankruptcy Code or applications for allowance of Administrative Expenses arising under section 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code must file, **by July 16, 2010**, their respective (i) final applications for allowance of compensation for services rendered and reimbursement of expenses incurred or (ii) applications for allowance of Administrative Expenses arising under section 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code.

4. **Plan Calculations.** The outcome of certain calculations provided for in the Plan are as follows:

**Plan Value:**
| | |
|---|---|
| U.S. Plan Value: | $195,398,261.27 |
| ADH Plan Value: | $102,177,943.00 |
| Plan Value: | $297,576,204.27 |
| Rights Offering Value: | $608,736,273.95 |

| **Shares of Non-Rights Offering Common Stock Issued:** | | **Shares of Rights Offering Common Stock Issued:** | |
|---|---|---|---|
| U.S. Debtors Class 3: | 6,468,077 | U.S. Debtors Class 3: | 13,821,584 |
| ADH Class 2: | 913,307 | ADH Class 2: | 1,922,444 |
| ADH Class 3: | 2,446,812 | ADH Class 3: | 5,305,147 |
| Total: | 9,828,196 | Total: | 21,049,175 |

5. **Unclaimed Distributions.** Pursuant to Section 8.9 of the Plan, any Distribution under the Plan that is unclaimed after 180 days following the date such property is distributed shall be deemed not to have been made and shall be transferred to the Reorganized

---

(7736), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8512), Commonwealth Aluminum Tube Enterprises, LLC (7895), Commonwealth Aluminum, LLC (5039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (9350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5738), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1405), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0589), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1188), and Wabash Alloys, L.L.C. (0708).

Debtors, free and clear of any claims or interests of any Entities, including, without express or implied limitation, any claims or interests of any governmental unit under escheat principles.

6. **Name Change and Caption Change.** Effective as of June 1, 2010, Aleris International, Inc. has changed its name to Old AII, Inc. Accordingly, the Debtors filed a Certificate of Amendment to Aleris International, Inc.'s Certificate of Incorporation with the Secretary of State of the State of Delaware. The consolidated caption of these cases has been changed from "*In re Aleris International, Inc. et al.*" to "*In re Old AII, Inc. (f/k/a Aleris International, Inc.), et al.*"

7. **Copies of the Plan and Confirmation Order.** The Plan and Confirmation Order are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware. The Plan and Confirmation Order are also available at www.kccllc.net/aleris, or by contacting Kurtzman Carson Consultants, LLC directly at (866) 927-7089.

Dated: June 1, 2010
Wilmington, Delaware

| Paul N. Heath | Stephen Karotkin |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | Debra A. Dandeneau |
| One Rodney Square | WEIL, GOTSHAL & MANGES LLP |
| P.O. Box 551 | 767 Fifth Avenue |
| Wilmington, Delaware 19801 | New York, New York 10153 |
| (302) 651-7700 | (212) 310-8000 |

ATTORNEYS FOR THE REORGANIZED DEBTORS