# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
----------------------------------------------------x
```
|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| OLD AII, INC. (F/K/A ALERIS | : |  |
| INTERNATIONAL, INC.), *et al.*,[1] | : | Case No. 09-10478 (BLS) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors.[2] | : |  |
|  | : | **Objection Deadline: August 4, 2010 at 4:00 p.m.** |
|  | : | **Hearing Date: August 17, 2010 at 1:15 p.m.** |

```
----------------------------------------------------x
```

## FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 12, 2009 THROUGH JUNE 1, 2010

Name of Applicant:                                    Richards, Layton & Finger, P.A.

Authorized to Provide Professional Services to:       the debtors

Date of Retention:                                    March 10, 2009, *nunc pro tunc* to

---

[1]     Pursuant to the Debtors' chapter 11 plan of organization [Docket No. 1691], on June 1, 2010 (the "Effective Date"), Aleris International, Inc. transferred all its assets and was dissolved. References to the "Debtors" herein are to the debtors in these chapter 11 cases prior to the Effective Date (collectively, the "Debtors"), and references to "Reorganized Debtors" herein are to all reorganized entities or any successor in interest acting on behalf of any of the Debtors' estates, (collectively, the "Reorganized Debtors")

[2]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, were Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9536), Aleris Blanking and Rim Products, Inc. (7340), Aleris Deutschland Holding GmbH (3721), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2935), Aleris Ohio Management, Inc. (0637), Aleris, Inc. (6630), Alsco Holdings, Inc. (5535), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4425), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7844), Commonwealth Aluminum Lewisport, LLC (7736), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8512), Commonwealth Aluminum Tube Enterprises, LLC (7895), Commonwealth Aluminum, LLC (5039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (9350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5738), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1405), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0589), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1188), and Wabash Alloys, L.L.C. (0708).

February 12, 2009

| | |
|---|---|
| Period for which Final Compensation and reimbursement are sought: | February 12, 2009 through June 1, 2010 |
| Final Amount of Compensation sought as actual, reasonable and necessary: | $472,691.00 |
| Final Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $46,319.58 |

This is a(n): ___ monthly      ___ interim    X    final application

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 04/29/09 | 02/12/09 - 03/31/09 | $114,533.50 | $11,736.54 |
| 5/27/09 | 04/01/09 - 04/30/09 | $28,847.00 | $1,542.39 |
| 6/29/09 | 05/01/09 - 05/31/09 | $25,086.50 | $1,579.59 |
| 7/29/09 | 06/01/09 - 06/30/09 | $24,511.00 | $567.38 |
| 8/27/09 | 07/01/09 - 07/31/09 | $19,386.00 | $635.91 |
| 9/16/09 | 08/01/09 - 08/31/09 | $12,576.50 | $371.52 |
| 10/23/09 | 09/01/09 - 09/30/09 | $21,878.00 | $3,024.79 |
| 11/23/09 | 10/01/09 - 10/31/09 | $16,469.50 | $665.19 |
| 12/28/09 | 11/01-09 - 11/30/2009 | $13,499.50 | $308.86 |
| 1/27/10 | 12/01/09 - 12/31/09 | $26,132.50 | $1,830.35 |
| 2/24/10 | 1/01/2010 - 1/31/2010 | $17,311.00 | $408.42 |
| 3/29/10 | 2/01/2010 - 2/28/2010 | $24,563.50 | $3,318.32 |
| 4/27/10 | 3/01/2010 - 3/31/2010 | $54,809.00 | $8,324.69 |
| 5/21/10 | 4/01/2010 - 4/30/2010 | $33,914.00 | $2,758.03 |

RLF1 3584135v. 1

| 6/28/10 | 5/01/2010 - 5/31/2010 | $39,173.50 | $9,247.60 |

RLF1 3584135v. 1

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 12, 2009 THROUGH JUNE 1, 2010

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $600 | 0.2 | $120.00 |
| John H. Knight | Joined firm as associate in 1998. Director in 2003. Member of MD Bar since 1994. Member of NJ Bar since 1996. Member of DE Bar since 1999. | $600 | 0.2 | $120.00 |
| Russell Silberglied | Joined firm as associate in 1995. Director in 2002. Member of DE Bar since 1996. | $550 | 0.1 | $55.00 |
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1999. | $525<br>$475 | 120.4<br>161.5 | $63,210.00<br>$76,712.50 |
| Michael D. Allen | Joined firm as associate in 1997. Director in 2004. Member of DE Bar since 1996. | $525 | 7.0 | $3,675.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $525 | 0.2 | $105.00 |
| Stanford L. Stevenson, III | Joined firm as Director in 2007. Member of DE Bar since 1995. | $475 | 1.2 | $570.00 |
| John Mark Zeberkiewicz | Joined firm as associate in 2004. Director in 2009. Member of DE Bar since 2004. | $425 | 0.4 | $170.00 |
| Marcos A. Ramos | Joined firm as associate in 2002. Counsel in 2008. Member of NY Bar since 1995. Member of CA Bar since 1998. Member of MD Bar since 2001. Member of DE Bar since 2003. | $390 | 0.3 | $117.00 |

4

RLF1 3584135v. 1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| L. Katherine Good | Joined firm as associate in 2007. Member of PA Bar since 2007 and DE Bar since 2008. | $340<br>$275 | 91.5<br>218.7 | $31,110.00<br>$60,142.50 |
| Tiffany N. Piland | Joined firm as associate in 2007. Member of DE Bar since 2007. | $340 | 19.7 | $6,698.00 |
| Lee Kaufman | Joined firm as associate in 2006. Member of DE Bar since 2006. | $315<br>$275 | 0.2<br>0.3 | $63.00<br>$82.50 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of PA & DE Bars since 2006. | $315 | 0.3 | $94.50 |
| Maris J. Finnegan | Joined firm as associate in 2007. Member of PA & NJ Bars since 2004. Member of DE Bar since 2009. | $300 | 6.6 | $1,980.00 |
| Andrew C. Irgens | Joined firm as associate in 2008. Member of DE Bar since 2008. | $255<br>$230 | 166.4<br>235.4 | $42,432.00<br>$54,142.00 |
| Drew G. Sloan | Joined firm as associate in 2007. Member of DE Bar since 2007. | $255 | 0.4 | $102.00 |
| Dana L. Reynolds | Joined firm as associate in 2008. Member of DE Bar since 2006. | $245 | 13.1 | $3,209.50 |
| T. Max Riffin | Joined firm as associate in 2008. Member of DE Bar since 2009. | $245 | 2.7 | $661.50 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245 | 0.3 | $73.50 |
| Tyler Semmelman | Joined firm as associate in 2009. Member of DE Bar since 2009. | $240 | 16.3 | $3,912.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Member of DE Bar since 2009. | $240<br>$230 | 0.8<br>3.6 | $192.00<br>$828.00 |
| Julie A. Finocchiaro | Joined firm as associate in 2009. Member of DE Bar since 2009. | $240 | 1.6 | $384.00 |
| Travis A. McRoberts | Joined firm as associate in 2008. Member of DE Bar since 2009. | $230 | 15.2 | $3,496.00 |

RLF1 3584135v. 1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John L. Christensen | Joined firm as associate in 2007. Member of DE Bar since 2008. | $230 | 0.8 | $184.00 |
| Janel R. Gates | Paralegal since 2007. Joined firm in 2007. | $195 | 335.9 | $65,500.50 |
| | | $185 | 12.2 | $2,257.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $195 | 2.4 | $468.00 |
| | | $185 | 87.5 | $16,187.50 |
| | | $95 | 0.1 | $9.50 |
| Jamie E. Schairer | Paralegal since 2009. Joined firm in 2009. | $195 | 32.3 | $6,298.50 |
| | | $185 | 2.7 | $499.50 |
| Tracy A. Cameron | Paralegal since 2005. Joined firm in 1992. | $195 | 5.7 | $1,111.50 |
| | | $100 | 18.4 | $1,840.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2009. | $195 | 5.2 | $1,014.00 |
| | | $185 | 13.9 | $2,571.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $195 | 2.0 | $390.00 |
| | | $185 | 13.8 | $2,553.00 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $195 | 10.0 | $1,950.00 |
| | | $185 | 4.3 | $795.50 |
| Tracy Allen | Paralegal since 2000. Joined firm in 2006. | $195 | 4.4 | $858.00 |
| | | $185 | 7.6 | $1,406.00 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 11.8 | $2,301.00 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $195 | 1.1 | $214.50 |
| | | $185 | 10.0 | $1,850.00 |
| Robyn K. Sinclair | Paralegal since 2010. Joined firm in 2010. | $195 | 6.2 | $1,209.00 |
| Daniel D. White | MIS Department. | $190 | 3.8 | $722.00 |
| Yvonne A. Dalton | Paralegal since 1995. Joined firm in 2008. | $185 | 1.3 | $240.50 |
| Susan E. Hinds | Paralegal since 2003. Joined firm in 2003. | $185 | 0.5 | $92.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brenda D. Tobin | Case Management Assistant. Joined firm in 2003. | $100 | 43.5 | $4,350.00 |
| Amy B. Anderson | Case Management Assistant. Joined firm in 2010. | $100 | 1.9 | $190.00 |
| Rochelle I. Warren | Case Management Assistant. Joined firm in 2000. | $90 | 13.0 | $1,170.00 |
| **TOTAL** | | | **1736.9** | **$472,691.00** |

|  |  |
|---|---|
| Grand Total | $472,691.00 |
| Attorney Compensation | $354,641.50 |
| Total Attorney Hours | 1085.4 |
| Blended Rate | $326.74 |

Dated: July 15, 2010
      Wilmington, Delaware

RLF1 3584135v. 1

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 12, 2009 THROUGH JUNE 1, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 100.8 | $19,599.00 |
| Creditor Inquiries (B) | 9.9 | $2,596.50 |
| Meetings (C) | 52.3 | $14,737.50 |
| Executory Contracts/Unexpired Leases (D) | 83.1 | $25,810.50 |
| Automatic Stay/Adequate Protection (E) | 23.9 | $7,169.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 123.8 | $40,419.50 |
| Use, Sale, Lease of Assets (G) | 51.2 | $15,240.50 |
| Cash Collateral/DIP Financing (H) | 21.4 | $6,767.00 |
| Claims Administration (I) | 217.6 | $59,466.00 |
| Court Hearings (J) | 424.9 | $115,499.00 |
| General Corporate/Real Estate (K) | 29.4 | $11,177.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 76.4 | $23,455.50 |
| Employee Issues (M) | 18.6 | $5,646.50 |
| Environmental (N) | 1.5 | $368.00 |
| Tax Issues (O) | 4.6 | $1,369.50 |
| Litigation/Adversary Proceedings (P) | 59.0 | $15,975.50 |
| RL&F Retention (Q-1) | 11.8 | $2,860.00 |
| Retention of Others (Q-2) | 111.8 | $31,601.00 |
| RL&F Fee Applications (R-1) | 53.4 | $14,554.50 |
| Fee Applications of Others (R-2) | 195.7 | $42,082.50 |
| Vendor/Supplies (S) | 35.8 | $6,281.50 |
| Non-Working Travel (T) | 0.1 | $9.50 |
| Utilities (U) | 19.7 | $7,081.50 |
| Insurance (V) | 10.2 | $2,924.00 |
| **TOTAL** | 1736.9 | $472,691.00 |

RLF1 3584135v. 1

## EXPENSE SUMMARY
## FEBRUARY 12, 2009 THROUGH JUNE 1, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $5.75 |
| Long Distance Telephone | | $2,530.50 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 104,814 @ $.10/pg. Printing: 96,251 @ $.10/pg. | $20,106.50 |
| Outside Reproduction | | $772.34 |
| Legal Research | Lexis/Westlaw | $1,652.89 |
| Filing/Court Fees | American Express, Courtcall LLC, U.S. District Court | $2,875.00 |
| Court Reporting | Diana Doman Transcribing, Diaz Data Services, Elaine M. Ryan, J & J Court Transcribers, Inc. | $2,137.05 |
| Travel Expenses | City Wide Limo, Roadrunner Express | $1,608.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble, Federal Express | $1,938.05 |
| Postage | | $66.51 |
| Binding | | $502.00 |
| Business Meals | | $4,514.70 |
| Document Retrieval | | $2,981.08 |
| Stationery Supplies | | $356.20 |
| Room Rental | American Express | $1,028.50 |
| Equipment Rental | Connect Litigation Technology | $1,067.34 |
| Overtime | | $2,177.17 |
| **TOTAL** | | **$46,319.58** |

RLF1 3584135v. 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| OLD AII, INC. (F/K/A ALERIS | : | |
| INTERNATIONAL, INC.), *et al.,* [1] | : | Case No. 09-10478 (BLS) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors.[2] | : | |
| | : | **Objection Deadline: August 4, 2010 at 4:00 p.m.** |
| | : | **Hearing Date: August 17, 2010 at 1:15 p.m.** |

-------------------------------------------------------x

### FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 12, 2009 THROUGH JUNE 1, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's *Order Pursuant to Sections 330 and 331 of the Bankruptcy Code and*

---

[1]        Pursuant to the Debtors' chapter 11 plan of organization [Docket No. 1691], on June 1, 2010 (the "Effective Date"), Aleris International, Inc. transferred all its assets and was dissolved. References to the "Debtors" herein are to the debtors in these chapter 11 cases prior to the Effective Date (collectively, the "Debtors"), and references to "Reorganized Debtors" herein are to all reorganized entities or any successor in interest acting on behalf of any of the Debtors' estates, (collectively, the "Reorganized Debtors")

[2]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, were Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9536), Aleris Blanking and Rim Products, Inc. (7340), Aleris Deutschland Holding GmbH (3721), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2935), Aleris Ohio Management, Inc. (0637), Aleris, Inc. (6630), Alsco Holdings, Inc. (5535), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4425), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7844), Commonwealth Aluminum Lewisport, LLC (7736), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8512), Commonwealth Aluminum Tube Enterprises, LLC (7895), Commonwealth Aluminum, LLC (5039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (9350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5738), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1405), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0589), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1188), and Wabash Alloys, L.L.C. (0708).

*Bankruptcy Rule 2016 Implementing Certain Procedures for the Interim Compensation and Reimbursement of Professionals* [Docket No. 251] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this *Final Fee Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Reorganized Debtors for the Period From February 12, 2009 through June 1, 2010* (the "Final Application"). By this Application, RL&F seeks a final allowance of compensation of $472,671.00 and reimbursement of actual and necessary expenses of $46,319.58 for a total final allowance of $519.010.58 for the period from February 12, 2009 through June 1, 2010 (the "Final Compensation Period"). In support of this Application, RL&F respectfully represents as follows:

## Background

1.     On February 12, 2009, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.     RL&F was retained effective as of the Petition Date by this Court's Order dated March 10, 2009 (the "Retention Order"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.     All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4.     Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Final Application, RL&F has received no payment and no promises for payment from

2

any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Final Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.    The fee statements for the Final Compensation Period were attached as "Exhibit A" to each of the previously filed monthly fee applications; these statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of RL&F's knowledge, this Final Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L. R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.    Summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Final Compensation Period were attached as "Exhibit B" to each of the previously filed monthly fee applications. RL&F charges all of its bankruptcy clients $.10 per page for photocopying expenses and $0.10 per page for printing jobs of 10 pages or larger. RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.    Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line

providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.    RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

9.    The directors and associates of RL&F who have rendered professional services in these cases for the Final Compensation Period are as follows: Daniel DeFranceschi, John H, Knight, Russell Silberglied, Paul N. Heath, Michael D. Allen, Michael J. Merchant, Stanford L. Stevenson, III, John M. Zeberkiewicz, Marcos A. Ramos, L. Katherine Good, Tiffany N. Piland, Lee Kaufman, Christopher M. Samis, Maris J. Finnegan, Andrew G. Irgens, Drew G. Sloan, Dana L. Reynolds, T. Max Riffin, Zachary I. Shapiro, Tyler Semmelman, Robert C. Maddox, Julie A. Finocchiaro, Travis A. McRoberts and John L. Christensen.    The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Final Compensation Period are as follows: Janel Gates, Ann Jerominski, Jamie E. Schairer, Tracy A. Cameron, Barbara J. Witters, Rebecca V. Speaker, Cathy M. Greer, Tracy Allen, Marisa C. DeCarli, Aja E. McDowell, Robyn K. Sinclair, Daniel D. White, Yvonne A. Dalton, Susan E. Hinds, Brenda D. Tobin, Amy B. Anderson and Rochelle I. Warren.

10.    RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in

4

connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

11. The services rendered by RL&F during the Final Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on "Exhibit A" attached to each of the previously filed monthly fee applications. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in "Exhibit A" attached to each of the previously filed monthly fee applications.

A. Case Administration/Miscellaneous Matters

Fees: $19,599.00: Total Hours: 100.8

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B. Creditor Inquiries

Fees: $2,596.50: Total Hours: 9.9

This category includes all matters related to responding to creditor inquiries.

C. Meetings

Fees: $14,737.50: Total Hours: 52.3

This category includes all matters related to preparing for and attending meetings with Debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D. Executory Contracts/Unexpired Leases

RLF1 3584135v. 1

Fees: $25,810.50: Total Hours: 83.1

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.     Automatic Stay/Adequate Protection

Fees: $7,169.00: Total Hours: 23.9

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.     Plan of Reorganization/Disclosure Statement

Fees: $40,419.50: Total Hours: 123.8

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.     Use, Sale, Lease of Assets

Fees: $15,240.50: Total Hours: 51.2

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.     Cash Collateral/DIP Financing

Fees: $6,767.00: Total Hours: 21.4

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

6

I.	Claims Administration

Fees: $59,466.00: Total Hours: 217.6

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.	Court Hearings

Fees: $115,499.00: Total Hours: 424.9

This category includes all matters relating to preparation for and attendance at court hearings.

K.	General Corporate/Real Estate

Fees: $11,177.00: Total Hours: 29.4

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.	Schedules/SOFA/U.S. Trustee Reports

Fees: $23,455.50: Total Hours: 76.4

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.	Employee Issues

Fees: $5,646.50: Total Hours: 18.6

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.	Environmental

Fees: $368.00: Total Hours: 1.5

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O.   Tax Issues

Fees: $1,369.50: Total Hours: 4.6

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P.   Litigation/Adversary Proceedings

Fees: $15,975.50: Total Hours: 59.0

This category includes all matters relating to litigation and adversary proceedings.

Q-1.   RL&F Applications

Fees: $2,860.00: Total Hours: 11.8

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.   Retention of Others

Fees: $31,601.00: Total Hours: 111.8

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.   RL&F Fee Application

Fees: $14,554.50: Total Hours: 53.4

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

8

R-2.  Fee Application of Others

Fees: $42,082.50: Total Hours: 195.7

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.  Vendor/Supplies

Fees: $6,281.50: Total Hours: 35.8

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.  Non-Working Travel

Fees: $9.50: Total Hours: 0.1

This category includes all travel time not otherwise chargeable.

U.  Utilities

Fees: $7,081.50: Total Hours: 19.7

This category includes all matters related to utility issues.

V.  Insurance

Fees: $2,924.00: Total Hours: 10.2

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12.  Attorneys and paraprofessionals of RL&F have expended a total of 1736.9 hours in connection with this matter during the Final Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Daniel DeFranceschi | 0.2 | $600 |
| John H. Knight | 0.2 | $600 |

9

| | | |
|---|---|---|
| Russell Silberglied | 0.1 | $550 |
| Paul N. Heath | 120.4 | $525 |
| Paul N. Heath | 161.5 | $475 |
| Michael D. Allen | 7.0 | $525 |
| Michael J. Merchant | 0.2 | $525 |
| Stanford L. Stevenson, III | 1.2 | $475 |
| John M. Zeberkiewicz | 0.4 | $425 |
| Marcos A. Ramos | 0.3 | $390 |
| L. Katherine Good | 91.5 | $340 |
| L. Katherine Good | 218.7 | $275 |
| Tiffany N. Piland | 19.7 | $340 |
| Lee Kaufman | 0.2 | $315 |
| Lee Kaufman | 0.3 | $275 |
| Christopher M. Samis | 0.3 | $315 |
| Maris J. Finnegan | 6.6 | $300 |
| Andrew C. Irgens | 166.4 | $255 |
| Andrew C. Irgens | 235.4 | $230 |
| Drew G. Sloan | 0.4 | $255 |
| Dana L. Reynolds | 13.1 | $245 |
| T. Max Riffin | 2.7 | $245 |
| Zachary I. Shapiro | 0.3 | $245 |
| Tyler Semmelman | 16.3 | $240 |
| Robert C. Maddox | 0.8 | $240 |
| Robert C. Maddox | 3.6 | $230 |
| Julie A. Finocchiaro | 1.6 | $240 |
| Travis A. McRoberts | 15.2 | $230 |
| John L. Christensen | 0.8 | $230 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Janel Gates | 335.9 | $195 |
| Janel Gates | 12.2 | $185 |
| Ann Jerominski | 2.4 | $195 |
| Ann Jerominski | 87.5 | $185 |
| Ann Jerominski | 0.1 | $95 |
| Jamie E. Schairer | 32.3 | $195 |
| Jamie E. Schairer | 2.7 | $185 |
| Tracy A. Cameron | 5.7 | $195 |
| Tracy A. Cameron | 18.4 | $100 |
| Barbara J. Witters | 5.2 | $195 |
| Barbara J. Witters | 13.9 | $185 |
| Rebecca V. Speaker | 2.0 | $195 |
| Rebecca V. Speaker | 13.8 | $185 |
| Cathy M. Greer | 10.0 | $195 |
| Cathy M. Greer | 4.3 | $185 |
| Tracy Allen | 4.4 | $195 |

RLF1 3584135v. 1

| Tracy Allen | 7.6 | $185 |
|---|---|---|
| Marisa C. DeCarli | 11.8 | $195 |
| Aja E. McDowell | 1.1 | $195 |
| Aja E. McDowell | 10.0 | $185 |
| Robyn K. Sinclair | 6.2 | $195 |
| Daniel D. White | 3.8 | $190 |
| Yvonne A. Dalton | 1.3 | $185 |
| Susan E. Hinds | 0.5 | $185 |
| Brenda D. Tobin | 43.5 | $100 |
| Amy B. Anderson | 1.9 | $100 |
| Rochelle I. Warren | 13.0 | $90 |

The nature of the work performed by these persons is fully set forth in "Exhibit A" to each of the previously filed monthly fee applications. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Final Compensation Period is $472,691.00.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L. R. 2016-2 and believes that this Final Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period February 12, 2009 through June 1, 2010, a final allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $472,691.00 as compensation for necessary professional services rendered, and the sum of $46,319.58 as 100% reimbursement of actual necessary costs and expenses, for a total of $519,010.58 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: July 15, 2010
   Wilmington, Delaware

_____
Paul N. Heath (No. 3704)
L. Katherine Good (No. 5101)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

- and -

Stephen Karotkin
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007

*Attorneys for Reorganized Debtors*

## VERIFICATION

STATE OF DELAWARE     )
                               ) SS:

COUNTY OF NEW CASTLE   )

Andrew C. Irgens, after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b)      I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c)      I have reviewed the foregoing Final Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Final Application substantially complies with such rule.

_____
Andrew C. Irgens (No. 5193)

SWORN AND SUBSCRIBED before me
this 15th day of July, 2010.

_____
Notary Public
My Commission Expires:_____
        JANEL R. GATES
    Notary Public - State of Delaware
    My Comm. Expires Feb. 2, 2011