# **Exhibit A**

RLF1 3598340v. 2

**Exhibit A**

**In re: Old AII, Inc. (F/K/A Aleris International, Inc.), et al.**
**Case No. 09-10478(BLS)**

| Professional[1] | Professional's Role in Case | Compensation Period | Total Fees and Expenses Requested | Total Fees and Expenses Approved | Voluntary Reductions | Total of All Compensation Approved |
|---|---|---|---|---|---|---|
| Landis Rath & Cobb LLP | Conflicts Counsel to the Official Committee of Unsecured Creditors | February 25, 2009 - June 1, 2010 | $74,940.50 $4,439.70 | $74,940.50 $4,439.70 | $0.00 $0.00 | $79,380.20 |
| Ernst & Young LLP | Auditors to the Debtors | February 12, 2009 - June 1, 2010 | $3,821,336.50 $45,934.75 | $3,821,336.50 $45,934.75 | $0.00 $0.00 | $3,867,271.25 |
| Drinker Biddle & Reath LLP | Ordinary Course Professional | February 12, 2009 - November 30, 2009 | $312,948.24 $4,637.46 | $312,948.24 $4,637.46 | $0.00 $0.00 | $317,585.70 |
| Moelis & Company LLC | Financial Advisor to the Debtors | February 12, 2009 - June 1, 2010 | $13,310,714.29 $156,403.38 | $13,310,714.29 $156,403.38 | $0.00 $0.00 | $13,467,117.67 |
| Weil, Gotshal & Manges LLP | Counsel to the Debtors | February 12, 2009 - June 1, 2010 | $8,929,344.50 $233,311.22 | $8,929,344.50 $233,311.22 | $0.00 $0.00 | $9,162,655.72 |

---

[1] This chart does not contain information concerning the fees and expenses of certain other retained professionals in these chapter 11 cases including, but not limited to, those professionals retained pursuant to this Court's *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Implementing Certain Procedures to Retain, Compensate, and Reimburse Ordinary Course Professionals*.

RLF1 3598340v. 2

| Professional | Professional's Role in Case | Compensation Period | Total Fees and Expenses Requested | Total Fees and Expenses Approved | Voluntary Reductions | Total of All Compensation Approved |
|---|---|---|---|---|---|---|
| Deloitte Financial Advisory Services LLLP | Valuation Service Providers to the Debtors | July 2, 2009 - January 31, 2009 | $406,365.93<br>$22,074.86 | $406,365.93<br>$22,074.86 | $53,676.07[2]<br>$0.00 | $428,440.79 |
| Deloitte Tax LLP | Tax Consultants to the Debtors | April 6, 2009 - May 31, 2010 | $455,445.00<br>$1,143.03 | $455,445.00<br>$1,143.03 | $2,875.00[3]<br>$0.00 | $456,588.03 |
| Richards, Layton & Finger, P.A. | Co-Counsel to the Debtors | February 12, 2009 - June 1, 2010 | $472,691.00<br>$46,319.58 | $472,691.00<br>$46,319.58 | $0.00<br>$0.00 | $519,010.58 |
| Baker & Hostetler LLP | Ordinary Course Professional | December 1, 2009 - June 1, 2010 | $410,637.92<br>$21,265.87 | $410,637.92<br>$21,265.87 | $0.00<br>$0.00 | $431,903.79 |
| Official Committee of Unsecured Creditors | Official Committee of Unsecured Creditors | February 19, 2009 - June 1, 2010 | $0.00<br>$17,797.20 | $0.00<br>$17,797.20 | $0.00<br>$0.00 | $17,797.20 |
| Mesirow Financial Consulting, LLC | Financial Advisors to the Official Committee of Unsecured Creditors | February 26, 2009 - June 1, 2010 | $3,194,965.00<br>$27,470.29 | $3,194,965.00<br>$27,470.29 | $0.00<br>$0.00 | $3,222,435.29 |

---

[2] This amount has already been deducted from the amount of total fees requested.
[3] This amount has already been deducted from the amount of total fees requested.

| Professional[1] | Professional's Role in Case | Compensation Period | Total Fees and Expenses Requested | Total Fees and Expenses Approved | Voluntary Reductions | Total of All Compensation Approved |
|---|---|---|---|---|---|---|
| Reed Smith LLP | Counsel to the Official Committee of Unsecured Creditors | February 20, 2009 - June 1, 2010 | $1,412,983.00 $41,617.57 | $1,412,983.00 $41,617.57 | $0.00 $549.47[4] | $1,454,600.57 |
| Alvarez & Marsal North America, LLC | Restructuring Advisors to the Debtors | February 12, 2009 - June 1, 2010 | $4,536,563.25 $149,275.83 | $4,536,563.25 $149,275.83 | $0.00 $0.00 | $4,685,839.08 |
| PricewaterhouseCoopers LLP | Special Accountants to the Debtors | February 12, 2009 - June 1, 2010 | $2,206,854.56 $77,769.72 | $2,206,854.56 $77,769.72 | $6,110.50[5] $0.00 | $2,284,624.28 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Special Financing, Corporate, Tax and Litigation Counsel to the Debtors | February 12, 2009 - June 1, 2010 | $4,586,010.00 $145,468.00 | $4,586,010.00 $145,468.00 | $0.00 $0.00 | $4,731,478.00 |

---

[4] This amount has already been deducted from the amount of total expenses requested.
[5] This amount has already been deducted from the amount of total fees requested.

RLF1 3598340v. 2